State of ALABAMA
Elmore County

Exhibit - A

March 20 2006

From: Tony Fountain #152157
Unit: K3-22

To: Warden Leon Forniss

IN RE: In Adequate Medical Attention.

## COMPLAINT

Warden, Forniss I'm filing this complaint against the Health Care unit and requesting your assistance in investigating this matter. Mr. Forniss on February 20th 2006 I signed-up for sick-call as a result of seeing blood in my stool. On or about March 1, 2006 I were scheduled to go to health care unit for "lab" work in which blood was drawn from my arm. Warden Forniss I have yet to see the doctor as of this date and I have been constantly monitoring myself while going to the restroom to defecate. And have been experiencing the same aforesaid symptoms such as: On Feb. 20, 06 around 9:30 a.m. I noticed

1

blood in my stool, Feb. 21, 06 I notice the same Feb. 22, 06 there was no signs of blood (7:55 P.M), Feb. 24, 06 I spotted blood around 4:00 A.M and again about 8:55 P.M.. March 1, 06 again around 3:55 A.M, March 10 06, nine days later and 12th, 13th of 06 I spotted blood in my stool during the A.M. hours. Mr. Forniss, I have a good reason to be concern about my health because the symptoms that I am experiencings is a question on the health care providers questionnaire they ask during our (inmates) annual physical check-up. Therefore it's got to be a serious problem in other words they wouldn't ask whether or not we ever spotted blood in our stool.

On March 2nd 06 the health care unit had theirs three $3.00 dollars co-payment deduct from my P.M.D. account. My point being on October 31, 05 I signed up to see the Eye doctor, because I am having problems seeing words when reading, they deduced their $3.00 co-payment on November 4, 05 and I have yet to see the Eye doctor or nurse as of this date. Warden Forniss I don't

2

have a problem with paying the health care co-payment, but when I'm taxed with the cost of service that was never rendered only then when the co-payment becomes a factor.

Warden Forniss I'm posing this question to you. "Why should I keep signing up for sick-call complaining about the same symptoms only to be screen by the nurse?

Could it be I'm being fleeced out of my funds prior to ever seeing a doctor?

In other words are we being charged the full amount that it would cost to see a doctor in the free world. Such as to get as much money they (Health Care Unit) can get out of a individual before he can see the doctor here. Warden, Forniss I'm aware of the fact that the doctor we have here now was sent from Tutwiler do to his failure to provide the women adequate medical treat-ment, and the doctor we had here was transferred

3

Entwiler along with most of his staff's.

Warden, Forniss the symptoms I'm experiencing is not the result of no homosexuality, I'm not gay nor do I participate in such activity. Those peoples over to health care unit seems to associate the symptoms I'm complainting with that you can rest for sure I don't play that.

Any and all assistance you can provide will be appreciated by me.
Done this 20th day of March 06.

4

Prison Health Services
Inmate Informal Grievance

NAME: Tony Fountain   AIS #: 152157   UNIT: L-3-22   DATE: 3-20-06

**PART A—Inmate Complainant**

On 2-20-06, I signed up to see the doctor and was scheduled to see a lab work on 3-1-06 I have yet to here the results of my lab work as of this date. I have been seeing blood in my stool, this got to be a serious problem because it is one of the questions you'll ask during our (Inmates) physical check (Annually). On your co-payment from my A.D.O.C. account, but I have yet to get my medical attention as of this date. I don't have problem with my payment to the point you'll don't provide me with the medical attention I'm seeking.

INMATE SIGNATURE

**PART B --RESPONSE**    DATE RECEIVED ____

_____
MEDICAL STAFF SIGNATURE

_____
DATE

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

11/03 - Alabama