State of Alabama
Elmore, County

April 7th 2006

Exhibit-B

From: Tony Fountain #152157
F3-22

To: Assistant Warden Thomas:

IN RE: To Not Meeting The
Criteria For Eye doctor.

## Complaint

Warden, Thomas I spoke to you on 4-6-06 out in the Common-Area inreference to a Response I received back on a Medical Grievance on the 4-5-06. In which Nurse Ellis stated "Criteria Not Met for Eye M.D. 10/05" See (attached Form) Mr. Thomas question is what Criterai I Must Meet inorder to see the Eye doctor?

Such as I must be completely blind inorder to get to see the Eye doctor or what?

---

Warden, Thomas as I explain to the Health Care personnels that I having trouble seeing while reading and I'am working on my case. The trouble I'm having reading have severely impeded my ibility to properly litigate my case. And for the Health Care unit to out-right deny me access to the Eye doctor who are capable of prescribing reading glasses, would also deny me adequate and meaningful access to the courts in violation of Bounds v. Smith — US — 52 L.Ed.2d. 72. Warden Thomas I'am not trying to cause you or your healht personnels (providers) any problems, I'm just trying to get some help in (Medical) concerning my eyesight going bad while trying to read anything Such as letters, Book's, law work ect --- in which runs together when I read. Warden, Thomas any informations you can provide me with on what criteria I must meet will be gladly appreciated by me. Thank you for you time!

Tony Fountain