IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Tony Fountain #152157
Petitioner,

vs.

DR. Peasant & The Health
Care Providers (H.C.P. unknown)
Warden, Leon Forniss, The
Department of Corrections
& The State of ALABAMA, et, al,
Respondents.

Case No:
2:06CV548-MHT

2006 JUN 20 P 2:41

## AFFIDAVIT OF HARDSHIP

Comes the petitioner, Tony Fountain the affiant and moves this court for an order granting him IN FORMA PAUPERIS and support of this affidavit of hardship the petitioner makes the following:

I, Tony Fountain, being first duly sworn, depose and say that I'am the affiant in the above-entitled case; that in support of my affidavit to proceed in this Honorable Court without being required to prepay fees, cost or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security thereof. I believe I am entitled

to Redress; and that the Issue which I desire to present are as Follows.

WHETHER AN INMATE CONFINED TO AN ALABAMA PRISON ENTITLE TO AD--EQUATE MEDICAL ATTENTION.

I further swear that the Response which I have made to the questions and instructions below Relating to my ability to pay the said cost of prosecuting my motion for an EMERGENCY INJUNCTION pursuant to 42 U.S.C.S. 1983 are true.

1). Are you present employed? __NO.__

    a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

    b. If the answer is no, state the date of your last employment and amount of the salary and wages per month which you Received. __2-15-88, $3.75 per hour__

2). Have you Received within the past twelve months any income from a business, profession or other form of self employment, or in the form of Rent payment, interest, dividends, or other source? __yes__.

    a. If the answer is yes, describe each source of income, and state the amount Received from each during the past twelve months. I have Received Gifts from my family and friends, EMMA Sanders my sister 8-26-05 sent me $50.00, and

-2-

On 12-20-05 she sent $50.00. My 80 years old mother sent me $25.00 on 1-15-06 and 3-15-06 $30. And on 5-10-06 she sent me $40.00 dollars.

3). Do you own any cash or checking or savings accounts? Yes. (P.M.O.D account)

   a. If the answer is yes, state the total value of items owned. $24.71 P.M.O.D. account.

4) Do you own any Real Estate, stocks, bonds, notes, auto-mobile, or other valuable property (excluding ordinary household furnishings and clothing). No.

5). List the persons who are dependent upon you for support and state your relationship to those persons. None.

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties of perjury.

Done this 15th day of June 2006

AFFIRMED AND SUBSCRIBED
BEFORE ME: Jeff Burnett
on this 15th day of June 2006
My Commissions Expires: 1-21-08

_Jeff C Burnett_ Notary

- 3 -