IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TONY FOUNTAIN,                )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )    2:06cv548-MHT
DR. PEASANT, et al.,          )
                              )
    Defendants.               )

ORDER

It is ORDERED as follows:

(1) Plaintiff's motion for an emergency injunction (doc. no. 1) is treated as containing a motion for temporary restraining order.

(2) Plaintiff's motion for temporary restraining order is denied.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 22nd day of June, 2006.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE