STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 152157          NAME: FOUNTAIN, TONY                    AS OF: 06/23/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| 2005 JUN | 7 | $12,590.93 | $0.00 |
| JUL | 31 | $3,334.96 | $0.00 |
| AUG | 31 | $3,233.23 | $125.00 |
| SEP | 30 | $3,224.13 | $105.00 |
| OCT | 31 | $3,131.85 | $50.00 |
| NOV | 30 | $3,056.02 | $100.00 |
| DEC | 31 | $2,996.81 | $50.00 |
| JAN | 31 | $2,882.60 | $0.00 |
| FEB | 28 | $2,802.65 | $140.00 |
| MAR | 31 | $2,745.81 | $35.00 |
| APR | 30 | $2,657.45 | $120.00 |
| MAY | 31 | $2,576.86 | $65.00 |
| 2006 JUN | 23 | $2,483.03 | $0.00 |