IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY FOUNTAIN, #152157, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-548-MHT |
| | ) | |
| DR. PEASANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the response filed by the plaintiff on July 12, 2006 (Court Doc. No. 8), and for good cause, it is

ORDERED that on or before August 7, 2006 the plaintiff shall file a response which addresses (i) the fact that his inmate account statement indicates an average daily balance of $2,483.03 at the time of filing this cause of action, and (ii) why he swore under penalty of perjury that he had the sum of $24.71 in his account when the amount in his account, in fact, was much greater. To aid the plaintiff in filing a response to this order, the Clerk is DIRECTED to provide him with a copy of his inmate account statement which is entered on the docket of this case as Court Doc. No. 5.

DONE, this 14th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE