IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Tony Fountain #152157
　Plaintiff,

Case No: 2:06-CV-548-MHT

VS.

Dr. Peasant, et, al,
　Defendants.

## MOTION TO RELEASE THE STATE OF ALABAMA AS A DEFENDANT

Comes, Now Tony Fountain, by and through himself moves the Court to drop The State of ALABAMA as a defendant from the above styled cause prior to considering plaintiff motion of opposition to the Magistrate Recommendation of June 28 2006.

Wherefore, plaintiff, prays that (t)his motion to release the State of Alabama as a defendants in this matter, be Granted as law and justice requires.

Done on 8th day of July 2006

Tony Fountain, PRO SE