IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Tony Fountain #152157
Plaintiff,

VS.

Dr. Peasant, et, al,
Defendants.

Case No.: 2:06-CV-548-
-MHT

2006 JUL 19 A 9:27

## MOTION FOR GOOD CAUSE

Comes Now, Tony Fountain, by and through himself hereby moves this Honorable Court to withdraw his Motion to proceed In Forma Pauperis. Enclosed is a check in the sum of $250.00 dollars, maded out the Clerk of the U.S. District Court for the Middle District of Alabama for such Filing Fee's. Plaintiff also moves this Court in allowing him to preserve the rights to be reimburse pursuant to Rule 54(d), Fed.R.Civ.P. for cost of bring this action, and that the cost be taxed against the defendants.

Wherefore, plaintiff, prays that (t)his Motion For Good Cause be "Granted" as law and just requires.

Done this 29th day of June 2006.

Tony Fountain, PRO SE