**INMATE REQUEST SLIP**

Name: Tony Fountain    Quarters: E3-22    Date: 6-27-06
AIS #: 152157

( ) Telephone Call
( ) Special Visit
( ) Custody Change
( ) Time Sheet
( ) Personal Problem
(X) Other: Itemization of my P.M.O.D account.

Briefly Outline Your Request - Then Drop In Mail Box

I'am Requesting an Itemization of My P.M.O.d. account for the last twelve months. Such as Itemized of My P.M.O.d. your prompt Response is Gladly appreciated by me. Again Thank you for any inconvenience I may have caused you in the afore said matter.

Do Not Write Below This Line - For Reply Only

Business Office does not produce "itemization of PMOD Act" w/out valid reason. What is your reason for request?

VBatley
Business Manager

Approved ___ Denied ___ Pay Phone ___ Collect Call

Request Directed To: (Check One)
( ) Warden
( ) Classification Supervisor
( ) Deputy Warden
( ) Legal Officer - Notary Public
( ) Captain
( ) Record Office

N176

Exhibit-A

Exhibit-A

**INMATE REQUEST SLIP**

Name **Tony Fountain** Quarters **E322** Date **7-2-06**
AIS # **152157**

( ) Telephone Call  ( ) Custody Change  ( ) Personal Problem
( ) Special Visit   ( ) Time Sheet     (X) Other _Itemization of my P.M.O.d. Acct._

Briefly Outline Your Request - **Then Drop In Mail Box**

Ms. Baxley, My Reason for Requesting an itemization of my P.M.O.d. Acct. is that the Print-out I Received on 6-26-06, shows My Daily Avg. Balance for June 4 shows 22,006.7 and on 6-26-06 it shows 2,474.73 which was not my Balance on June 26,06 was xxxxxx. 24,013.36. I need to No where did June 4 Daily get to 22,006.7. Thank you for your Prompt Response.

Do Not Write Below This Line - **For Reply Only**

Ms. Baxley Response →

Daily Average Balance does not equal AN Actual Balance. On 6/4/06 your Actual Balance = 2,528.56. On 6/26/06 your Actual Balance = $2,413.21. You spent a total of 115.35 in Canteen between these dates. Current Actual Balance today is $2,386.09.
VBaxley 7/3/06

Approved     Denied     Pay Phone     Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary     ( ) Record Office
                                    Public

N176

