## INMATE REQUEST SLIP

Name: Tony Fountain    Quarters: E3-22    Date: 6-29-06
AIS #: 152157

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (X) Other Withdrawl from my P.M.O.d account.

**Briefly Outline Your Request - Then Drop In Mail Box**

I'am Requesting that $250.00 dollars be withdrawn from my P.M.O.d account and that a check be maded out to the Clerk of the U.S. district Court Middle District of Ala., This check got to be in that Court before July 11, 2006, Attached to this Request is a stamped envelope addressed to the U.S. District Court. Your prompt response will be Gladly appreciated.

**Do Not Write Below This Line - For Reply Only**

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden                    ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary Public  ( ) Record Office

N176