Exhibit-C