IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY FOUNTAIN, #152157, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-548-MHT |
| | ) |
| DR. PEASANT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion for good cause filed by the plaintiff on July 19, 2006 (Court Doc. No. 11), which the court construes as a motion to withdraw plaintiff's sworn application for leave to proceed *in forma pauperis*, and as the court has determined that such application contains erroneous information with respect to the allegation of poverty as prohibited by 28 U.S.C. § 1915(e)(2)(A), it is

ORDERED that the motion to withdraw *in forma pauperis* application be and is hereby DENIED.

DONE, this 21st day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE