## INMATE REQUEST SLIP

Name _Tony Fountain_   Quarters _E3-22_   Date _6-26-06_

AIS # _152157_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (X) Other _P.M.O.d_
                                                _Account print-_
                                                _out_

**Briefly Outline Your Request** - Then Drop In Mail Box

I'm Requesting, a print-out of my P.M. O.d. Account for the last twelve months. I have a pending action in the U.S. District Court for the Middle District of Ala. I need this information as soon as possible. Your prompt assistance in this matter will be gladly appreciated. Again thanks for any inconvenience I may have caused you.

_Exhibit-E_

Do Not Write Below This Line - **For Reply Only**

Approved       Denied       Pay Phone       Collect Call

Request Directed To: (<u>Check One</u>)
( ) Warden                      ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary     ( ) Record Office
                                    Public

N176

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ✓         No ____

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ____       No ✓

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _Allison Grady_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __6-25-06__
                (Date)

                                    _[signature]_
                                    Signature of Petitioner

                                    Exhibit-E

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ _____ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Staton C.F.__ institution:

_See attached form_

__6/26/06__                        _[signature] Felicia Auburn_
DATE                                AUTHORIZED OFFICER OF INSTITUTION

Rule 32                             3

```
                    PRESS ENTER TO CONTINUE
                        STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                    STATON CORRECTIONAL FACILITY

                                                       AS OF: 06/26/2006
  AIS #: 152157      NAME: FOUNTAIN, TONY
                                                       MONTHLY
                       # OF      AVG DAILY             DEPOSITS
              MONTH    DAYS      BALANCE
```

| Year | Month | # of Days | Avg Daily Balance | Monthly Deposits |
|---|---|---|---|---|
| 2005 | JUN | 4 | $22,006.70 | $0.00 |
|  | JUL | 31 | $3,334.96 | $0.00 |
|  | AUG | 31 | $3,233.23 | $125.00 |
|  | SEP | 30 | $3,224.13 | $105.00 |
|  | OCT | 31 | $3,131.85 | $50.00 |
|  | NOV | 30 | $3,056.02 | $100.00 |
|  | DEC | 31 | $2,996.81 | $50.00 |
| 2006 | JAN | 31 | $2,882.60 | $0.00 |
|  | FEB | 28 | $2,802.65 | $140.00 |
|  | MAR | 31 | $2,745.81 | $35.00 |
|  | APR | 30 | $2,657.45 | $120.00 |
|  | MAY | 31 | $2,576.86 | $65.00 |
|  | JUN | 26 | $2,474.79 | $0.00 |

EXHIBIT-E