IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY FOUNTAIN, #152157, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-548-MHT |
| | ) |
| DR. PEASANT, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon consideration of the motion to recant affidavit of hardship and present truthful statement of account information at the time of filing filed by the plaintiff on July 25, 2006 (Court Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

DONE, this 2nd day of August, 2006.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE