IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TONY FOUNTAIN,                    )
                                  )
    Plaintiff,                    )
                                  )        CIVIL ACTION NO.
    v.                            )        2:06cv548-MHT
                                  )
DR. PEASANT, et al.,              )
                                  )
    Defendants.                   )

ORDER

   After an independent and de novo review of the file,

it is ORDERED as follows:

   (1) Plaintiff's objections (doc. no. 8) are

       overruled.

   (2) The United States Magistrate Judge's

       recommendation (doc. no. 6) is adopted.

   (3) Plaintiff's motion for preliminary injunction

       (doc. no. 1) is denied.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 4th day of August, 2006.


    <u>/s/ Myron H. Thompson</u>
UNITED STATES DISTRICT JUDGE