IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Tony Fountain #152157
   Plaintiff,

Case No: 2:06-CV-548-MHT

vs.

Dr. Peasant, et, al,
   Defendants.

## MOTION FOR GOOD CAUSE AND/OR IN THE ALTERNATIVE A MOTION FOR TIME EXTENSION THAT WILL ALLOW THE PRISON BUSINESS OFFICE TO CUT CHECK

Comes now, Tony Fountain, by and through himself hereby place the Court on notice of his attempt to comply with this Court order on motion of August 2 2006. Plaintiff asserts the following facts in support of (*) his motion for Good Cause and/or In The Alternative a Motion for Enlargement of Time for the Business Office (Prison) to Cut Filing Fee check to wit:

   1) Plaintiff contends that on August 4th 2006, he submitted a request to

SCANNED

the PRISON Business OFFice Requesting that the sum of $350.00 be withdraw from his P.M.O.d. account and Forward to this Court. And that his Request was submitted with a self address stamped envelope. (see Attached Exhibit-5) Also another Motion For Good Cause with the Case number styled on it.

2). plaintiff Contends he did All he Could do when he submitted Exhibit-5 the Request slip along with a stamp Envelope and Motion good Cause, turning his legal Mail over to the PRison Authority For mailing his Court ordered Filing fee. <u>Huston v. Lack</u> 101 L.Ed.2d. 245 Therefore if the PRison Business office don't Cut this Check and Mail it on or before August 10 2006, should be Counted against the plaintiff. Because It wouldn't be no fault of plaintiff and the August 10 2006 deadline shouldn't be held against plaintiff.

3). plaintiff like to Recall the Court Attention to the Misleading informations Inci-

-2-

dent of the source that submitted the Court Document Number 5 (Doc. No. #5) on June 27 2006 concerning my P.M.O.D. account for the month of June 7 2005 saying I had an average daily balance of $12,590.93.

My point being that if that same source that try to misrepersent my P.M.O.D. account, who to say that source wouldn't try to deliberately miss the August 10 2006 deadline.

Therefore, plaintiff ask the Court to extend the August 10 2006 deadline to at lease August 20 2006, to ensure that source would not deliberately miss the deadline. Plaintiff stress the point that if the Court don't believe him the Court can order the Clerk to call the prison business office to enquire into whether or not plaintiff submitted such documents. It might also speed the cutting of the check for the filing fee up.

Wherefore, plaintiff, prays that (1) his motion for Good Cause and/or in the alternative a motion for extension of time that would allow the prison business office time to cut

-3-

the Filing Fee Check to Comply with the order of August 2 2006, be "Granted" as law and Justice Require.

Done on 7th August 2006

Tony Fountain, PRO SE

## CERTIFICATE OF SERVICE

I, hereby, Certify, that I have served a true and Correct Copy of the Foregoing as addressed: OFFICE OF THE ATTORNEY General 11th South Union, Street, Montg- Al. 36130, by placing the same in the U.S. Mail prepaid on this 7th day of August 2006.

Sincerely