IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Tony Funderson # 152157
[Big Spr, TX]

Vs.

Dr. Redstone et al
Defendants.

Case No: 2:06-CV-548-MHT-SRW

Exhibit-5

MOTION For Good Cause

Comes now Tony Funderson by and through himself humbly submits in the above styled cause by filing a request (show) with the original business office on this 4th day of August 2006 (failing) to provide closs the proof that has now have forward a copy of the request sought/filed with the Business Office to this court prior to this moment the styled is a motion for good cause in order to show this court my diligents address to supply to this court before of 4-2-06 I amended on 4-7-06. The response in this respect was entered in this case which is written Proof to now enable for this matter this is officially filed as requested.

[signature]

## INMATE REQUEST SLIP

Name **TONY FOUNTAIN** Quarters **E-3-22** Date **8-4-06**

AIS # **152157**

( ) Telephone Call     ( ) Custody Change     ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet     (X) Other **Withdrew of a court order payment $350.00**

**Briefly Outline Your Request - Then Drop In Mail Box**

I'am Requesting that $350.00 be withdrew from my P.M.O.d. Account and placed in the attached Stamped Envelope already addressed to the office of the Clerk U.S. Dist. Court, P.O. Box 711, Mont. AL, 36101-0711. The order I received on 8-2-06 placed a deadline on the above payment on or before 8-10-06. The 8-10-06 the last day please forward the $350.00 before that date. Thank you for your prompt response.

**Do Not Write Below This Line — For Reply Only**

Exhibit-5

Approved     Denied     Pay Phone     Collect Call

Request Directed To: (Check One)

( ) Warden
( ) Classification Supervisor     ( ) Deputy Warden     ( ) Captain
    ( ) Legal Officer - Notary Public     ( ) Record Office

N176