State OF ALABAMA
ELMORE, County

APRil 7th 2006

Mr. Ellis

what is the
Criterion for an
inmate to be
considered for an
eye examination

FROM: Tony Fountain #152157
E3-22

a sign

TO: ASSistant, warden Thomas.

Vision has to be 20/40 or greater.   4-11-06    The
? doctor.

his vision upon exam was

20/25 both eyes. He can sign

Warden;    up for sick call.                   :-06
out in th                                         y
Response I                    Mr. Ellis

sent back on a medical griev-
-ance on the 4-5-06. IN which Nurse Ellis
Stated " Criteria Not Met for eye M.D. 10/05
See (attached Form ) MR. Thomas question is what
Criterai I Must Meet inorder to see the Eye
doctor ?