IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TONY FOUNTAIN, #152 157          *

    Plaintiff,                  *

    v.                          *     2:06-CV-548-MHT

DR. PEASANT, *et al.*,           *

    Defendants.                 *

_____

## ORDER ON MOTION

Before the court is Plaintiff's request for a court-ordered physical examination. Plaintiff's motion has been read, considered, and shall be denied. Accordingly, it is

ORDERED that the motion for court-ordered physical exam (Doc. No. 21 ) be and is hereby DENIED.

Done, this 14th day of August 2006.

                                              **/s/ Delores R. Boyd**
                                             DELORES R. BOYD
                                             UNITED STATES MAGISTRATE JUDGE