IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TONY FOUNTAIN, #152 157 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-548-MHT |
| DR. PEASANT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's alternative motion for extension of time to comply with the court's August 2, 2006 order that he submit to the court the $350.00 filing fee on or before August 10, 2006 and as the court received the fee on August 9, 2006, it is

ORDERED that motion (Doc. No. 20) be and is hereby DENIED as moot.

Done, this 14th day of August 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE