IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TONY FOUNTAIN, #152 157       *

    Plaintiff,              *

    v.                      *     2:06-CV-548-MHT

DR. PEASANT, *et al.*,        *

    Defendants.             *

_____

**O R D E R**

For good cause, it is

ORDERED that the REPORT and RECOMMENDATION entered on this date by the undersigned Magistrate Judge is hereby VACATED. This case was reassigned to United States Magistrate Judge Delores Boyd as the referral judge on August 11, 2006.

Done, this 18th day of August, 2006.

                                            /s/ Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            UNITED STATES MAGISTRATE JUDGE