IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TONY FOUNTAIN,                )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )    2:06cv548-MHT
                              )
DR. PEASANT, et al.,          )
                              )
    Defendants.               )

                            ORDER

It is ORDERED that plaintiff's Rule 60(b) motion (doc. no. 29) is denied.

DONE, this the 12th day of September, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**