IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY FOUNTAIN,                    )
                                  )
    Plaintiff,                    )
                                  )         CIVIL ACTION NO.
    v.                            )         2:06cv548-MHT
                                  )
DR. PEASANT, et al.,              )
                                  )
    Defendants.                   )
```

ORDER

Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 28) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 27) is adopted.

(3) All claims against defendant Alabama Department of Corrections are dismissed prior to service of process pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i), and defendant Alabama Department of Corrections is dismissed as a party.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 12th day of September, 2006.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**