**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Leon Forniss
Warden
Staton Correctional Facility
P. O. Box 56
Elmore, AL 36025-0056

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell   C. Date of Delivery: 10/2/06

D. Is delivery address different from item 1? ☐ Yes ☐ No

06cv548
po + cmf

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 6517

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

1

Dr. Peasant
Staton Correctional Fac.
P.O. Box 56
Elmore, AL 36025-0056

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell   C. Date of Delivery: 10/2/06

D. Is address different from item 1? ☐ Yes ☐ No

06cv548
po + cmf

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 6500

PS Form 3811, February 2004   Domestic Return Receipt   02595-02-M-154