# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Fountain Jony_ AIS# _152157_

Medication Allergies: _MOTRIN_

Medical: Chronic (Long-Term) Problems
        Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
        Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.**

60108-AL

# PROBLEM LIST

Name _FOUNTAIN, Tony_

ID # _152157_

D.O.B. _8/24/63_

Medication Allergies _Motrin_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Practiti Initi |
|---|---|---|---|
| | Back pain   (NONE) | | |
| | Disc L-5, S-1  by pt Hx. | | |
| 28 May 04 — | MH chart/code rev | | |
| | (NONE) = OK - Dr. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/94



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: *Tony Fountain*

Date of Birth: *8-24-62*          Social Security No.: *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*

Date: *10-5-04*          Time: *12:20 P.M*          A.M. P.M.

This is to certify that I, *Tony Fountain*
(Print Inmate's Name)
, currently in

custody at the *Clyton Correction Facility*
(Print Facility's Name)
, am refusing to

accept the following treatment/recommendations: *Chronic Chest Pain*
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

*Tony Fountain*
(Signature of Inmate)**

*M Barnett*
(Signature of Medical Person)

(Witness)

(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60116 (6/86)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Fountain, Tony_                          _152157_

Date of Birth: _8/24/62_                 Social Security No.: _____

Date: _9/23/04_

Time: _____     A.M.
                                                                                          P.M.

This is to certify that I, _TONY FOUNTAIN_

(Print Inmate's Name)                                              , currently in

custody at the _STATON_

(Print Facility's Name)                                    , am refusing to

accept the following treatment/recommendations:

_No Show For Sick Call_

Specify in Detail

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____          _B Besk Cpn_
(Signature of Inmate)**                            (Signature of Medical Person)

_____          _Marvin D William COT_
(Witness)                                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60116 (5/86)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Fountain, Tony*

Date of Birth: *8/24/62*     Social Security No.: _____

Date: *6/15/04*     Time: *7P*     A.M.
                                   P.M.

This is to certify that I, *Fountain, Tony*
_____, currently in
                    (Print Inmate's Name)

custody at the *Staton*
_____, am refusing to
                   (Print Facility's Name)

accept the following treatment/recommendations: *No Show for M.D.*
*Clinic* _____
                          (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____          _____
(Signature of Inmate)**                (Signature of Medical Person)

_____          _____
(Witness)                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/95)

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ _SHCU_ TREATMENT RECORD
(OTHER)

| DATE 2-5-02 | TIME 10¹⁰ ☑AM ☐PM | FACILITY _SCC_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES _Motrin - Rash_

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _97³_ ☑ORAL ☐RECTAL   RESP. _20_   PULSE _88_   B/P _140 / 90_   RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

S: In a fight
Denies Cuts, Rashes
Bruised

O: Brought in by Officer
for Body Chart

PHYSICAL EXAMINATION

A: Body Chart per DOC

P: Released to DOC

| | ABRASION/// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|



ORDERS, MEDICATION, etc.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 2 / 5 / 02 | TIME 10 ☑AM ☐PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE B Helms LPN | DATE 2-5-02 | PHYSICIAN'S SIGNATURE B Helms LPN | DATE 2-5-02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Fountain, Tony | AGE 39 | DATE OF BIRTH 8/24/62 | R/S B/m | AIS # 152157 |
|---|---|---|---|---|

NC 041                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 8-25-01 | TIME 530 AM/PM | FACILITY SCC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES Motrin

VITAL SIGNS: TEMP 99² ORAL/RECTAL   RESP. 20   PULSE 68   B/P 110/70

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

RECHECK IF SYSTOLIC _____ <100> 50

**NATURE OF INJURY OR ILLNESS**

S— "Something was crawling on my neck and felt it bitt when I killed it. Didn't see what it was - just assumed it was a Spider"

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O— Am bilated to A×y ¢ small red whelp noted to Scapula area ¢ broken skin only redness around whelp. No SOB ¢ acute distress @ present

A— Alteration in Comfort

**ORDERS, MEDICATION, etc.**

P— Continued ___ ) MD for review
2) return to pill call if SOB occurs

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
✓ Pillcall Monday night

| RELEASE/TRANSFER DATE 8/25-01 | TIME 540 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Smullican RN 8-25-01 | DATE | PHYSICIAN'S SIGNATURE MD | DATE | CONSULTATION 1900 |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Fountain Tony | AGE | DATE OF BIRTH 8/26/63 | R/S | AIS # 152157 |
|---|---|---|---|---|

NC 041

DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | | Rx. Ordered |
|---|---|---|---|---|
| 2/20/01 | Dr. Taylor | ☐ IP   ☐ OP | | |

**Clinical Diagnosis**

Irrigate both ears

Date of Onset

Date of Surgery

AREA OF TREATMENT (CIRCLE)



PROGRESS NOTES. Began + destroy
2-20-01   both ears   cmc
2-23-01   Ø show (paged) cm
2-MARCH 2001  irrigated

RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 8 | 29 | 30 | 31 | TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb | | | | | | | | | | | | | | | | | | | | | | ㉒ | | | | | | | | | | |

Patient's Last Name: Fountain     First: Tony     Race:     BM 15215

Fountian, TONY

Name of Inmate

8/16/98 1140

Date/Time

152151 8/24/63

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

I dont not want to take my pluid

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Systems, its employees and agents from all responsibility and ill effect which may result from this action.

_____  152157    _____
Inmate Signature                          Date/Time   8/16/

_____
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

2/15/97

Init. Diagnosis    DIAB/SGP

Date of Onset

Bilateral ear wash ×f

Date of Surgery

## AREA OF TREATMENT (CIRCLE)



**PROGRESS NOTES:**

2/16 - Rx done as ordered -B.M.

## RECORD OF TREATMENT

SCC

| TH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/95 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Last Name | First | Middle | Age | R/S | ID N |
|---|---|---|---|---|---|
| Fountain, Tony | | | 35 | B/n | 152/5 |

152157

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ _Unscheld_ TREATMENT RECORD
(OTHER)

| DATE 2/24/99  20's | TIME | FACILITY _BCCF_  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ____ | ☐ EMERGENCY |
|---|---|---|---|
| | AM PM | | ☐ OTHER |

ALLERGIES _Motrin_

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP. 98.5  ORAL/RECTAL  RESP. 24  PULSE 119  B/P 140/81  RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z  Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S) "my head aches I got the fever and chills I don't feel good"

O) inmate A&O x3 no coughing no distress noted all vitals WNL respiration even but labored.

PHYSICAL EXAMINATION
A) attentive in comfort

O) strict cold medicine return if any symptoms get worse increase fluid

ORDERS, MEDICATION, etc.
Amoxil 500mg X TID 7 days ↓ V.O. Dr Siddiq
Tylenol 650mg X TID 7 dy ↓

DIAGNOSIS

INSTRUCTIONS TO PATIENT
↑ fluids Take medication as directed

| RELEASE/TRANSFER DATE 2/24/99 | TIME 2020 AM PM | RELEASE/TRANSFERRED TO  V.O. | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE _____ RNC | DATE 2/24/99 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Fountain Timmy | AGE 36 | DATE OF BIRTH 8/26/53 | R/S B/0 | AIS # 158159 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 4-25-98 | TIME 10:30 AM/PM | FACILITY BCCF □ SIR □ PDL □ ESCAPEE □ _____ | □ EMERGENCY □ OTHER |
|---|---|---|---|

ALLERGIES Motrin

CONDITION ON ADMISSION
□ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 98.4   ORAL/RECTAL   RESP. 20   PULSE 84   B/P 130/86   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/SUTURES |
|---|---|---|---|---|---|

S— I got a hx of back problems
+ my back went out on me.
I'm takin naprosyn + its hurti
my stomach + not stoping the
pain. I'm workin in the
Kitchen + I just can't
do the work c̄ my back probs

**PHYSICAL EXAMINATION**

O— Present to the infirmary
alert & oriented x3, Ambulates
slowly c̄ slight froward tilt
c/o constant low back pain
has current med order of
prn naprosyn of which he
complies cong. states pain
is bilateral. ROM compromised
A— Alteration in comfort rt back pain

**ORDERS, MEDICATION, etc.**

P— No lifting, no prolonged standing + no bending until
Seen by MD on Monday.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Admit to infirmary 4/27/98

| RELEASE/TRANSFER DATE 4/25/98 | TIME AM/PM | RELEASE/TRANSFERRED TO □ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE A. Brin G | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Fountain Tony | AGE 34 | DATE OF BIRTH 8/24/63 | R/S B/m | AIS # 152157 |
|---|---|---|---|---|

F-15

# CORRECTIONAL MEDICAL SYSTEMS
## RELEASE OF INFORMATION

_Fountain, Tony_

Name of Inmate

Date/Time

_152157_

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_Sick Call_

_Inmate Refused to sign_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Systems, its employees and agents from all responsibility and ill effect which may result from this action.

Inmate Signature

Date/Time

_Martha Jackson_

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Witness

Date/Time

CMS 7120 REV. 6/93

N610

# ALABAMA DEPARTMENT OF CORRECTIONS

## RECEIVING SCREENING FORM

Inmate's Name: _FOUNTAIN  TONY_   Date: _3/3/98_  Time: _109P_

DOB: _2/22/63_  Officer: _B. Brown_   Institution: _BCCF_

### Booking Officer's Visual Opinion

|  | | Yes | N |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | |
| 10. | Does the inmate have any obvious physical handicaps? | | |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | |
|---|---|---|---|
| 12. | Are you on any special diet prescribed by a physician? (If YES, what type?) | | |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | |
| 15. | Have you ever attempted suicide? | | |
|  | (If YES, When? _____ How? _____ | | |
| 16. | Do you want to do any harm to yourself now? | | |

**NaphCare**

# Release of Information Authorization

Tony Fountain _pt_

Name or Inmate

SS# 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

Jackson Hospital _Montg._

Facility Releasing Information

152157 / 08-24-1962
Inmate ID Number/Date of Birth

21 Nov 2001
Date

---

I hereby give my consent to NAPHCARE, INC. and the above named facility to release the following information from my medical record to the facility/provider listed below:

☑ Records related to treatment of _Back Pain_
   from _1995_ to _Present_ .

☑ Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

☑ Admission Reports     ☑ Discharge Reports     ☒ Operative Summary Reports

☑ X-Ray Reports     ☑ Special Studies Reports     ☒ Laboratory Reports

○ Immunization History     ○ Mental Health Reports     ○ Psychiatric Summary Report

○ Drug Treatment History and Counseling

○ Other Records _____

STATON HEALTH CARE UNIT
P. O BOX 56
ELMORE, AL 36025

_Medical Records_     334-567-1521
_Fax_     334-567-1538

Facility Releasing Information     _/mai/_

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of the person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of _90 days_ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release NAPHCARE, INC. and the facility from any liability which may result from such release of information.

_____
Inmate Signature

21st Nov 2001
Date

2-21-95
041637066-DRM

Witness

_____
Witness

FAXED

JAN 1 8 2002

11415

Release of Information Authorization

# Release of Information Authorization

**Tony Fountain**
Name of Inmate

SS# 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

**152157 / 08-24-196_**
Inmate ID Number/Date of Birth

**Jackson Hospital**          Montg.
Facility Releasing Information

**21 Nov 2001**
Date

**Fax # 293-8969**

I hereby give my consent to NAPHCARE, INC. and the above named facility to release the following information from my medical record to the facility/provider listed below:

☑ Records related to treatment of **Back Pain** from **1995** to **Present**.

☑ Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

☑ Admission Reports          ☑ Discharge Reports          ☑ Operative Summary Reports

☑ X-Ray Reports          ☑ Special Studies Reports          ☑ Laboratory Reports

○ Immunization History          ○ Mental Health Reports          ○ Psychiatric Summary Report

○ Drug Treatment History and Counseling

○ Other Records _____

---

**STATON HEALTH CARE UNIT**
P. O BOX 56
ELMORE, AL 36025

Medical Records          334-567-1521
Fax          334-567-1538

Facility Releasing Information

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of the person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of **90 days** from today's date unless withdrawn in writing by me.

I sign this willingly, and I release NAPHCARE, INC. and the facility from any liability which may result from such release of information.

_____
Inmate Signature

**21st Nov 2001**
Date

_____
Witness

_____
Witness



# Release of Information Authorization

NC032

**NaphCare**

SCC

# Release of Information Authorization

Tony Fountain

Name of Inmate

SS# 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

152157 / 08-24-196?
Inmate ID Number/Date of Birth

Jackson Hospital          Monty.
Facility Releasing Information

21 Nov 2001
Date

Fax # 293-8969

ΠDO5 1780-5

I hereby give my consent to NAPHCARE, INC. and the above named facility to release the following information from my medical record to the facility/provider listed below:

☑ Records related to treatment of _Back Pain_
   from _1995_ to _Present_

☑ Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

☑ Admission Reports          ☑ Discharge Reports          ☑ Operative Summary Reports
☑ X-Ray Reports             ☑ Special Studies Reports     ☑ Laboratory Reports
○ Immunization History       ○ Mental Health Reports       ○ Psychiatric Summary Report
○ Drug Treatment History and Counseling
○ Other Records _____

STA TON HEALTH CARE UNIT
P. O BOX 56
ELMORE. AL 36025               Medical Records    334-567-1571
                               Fax                334-567-1538
Facility Releasing Information

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of the person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _90 days_ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release NAPHCARE, INC. and the facility from any liability which may result from such release of information.

Inmate Signature

21st Nov 2001
Date

Witness

Witness

FAXED 12/13/01 88

FAXED 3/15/00 07

THIS FAX REQUEST HAS BEEN COMPLETED, PLEASE THIS GOVERSHEET ████████████████████████, TAN

**A.**

## REQUEST FOR MEDICAL RECORDS — AREAS "A" AND "B" TO BE COMPLETED BY REQUESTING PARTY

### JACKSON HOSPITAL & CLINIC — MONTGOMERY, ALABAMA

| REQUESTED BY: | Sharpe J | REQUESTING DEPARTMENT: | Corr |
| --- | --- | --- | --- |
| PHONE: | 293-8609 | FAX: | 293-8969 |
| DATE: | 1-17-02 | TIME: | 3:30 |
| JOB #: | | BOX #: | 3:30 |

**B.**

| ACCOUNT NUMBER | MONTH & YEAR OF SERVICE | SERV. TYPE | PATIENT NAME/DATE OF BIRTH | STAT REG | FAX DEL BOTH |
| --- | --- | --- | --- | --- | --- |
| 0406376b6 | 2-21-95 | INPT. OUTPT. ER | Tony Fountain 8-29-02 | R | R |

### INFORMATION REQUESTED — CIRCLE ALL THAT APPLY

FACESHEET | D/S SUM | H&P | OP | PATH | CONSULTS | EKGs | ECHO | XRAY | ANESTHESIA | **ENTIRE RECORD**

SPECIAL INSTRUCTIONS OR REQUEST:

LOCATION: (for DRM use)

---

## FACSIMILE COVER SHEET

| | | |
| --- | --- | --- |
| FAXED BY: | | |

*DIVERSIFIED RECORDS MANAGEMENT*
PHONE: 334-280-0015
FAX: 334-280-2117

NUMBER OF PAGES (EXCLUDING COVER SHEET):

COMMENTS:

*DIVERSIFIED RECORDS MANAGEMENT CORP. — 572 EAST PATTON AVENUE — MONTGOMERY, AL 36111*
*PHONE — 334-280-0015        FAX — 334-280-2117*

Jackson Hospital

1725 Pine St.

Montgomery, AL  36106-1142


Dear Requestor:


RE:  FOUNTAIN, TONY


Your request for medical record information on FOUNTAIN, TONY has been received; however, we are not able to process the request for information for the following reason(s):


( )     Please provide date of birth, social security number, account number, medical record number, other names, or any other information you may have to enable us to locate this patient or treatment date.

DOB: _____     SS#: _____     DATE(S) OF SERVICE: _____

OTHER NAME(S): _____     OTHER INFORMATION: _____

( )     Patient does not have date of treatment requested.

( )     We require valid authorization, signed by the patient and dated within 90 days of the request.

( )     We require a valid authorization signed by the parent of a minor or the legal guardian, accompanied by copies of the guardianship appointment papers.

( )     We need a copy of the death certificate, showing next of kin or affidavit designating next of kin, or letters of administration and an authorization, signed by the next of kin.

( )     Please supply the complete address where you want us to send copies of your records.

( )     A specific request is required before releasing sensitive material.  Please contact the patient.

( )     Patient has not been seen at this facility.

( )     Results from visit(s) of _____ 2-21-95 _____ are not on file.


If further information is requested, please return this form as quickly as possible.  If we may be of further assistance, please feel free to contact us at the address or phone number listed below.


Thank you.


Smart Corporation - ROI

Jackson Hospital

334-293-8909

Jackson Hospital

**1725 Pine St.**

Montgomery, AL  36106-1142

Dear Requestor:

RE:  FOUNTAIN, TONY

Your request for medical record information on FOUNTAIN, TONY has been received; however, we are not able to process the request for information for the following reason(s):

( )    Please provide date of birth, social security number, account number, medical record number, other names, or any other information you may have to enable us to locate this patient or treatment date.

DOB: _____    SS#: _____    DATE(S) OF SERVICE: _____

OTHER NAME(S): _____    OTHER INFORMATION: _____

(✓)    Patient does not have date of treatment requested.

( )    We require valid authorization, signed by the patient and dated within 90 days of the request.

( )    We require a valid authorization signed by the parent of a minor or the legal guardian, accompanied by copies of the guardianship appointment papers.

( )    We need a copy of the death certificate, showing next of kin or affidavit designating next of kin, or letters of administration and an authorization, signed by the next of kin.

( )    Please supply the complete address where you want us to send copies of your records.

( )    A specific request is required before releasing sensitive material.  Please contact the patient.

( )    Patient has not been seen at this facility.

( )    Results from visit(s) of _____ are not on file.

If further information is requested, please return this form as quickly as possible.  If we may be of further assistance, please feel free to contact us at the address or phone number listed below.

Thank you.

Smart Corporation - ROI

Jackson Hospital

334-293-8909

**MEDICAL PROGRESS NOTES**
**INFIRMARY ADMISSION**

INMATE'S NAME Fountain Tony

INMATES NO. 152157

DATE 4-27-98

TIME

| SOA | PLANS |
|---|---|
| S: BRIEF HISTORY: | P: |
| C/O pain several times. Does not want to work apparently | VITALS: ↓ daily |
| | DIET: Regular |
| | ACTIVITY: As tolerated |
| | MEDICATION ORDERS: |
| | Indocin 500 mg po TID X 10 days |
| | Robaxin 1 gm po TID X 10 days |
| O: PHYSICAL EXAMINATION | |
| Able to amb to HCU alone. Alert and oriented. Skin warm and dry to touch. No lesions or draining wounds present. Good ROM to neck and extremities | I.V. ORDERS: NA |
| | OTHER ORDERS: |
| A: ADMITTING DIAGNOSIS: | |
| Admit to infirmary | |
| ADMITTED BY: W. Vaughn | |
| print name | |
| W Vaughn RN | |
| signature | |

8/23/94

**CORRECTIONAL MEDICAL SYSTEMS**
**MEDICAL PROGRESS NOTES**
**INFIRMARY DISCHARGE SUMMARY**

INMATE'S NAME  Fountain, Tony                    INMATES NO.  1 53157

DATE  4-27-98                                     TIME

| ADMITTED: 4-27-98 | |
| --- | --- |
| DISCHARGED: | CONDITION ON DISCHARGE: |
| | |
| | |
| ADMITTING DIAGNOSIS: | |
| | LAB/TESTS PERFORMED: |
| | |
| DISCHARGE DIAGNOSIS: | |
| | |
| | MEDICATIONS ON DISCHARGE: |
| | |
| BRIEF HISTORY: | |
| | |
| | |
| | |
| INFIRMARY COURSE: | FOLLOW-UP TREATMENT/PLANS: |
| | |

8/23/94

# DAILY PATIENT ASSESSMENT
## DEPARTMENT OF CORRECTIONS

**Nursing Observations**
(check only those which apply)

| | | Date | 4-27-98 | | | 4/28/98 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Shift | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N |
| **C** | ambulant | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | |
| **O** | with assistance | | | | | | | | | | | | | | | | | | | | | | |
| **N** | up in chair | | | | | | | | | | | | | | | | | | | | | | |
| **D** | bed rest | | | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | |
| **I** | good | | ✓ | | | ✓ | | ✓ | | | | | | | | | | | | | | | |
| **T** | fair | | | ✓ | | | ✓ | | | | | | | | | | | | | | | | |
| **I** | unchanged | | | | | | | | | | | | | | | | | | | | | | |
| **O** | depressed | | | | | | | | | | | | | | | | | | | | | | |
| **N** | irritable | | | | | ✓ | | | | | | | | | | | | | | | | | |
| | confused | | | | | | | | | | | | | | | | | | | | | | |
| | serious | | | | | | ✓ | | | | | | | | | | | | | | | | |
| | uncooperative | | | | | | | | | | | | | | | | | | | | | | |
| | side rails | | NA | NA | | NA | | | | | | | | | | | | | | | | | |
| | up | | | | | | | | | | | | | | | | | | | | | | |
| | down | | | | | | | | | | | | | | | | | | | | | | |
| **SLEEP** | good | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | |
| | restless | | | | | | | | | | | | | | | | | | | | | | |
| **APPE-TITE** | good (80-100%) | | | ✓ | ✓ | | ✓ | ✓ | | | | | | | | | | | | | | | |
| | fair (30-80%) | | | | | | | | | | | | | | | | | | | | | | |
| | poor (0-30%) | | | | | | | | | | | | | | | | | | | | | | |
| | refused | | | | | | | | | | | | | | | | | | | | | | |
| **D** | regular | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | |
| **I** | diabetic | | | | | | | | | | | | | | | | | | | | | | |
| **E** | liquid | | | | | | | | | | | | | | | | | | | | | | |
| **T** | dialysis | | | | | | | | | | | | | | | | | | | | | | |
| **M** | taken as ordered | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | |
| **E** | refused | | | | | | | | | | | | | | | | | | | | | | |
| **D's** | absent from pill call | | | | | | | | | | | | | | | | | | | | | | |
| **S** | rash | | | | | | | | | | | | | | | | | | | | | | |
| **K** | edema (both legs) | | | ✓ | | | | | | | | | | | | | | | | | | | |
| **I** | warm & dry | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | |
| **N** | | | | | | | | | | | | | | | | | | | | | | | |
| **BATH** | self | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | |
| | assist | | | | | | | | | | | | | | | | | | | | | | |
| **ELIMI-NATION** | foley | | | | | | | | | | | | | | | | | | | | | | |
| | incontinence | | | | | | | | | | | | | | | | | | | | | | |
| | urine | | | | | | | | | | | | | | | | | | | | | | |
| | feces | | | | | | | | | | | | | | | | | | | | | | |

| NAME (LAST, FIRST, MIDDLE) | D.O.B. | AGE | R/S | AIS NUMBER | INST |
|---|---|---|---|---|---|
| Fountain Tony | 8/24/63 | 34 | B/M | 152157 | BCCF |

## NURSES' NOTES

| DATE | TIME | REMARKS AND SIGNATURE |
|------|------|----------------------|
| 4-27-98 | 10 PM | Admit to infirmary per Dr. Siddig's |
| | | order for back pain            ___ MVaughen |
| | 1300 | S none |
| | | O lying in bed c̄ eyes closed |
| | | resp. even & unlabored |
| | | A Back pain |
| | | P Observe & Monitor — V. Lippincott RN |
| 4-27-98 | 2000 | S "My lower back hurts." |
| | | O- lying on bunk facial grimacing noted. |
| | | skin w/d, color good |
| | | A- Alteration in Comfort |
| | | P- Rx bed rest c̄ po meds              ___ RRBrunel |
| 4-28-98 | 0600 | S- I feel better |
| | | O- Alert et Orientated Resp. Reg and |
| | | even. No Acute distress Noted |
| | | A- Altered Mobility |
| | | P- Cont. Obs. and observe — R.Painter RN |
| 4/28/98 | 800 am | S- "I'm alright, my back still hurts" |
| | | O- Lying on bunk, positioned on (Rt) side, appeared to |
| | | be sleeping, but aroused easily for assessment and VS |
| | | Cont. to c/o severe discomfort to lower back. Some facial |
| | | grimmace noted when attempting to move in bed. No ab |
| | | normalities visible @ this time. VS taken and Recorded. |
| | | A- Discomfort to Lower Back |
| | | P- Cont. present Tx. and monitor for changes. — C.Paine |

| NAME (Last, First, Middle) | AIS # | DOB | RACE/SEX |
|---|---|---|---|
| Fountain, Tony | 152157 | 8/24/63 | B M |

F-34

## NURSES' NOTES

| DATE | TIME | Continue REMARKS AND SIGNATURE |
|------|------|-------------------------------|
| 4-29-96 | 0600 | O- Has had an uneventful tour. Observed to be asleep during rounds. Accepted AM meal s incident. Absent of acute distress. A- Alteration in comfort R/T lower back pain P- To remain housed in infirmary for observation. To be evaluated by MD this AM. |
| 4-29-98 | 1100 | Dr. Siddiq visited N/O noted to discharge ambulatory c crutches VS W/NL ————— J Carson LPN |

| AE (Last, First, Middle) Mountain  Tony | AIS # 152157 | DOB 8-24-63 | RACE/SEX B/M |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Fountain, Tony_

Date of Birth: _8/24/62_          Social Security No.: _423 92 6262_

Date: _25 OCT 0_          Time: _2/05_          A.M.
                                                         (P.M.)

This is to certify that I, _____, currently in
                                    (Print Inmate's Name)

custody at the _____ _Staton_ _____, am refusing to
                                    (Print Facility's Name)

accept the following treatment/recommendations: _____ _Absent from sick call_
                                                              (Specify in Detail)

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____                _____
        (Signature of Inmate)**                          (Signature of Medical Person)

_____ CO I                             _____ LPN
        (Witness)                                        (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Fountain Tony_

Date of Birth: _8/24/63_     Social Security No.: _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_

Date: _____     Time: _2045_   A.M. **P.M.**

This is to certify that I, _____
                                    (Print Inmate's Name)                    , currently in

custody at the _____
                                    (Print Facility's Name)                    , am refusing to

accept the following treatment/recommendations: _No show for sick call_
                                                                    (Specify in Detail)

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____            _____ LPN
         (Signature of Inmate)**                                    (Signature of Medical Person)

_Michael Moon COI_                            _____
         (Witness)                                            (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 08/10/06    Time: 930 AM    Facility: Staton

Check all applicable CIC's being evaluated: ✓ Card/HTN __ DM_GI_ID_PUL_SZ_TB    1040

**SUBJECTIVE:** FmA: ⊕ATn Ⓜ #Hom Ⓑ ⊕Pm⊡ ⊙CVD ⊕Smokers history
Ⓝⓞ    Died 5440    Exercise
Ⲫcolon/Ⓢstomach cancer

**OBJECTIVE:** BP 134/70 Ⓛ HR (60) RR (20) Temp 98 Wt 175 Peak Flow ___ O₂ Sat 96%
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, and extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Dyslipidemia

Mevacor 20mg QHS

| 7/14/06 | 5/24/04 | | well nourished bld |
|---|---|---|---|
| AST 36 | AST 25 | Chol 249↑ | A0 3 NAD note |
| Alt 40 | Alt 51 | Thg K19 | ⊙Carotis Brut |
| Bili 0.5 | AP 89 | HDA 40 | C⁄r in |
| AP 71 | Bili 0.4 | LDA 185↑ | lg CRAB⁄ |
| Hgb A1C 5.3% 4/1/3/06+ | 3/05 EKG | | abd B J ⊙ soft |
| | ⊙ LN CXP | | BM wNl |
| | | | ⊙B Edema |

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened    NRA 16.0/43.8    PSN indices wNl
PH 246

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** ① Dyslipidemia D/C mevacor & ↑ Mevacor 40mg QHS
low fat Diet / Daily Exercise

**F/U:    Routine 90 days:** ✓    Other ___    **Problem List Updated:** Yes   Ⓝo

② W/o rectal bleeding. Dr. Pleasant had been following patients
re: Eval with colonoscopy. Dr. Corbier will again Eval process
patient already scheduled to see ___
him in 1-2 weeks, re:    Physician/NP/PA
sigmoid vs colonoscopy Eval

Fountain Tony                                           152157
NAME                                                    AIS#

Ⓜ                              Ⓑ              8/26/63
GENDER                         RACE            DOB
③ ↑ 2p weekly × 4 weeks

(Revised 2/28/05)

**PHS**
PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

I.    HISTORY – (LPN or RN)

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | Last weight at least 6 months ago |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | ✓ | | nutrin |

Weight _181_  Temp _97.7_  Pulse _60_  Resp _20_  Blood Pressure _140_/_100_ See D

Eye Exam: _20/20_ OD _20/20_  OS _20/20_  OU

If greater than > 140/60, repeat in 1hour.
Refer to M.D. if remains > 140/90.

II.   TESTING – (LPN or RN)

Tuberculin Skin Test (q yr)

**RESULTS**

Past Positive TB Skin Test
(Chest x-ray if clinical symptoms)    →

Date given _1/13/05_  Site _(L)arm_
Read on _1/15/05_  Results _0_  mm

RPR (q 3 yrs)
EKG (baseline at 35, over 45 q 3 yrs)
Cholesterol (at 35 then q 5 yrs)
Finger Stick Blood Sugar

**Survey Completed**
Date _____ Results _n/a_
Date _12/28/04_ Results _NR_
_3/8/05_ Borderline
_4/25/04_ A299  HDL43  LDL166
Results _82_

* If > than 200 repeat Finger Stick BS within 48 hours

Optometry Exam (@ 50 if not already seen)    Results _N/A_
Mammogram
(females @ 40, q 2 yrs/other M.D. order)    Date _n/a_  Results _____

III.  PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

| Heart | Regular |
| Lungs | Clear |
| Breast Exam | Results _n/a_ |
| Rectal (yearly after 45) with Hemoccult | Results _n/a_ |
| Pelvic and PAP (q 1 yr) | Date _n/a_  Results _____ |

Facility _Staton_  Nurse Signature _____  Date _12/13/05_

M.D. or Mid-Level Signature _Dr. Lightner RN_  Date _1/24/06_

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Fountain, Tony | 152157 | 8/26/63  4/24/0 | 3/m |

0513-AL   (rev 9/05)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF NEXT OF KIN

### In the event of a serious injury or illness, I request the following person be notified:

*Alma Fountain*
Name

*Sister*
Relationship

*1915 Day St. Rd.*
Street Address

*262-5975*
Phone Number

*Montgomery*
City

*Al.*
State

*36104*
Zip Code

*152157*
Doc#

*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*
S.S.#

*12-13-05*
Date

Inmate Signature

*Clara*
Witness

*12/13/05*
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| *Fountain  Tony* | | *152157* | *8-24-62* | *B/M* | *SCC* |

PHS-MD-70003

(White – Medical Record, Yellow – Active File, Pink – Control Center)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Chaws_     DATE: _12/13/05_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _____     DATE: _12-13-05_

EXPIRATION DATE: _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Fountain  Tony | 152157 | 8-24-62 | B/M | SCC |

PHS-MD-70042    **(White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))**

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama  36130-3017

# TB
## Skin Test Report

County Code: 06    Target Testing:    PROJECT# 7017    CHR# 15215T

**Last Name**
FOUNTAIN

**First Name**
TONY                    MI

**Patient Home Address**
STATON PO BOX 56

**City**
ELMORE

**State** AL    **Zip Code** 36025    **Home Phone** 334-567-1548

SSN: 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

Date of Birth: 08-26-1963    **SEX:** ○ M ◉ F

**Race:** W ○  B ◉  AI ○  A ○  AN ○  H/PI ○  O ○
**ETHNICITY:** Hispanic or Latino: ○ YES ◉ NO

**Test Administered By:**
○ TB Staff
○ PH Nurse
◉ Other

**Site Test:**
○ Health Department
◉ Other

**Reason Tested:**
○ Health Care Worker
○ Medical Risk
○ Shelter
○ Student
○ Occupational
○ Foreign Born
○ Homeless
◉ Jail/Prison
○ Not at Risk

**Contact to Case/Suspect:**
○ YES  ○ NO

**Risk Categories:**
○ A
○ B
○ C

**PPD ONE:**
Provider#:    Lot#: 0023HP
Date of Test: 12-00-2004    Antigen ○ AP ◉ TU
Provider#:
Date Read: 12-24-2004    Result 0 mm ○ Not Read

**PPD TWO:**
Provider#:    Lot#:
Date of Test: __-__-____    Antigen ○ AP ○ TU
Provider#:
Date Read: __-__-____    Result __ mm ○ Not Read

Race codes:  W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB - 26/REV-12-2002

4739494381

PRISON
HEALTH
SERVICES
INCORPORATED

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) |  | X |  |
| Persistent Cough |  | X | Last weight at least 6 months ago |
| Chest Pain |  | X |  |
| Blood in Urine or Stool | X |  | Signed Waiver for MD v3i |
| Difficult Urination |  | X |  |
| Other Illnesses (Details) |  | X |  |
| Smoke, Dip or Chew |  | X |  |
| ALLERGIES | X |  | MoMN |

Weight __161__ Temp __97.8__ Pulse __54__ Resp __18__ Blood Pressure __124/80__

Eye Exam __20/25__ OD __20/25__ OS __20/25__ OU

If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.

**II.    TESTING – (LPN or RN)      RESULTS**

Tuberculin Skin Test (q yr)

Date given __12/22/04__ Site __(L) F/A__
Read on __12/24/04__ Results __∅__ ___ mm
**Survey Completed**

Past Positive TB Skin Test
(Chest x-ray if clinical symptoms)    →    Date _____

RPR (q 3 yrs)                    Date __12/22/04__ Results _____
EKG (baseline at 35, over 45 q 3 yrs)
Cholesterol (at 35 then q 5 yrs)    __10-9-02__ Results __Normal__
Tetanus/Diptheria (q 10 yrs)      __10-25-04__     __239__
    (if done today)    Last Given __10-29-99__ Due __2009__
Optometry Exam (@ 50 if not already seen)    Site given __N/A__ Dose _____ Lot # _____
Mammogram
    (females @ 40, q 2 yrs/other M.D. order)    Date __N/A__ Results _____

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart
Lungs                    S1-S2 OR W/G
Breast Exam              1313S OX2
Rectal (yearly after 45)    N/A
    with Hemoccult    Results N/A
Pelvic and PAP (q 1 yr)    Results N/A
                    Date N/A    Results _____

Facility __Staton__ Nurse Signature __D McCunn__

M.D. or Mid-Level Signature __D McCunn__    Date __12/22/04__

    Date __12/22/04__

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Fountain, Tony | 152157 | 8-26-63 | BM |

60513-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

Alma Fountain
Name

Sister
Relationship

1015 Apt-C Day St. Rd.
Street Address

(334)263-0399
Phone Number

Montgomery
City

Alabama
State

36108
Zip Code

Inmate Signature

Doc#

4/23-92-6962
S.S.#

12-28-0
Date

Witness

PSGW 12/02/04
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| Fountain, Tony | | 182187 | 8-26-63 | BM | Staton |

PHS-MD-70003

(White – Medical Record, Yellow – Active File, Pink – Control Center)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | — |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | — |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _____    DATE: 12/22/04

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _____    DATE: 12-22-04

EXPIRATION DATE: 2000

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Fountain, Tony | 150157 | 8-26-63 | BM | Staton |

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama   36130-3017

## Skin Test Report

County Code: 06   Target Testing: [ ]   PROJECT: 70 17   CHR# 152157

**Last Name**

FOUNTAIN

**First Name**   Mi

TONY

**Patient Home Address**

STATON PO BOX 56

**City**

ELMORE

**State**   **Zip Code**   **Home Phone**

AL   36025   334-567-1548

---

SSN: 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   **SEX:** ( ) M ( ) F

Date of Birth: 08-06-1963

**Race:** W  B  AI  A  AN  H/PI  O
**ETHNICITY:**
Hispanic or Latino: ( ) YES ( ) NO

**Test Administered By:**
( ) TB Staff
( ) PH Nurse
( ) Other

**Site Test:**
( ) Health Department
( ) Other

---

**Reason Tested:**
( ) Health Care Worker
( ) Medical Risk
( ) Shelter
( ) Student
( ) Occupational
( ) Foreign Born
( ) Homeless
( ) Jail/Prison
( ) Not at Risk

**Contact to Case/Suspect:**
( ) YES   ( ) NO

**Risk Categories:**
( ) A
( ) B
( ) C

---

**PPD ONE:**

Provider#: [ ][ ][ ][ ][ ]   Lot#: 0023HP

Date of Test [ ][ ]-[ ]-[ ][ ][ ]   Antigen  ( ) AP ( ) TU

Provider#: [ ][ ][ ][ ]

Date Read 12-24-2004   Result [ ] mm  ( ) Not Read

**PPD TWO:**

Provider#: [ ][ ][ ][ ][ ]   Lot#: [ ][ ][ ][ ][ ][ ]

Date of Test [ ][ ]-[ ]-[ ][ ][ ]   Antigen  ( ) AP ( ) TU

Provider#: [ ][ ][ ][ ]

Date Read [ ][ ]-[ ]-[ ][ ][ ]   Result [ ] mm  ( ) Not Read

---

Race codes:  W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; FI/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB - 26/REV-12-2002

4739494381

Date Given: 10·13·03

Site Given: LFA

Date Read: 10 17·03

Lot# 45256-261

Size in M.M. 0

Nurse: KRam

Nurse KRam

Note: Past Positives and conversions, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight 175    Previous Weight 165    B/P 120/80

Kitchen clearance assess. done and attached

Recent chest pain       circle
                        Yes or (No)
Productive cough        (Yes) or No
Any bleeding            Yes or (No)
                        Yes or (No)

Emergency contact Lottie B Gray    Phone# 334 262-5975

Address 305 Booker St    Montgomery, Al.
36104

Inmate signature _____  182182  Date 10/13/03

Witness signature A Hall-Smith LPN  Date 10/13/03

DOB 8/26/63  AGE 40  Race B  SEX M  SSN 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

Inmate Name Fountain Tony

AIS# 152157

HC-063

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Staton_

Date Given: _10/25/02_

Site Given: _(L)FA_

Lot# _A25G261_

Nurse _S Buckly_

Date Read _10/27/02_

Size in M.M. _0_

Nurse _Ald Neff's W_

Note: **Past Positives and conversions**, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _165_  Previous Weight _170_  B/P _120/84_

Kitchen clearance assess. ~~done and attached~~

|  | *circle* |
| --- | --- |
| Recent chest pain | Yes or (No) |
| Productive cough | (Yes) or No |
| Any bleeding | Yes or (No) |
|  | Yes or (No) |

Emergency contact _Lottie Gray_

Address _305 Booker St_  Phone# _334-262-5975_

_Mtgy AL 36104_

X Inmate signature _(signature)_  152152  Date _10/25/02_

Witness signature _S Buckly_  Date _10/25/02_

DOB _8/26/63_ AGE _39_  Race _B_ SEX _M_ SSN _423926262_

**Inmate Name** _Fountain, Tony_  AIS# _152157_

NC-069

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Staton_

Date Given: _10/6/01_

Site Given: _① FA_                           Date Read _10/8/01_

Lot# _45256260_                              Size in M.M. _0_

Nurse _B Buckler_

Nurse _N Woodspr RN_

**Note: Past Positives and conversions**, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _170_       Previous Weight _179_    B/P _140/94_

Kitchen clearance assess. done and attached

Recent chest pain          **circle**
Productive cough            Yes or (No)
Any bleeding               Yes or (No) _in jacket_
                           Yes or (No)
                           Yes or (No) _334_

Emergency contact _Lettie B. Gray_     Phone# _262-5975_

Address _305 Booker St._

_Montgomery, Al_              _36104_

Inmate signature _____     _152157_

Witness signature _B Buckler RN_     Date _10-6-01_

DOB _8/26/63_ AGE _38_  Race _B_  SEX _M_  SSN _423 92 6262_

Inmate Name _Fountain, Tony_          AIS# _152157_

NC-069

# PERIODIC HEALTH ASSESSMENT

**I. HISTORY - (Nurse)**

| | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) | | ✓ | Last Weight at least 6 mo.'s. ago: |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood In Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | DJD spine |
| Smoke, Dip or Chew | ✓ | | motrin |
| ALLERGIES | | | |

Weight _179_  Temp. _96²_  Pulse _70_  Resp. _20_  B.P. _120/80_

Eye Exam:
Without Glasses  OD 20/25  OS 20/25  OU 20/25
With Glasses  OD ___  OS ___  OU ___

**II. TESTING - (Nurse)**

RESULTS

Tuberculin Skin Test (q yr.) (chest x-ray if clinical symptoms)
Date Given _10/8/00_  Site _UFA_
Read On _10/6/00_  Results _0_  mm
RPR (q 3 yrs.)  Date _11/3/98_  Results _NR_
Urine Dip (yearly) (Glu., Pro., RBC., WBC.)  Results _10/8/00  WNL_
EKG (baseline at 35, over 45 q 3 yrs.)
Cholesterol (at 35 then q 5 yrs.)  _10/27/98  normal_
Tetanus/Diphtheria (q 10 yrs.)  _10/29/99  208_
If Done Today:  Last Given _10/29/99_  Due _2009_
Mammogram – (Annually - Females > 49)  Site Given ___  Dose ___  Lot # ___
Date Done _N/A_  Results ___

**III. PHYSICAL**

RESULTS

Heart  _RRR_
Lungs  _Clear_
Breast (q 2 yrs. p 30)  Date _N/A_  Results ___
Rectal (yearly p 45)  Results _N/A_  Hemocult ___
Pelvic and PAP (q 1 yr.)  Date _N/A_  Results ___

Inmate Name _Fountain, Tony_
DOB _8/26/63_  Age _37_  Race _B_  Sex _M_  AIS # _152157_  SSN _423 92 6262_
Emergency Addressee _Lattie B. Gray_
Address _305 Bother St  Gray_  Phone # _334 262 5979_
Facility _SCC_
Physician Signature _A Railey_  Nurse Signature _M. Smith LPN_

Date _10/4/00_
Date _10/24/00_

8/1/98

## TUBERCULIN PPD FOR INMATE

### INITIAL SKIN TEST

Date Given: 10/8/00

Site Given: LFA

Lot #: CO148MA

Nurse: AWardfi RN

Date Read: 10/10/00

Size: 0 mm

Nurse: NWardfi RN

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Inmate Signature

Date 10-8-00

Witness Signature NWardfi RN

Date 10/8/00

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Fountain, Teny | 152157 | Bm | SCC |

ES

# PERIODIC HEALTH ASSESSMENT

**I. HISTORY -** (Nurse)

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) |  | ✓ | Last Weight at least 6 mo.'s ago: |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood In Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) |  | ✓ | DJD spine |
| Smoke, Dip or Chew | ✓ |  |  |
| ALLERGIES |  | ✓ |  |

Weight _170_  Temp. _96 8_  Pulse _78_  Resp. _20_  B.P. _120/80_

Eye Exam:
Without Glasses  OD _20/20_  OS _20/20_  OU _20/20_
With Glasses  OD ___  OS ___  OU ___

**II. TESTING -** (Nurse)

RESULTS

Tuberculin Skin Test (q yr.)  Date Given _10/29/99_  Site _UA_
(chest x-ray if clinical symptoms)  Read On _11/1/99_  Results _0_ mm
RPR (q 3 yrs.)  Date _11-3-99_  Results _NR_
Urine Dip (yearly)  Results _10/29/99 HH_
(Glu., Pro., RBC., WBC.)  _1+protein  2+glucose_
EKG (baseline at 35, over 45 q 3 yrs.)  _10/27/98  normal_
Cholesterol (at 35 then q 5 yrs.)  _10/29/99_
Tetanus/Diphtheria (q 10 yrs.)  Last Given _1/3/89_  Due _0953220_ _10/29/99_
If Done Today:  Site Given _Deltad_  Dose _0.5cc_
Mammogram – (Annually - Females > 49)  Date Done _N/A_  Lot # _0953220_
Results ___

**III. PHYSICAL**

RESULTS

Heart  _RRR_
Lungs  _Clear_
Breast (q 2 yrs. p 30)  Date _N/A_  Results ___
Rectal (yearly p 45)  Results _N/A_  Hemocult
Pelvic and PAP (q 1 yr.)  Date _N/A_  Results ___

Inmate Name _Fountain, Jerry_
DOB _8/24/63_  Age _36_  Race _B_  Sex _M_  SSN _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_  AIS # _152157_
Emergency Addressee _Lottie L. Gary_
Address _305 Booker St_  Phone # _262.5975_
Facility _SCC_  Nurse Signature _Watts N_ _GH Lau?lefer_
Physician Signature _[signature]_  Date _10/30/99_
Date ___

8/1/98

I.    HISTORY - (Nurse)

| | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) | | ✓ | Last Weight at least 6 mo.'s. |
| (Compare Weight Below) | | | ago: _164 # yr ago_ |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood In Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | States He Has Hx of Asthma |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | ✓ | | Motrin |

Weight _162_ Temp. _97.6_ Pulse _69_ Resp. _18_ B.P. _126/87_

Eye Exam:

Without Glasses    OD _20/20_  OS _20/20_  OU _20/20_

With Glasses    OD ____  OS ____  OU ____

II.    TESTING - (Nurse)    RESULTS

✱ Tuberculin Skin Test (q yr.)    Date Given _7/14/98_ Site _Lt. Forearm_

(chest x-ray if clinical symptoms)    Read On _7/17/98_ Results _0mm_ mm

✱ RPR (q 3 yrs.)    Date _10/27/98_ Results ____

✱ Urine Dip (yearly)    Results _10/27/98_

(Glu., Pro., RBC., WBC.)    _Negative X3  Trace of Glu_

✱ EKG (baseline at 35, over 45 q 3 yrs.)    _10/27/98_

Cholesterol (at 35 then q 5 yrs.)    _N/A_

Tetanus/Diphtheria (q 10 yrs.)    Last Given _1/5/89_ Due _1999_

If Done Today:    Site Given _N/A_ Dose _N/A_ Lot # _N/A_

Mammogram – (Annually - Females > 49)    Date Done _N/A_ Results _N/A_

III.    PHYSICAL    RESULTS

| | | |
|---|---|---|
| Heart | | Regular and Even |
| Lungs | | Clear Bilat. |
| Breast (q 2 yrs. p 30) | Date _N/A_ | Results _N/A_ |
| Rectal (yearly p 45) | Results _N/A_ | Hemocult _N/A_ |
| Pelvic and PAP (q 1 yr.) | Date _N/A_ | Results _N/A_ |

Inmate Name _Fountain    Tony_    AIS # _152157_

DOB _8/23/63_ Age _35_ Race _Blk_ Sex _M_ SSN _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_

Emergency Addressee _Loutis B. Gray_ Phone # _334 262-597_

Address _365 Booker Street Montgomery Ala._

Facility _BCCF_ Nurse Signature _C. Fantel LPN_ Date _11/9/98_

Physician Signature ____ Date _11/9/98_

8/1/98

# CORRECTIONAL MEDICAL SERVICES

## INMATE FOOD SERVICE WORKER CLEARANCE

**MEDICAL RECORD REVIEW:**

|  | Yes | No |
|---|---|---|
| Past history of hepatitis: | ☐ Yes | ☑ No |
| TB test current: | ☑ Yes | ☐ No |
| TB test negative: | ☑ Yes | ☐ No |

If history of positive TB test, verified completed treatment: _____ (Date)

**PHYSICAL ASSESSMENT:**

|  | Yes | No |
|---|---|---|
| Open sores or rashes on hands, arms, face and neck: | ☐ Yes | ☑ No |
| Has diarrhea: | ☐ Yes | ☑ No |
| Has a cough: | ☐ Yes | ☑ No |
| Lungs clear to auscultation: | ☑ Yes | ☐ No |
| Signs and symptoms of other contagious diseases: | ☐ Yes | ☑ No |

Specify: _____

This inmate's Medical Record has been reviewed and he/she has been examined:

☑ He/she IS medically cleared for duty as a food service worker.
☐ He/she IS NOT medically cleared for duty as a food service worker.

_W. Randolph LPN_
Signature

_3/20/98_
Date

untain, Tony    ID#/DOB: 152157 / 8/24/63    LOCATION: BCCF

# PERIODIC HEALTH ASSESSMENT

**I.     HISTORY -** (Nurse)

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) |  | ✓ | Last Weight at least 6 mo.'s ago: |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood In Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) |  | ✓ |  |
| Smoke, Dip or Chew |  | ✓ |  |
| ALLERGIES | ✓ |  | Motrin |

Weight _164_   Temp. _96³_   Pulse _60_   Resp. _16_   B.P. _128/72_

Eye Exam:   Without Glasses   OD _20/15_  OS _20/25_  OU _20/15_

~~With Glasses~~   OD ___  OS ___  OU ___

**II.     TESTING -** (Nurse)

RESULTS

✱ Tuberculin Skin Test (q yr.)
(chest x-ray if clinical symptoms)

Date Given _11/28/97_   Site _Oarm_
Read On _11/31/97_   Results _O_ ___ mm

RPR (q 3 yrs.)

✱ Urine Dip (yearly)
(Glu., Pro., RBC., WBC.)

Date _12-16-96_   Results ___
Results _11/28/97_

EKG (baseline at 35, over 45 q 3 yrs.)   _N/A_
Cholesterol (at 35 then q 5 yrs.)   _11/11/93_
Tetanus/Diphtheria (q 10 yrs.)   Last Given _1-5-89_   Due ___
If Done Today:   Site Given ___   Dose ___   Lot # ___

**III.     PHYSICAL**

RESULTS

Heart
Lungs
Breast (q 2 yrs. p 30)
Rectal (yearly p 45)
With Hemocult
Pelvic and PAP (q 1 yr.)

Date ___   Results ___
Results ___
Results ___
Date ___   Results ___

Inmate Name _Fountain, Tony_
DOB _8-23-63_   Age _34_   Race _B_   Sex _m_   AIS # _152157_
Emergency Addressee _Lottie Clay (mom)_   SSN _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_
Address _305 Booka St, Mont AL 36104_   Phone # _334-262-5976_
Facility _Easterling_   Nurse Signature ___
Physician Signature ___   Date _11/28/97_
Date ___

# TUBERCULIN PPD FOR ...MATES

## INITIAL SKIN TEST

Date Given: 11/28/97

Site Given: ® arm

Lot #: 2442-11

Nurse: DSheher

Date Read: 11-30-97

Size: ⊘

Nurse: SParsh LPN

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

_____
Inmate Signature

Date 11/28/97

_____
Witness Signature

Date 11/28/97

| INMATE NAME: | ID#: | RACE | LOCATION: |
|---|---|---|---|
| Fountain, Tony | 152157 | B/m | Easterling |

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client        : Fountain, Tony

Sex           : Male                    Age             : 37

Education      :                        Marital Status :

File Name      : 152157                 Date of Birth  : 02/22/1963

Prepared for: Kilby Correctional Facility on 09/26/2000

-----------------------------

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated. No decisions should be based solely on the information contained in this report. This material should be integrated with all other sources of information in reaching professional decisions about this individual. This report is confidential and intended for use by qualified professionals only. It should not be released to the individual being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.
MMPI-2 is a registered trademark of the University of Minnesota.

MMPI-2*

Basic Service Profile Report

ID Number 152157

Male

Age 37

9/15/2000

Copyright© 1992 THE REGENTS OF THE UNIVERSITY OF MINNESOTA. All rights reserved.
Distributed Exclusively by National Computer Systems, Inc., Minneapolis, MN.,
under license from The Regents of the University of Minnesota.

*"MMPI-2," "Minnesota Multiphasic Personality Inventory-2," and
"The Minnesota Report" are trademarks of The Regents of the University of Minnesota.