# CORRECTIONAL MEDICAL SERVICES
## MENTAL HEALTH SERVICES
### INMATE CONTACT LOG

INMATE'S
NAME Fountain, Tony   AIS # 152157   MONTH/YR 5/98

| DATE | Significant Obsv. | Signature |
|------|-------------------|-----------|
| 7/3/98 | OK | P.H. VanWek PhD PhESC |
| 5/20 | " | |

Case 2:06-cv-00548-MHT-TFM    Document 30    Filed 11/06/2006    Page 2 of 54

```
                  L   F   K   HS      HY  PD  MF  PA  PT  SC  MA  SI
   RAW:           3   6   11  14   D  16  24  26  12  28  28  25  27
   T:             46  57  48  57  22  16  62  61  62  60  61  71  52
                                  63
                               49
```

WELSH CODE:   * 9'246587-10/3:=

I IS THE BEST GROUP, LEVEL IS MED


                GROUP= I          LEVEL= MED      TYPE= (01)


THIS IS THE BEST ADJUSTED OF ALL THE INMATE GROUPS WITH FEWEST PROBLEMS IN
INSTITUTIONAL ADJUSTMENT AND INTERPERSONAL RELATIONSHIPS WITH BOTH PEERS AND
AUTHORITIES.  CRIMINAL RECORDS ARE USUALLY LESS SERIOUS THAN THOSE OF OTHER
INMATE GRUPS AND THERE IS LESS SIGNIFICANT DRUG ABUSE.  MORE OF THESE INMATES
HAVE USUALLY BEEN INCARCERATED FOR PROPERTY CRIMES.  THEY ARE LEAST LIKELY TO
RECEIVE DISCIPLINARY WRITE-UPS AND RECIDIVISM RATES ARE TYPICALLY LOW. THERE
IS, HOWEVER, HIGH ENERGY LEVL AND THEY ARE APT TO BE IMPULSIVE.
TREATMENT APPROACHES SHOULD SHOULD BE DESIGNED TO TAKE ADVANTAGE OF THE FACT THA
THEY ARE THE MOST LIKELY GROUP TO SUCCEED IN COMMUNITY PLACEMENT OR RESTITUTION
CENTER TYPE PLACEMENT WHERE SENTENCING DATA PERMIT.  THEY RESPOND WELL TO ED-
UCATIONAL AND VOCATIONAL TRAINING PROGRAMS AIMED AT DEVELOPING LEGITIMATE AVE-
NUES OF FINANCIAL SUPPORT.  ALTHOUGH THERAPEUTIC INTERVENTION IS NOT USUALLY
A HIGH PRIORITY, REALITY THERAPY CAN BE EFFECTIVE.


                GROUP= E          LEVEL= LOW      TYPE= (02)


THIS IS ONE OF THE THREE BEST INMATE GROUPS IN ADJUSTMENT AND INTERPERSONAL
RELATIONSHIPS WITH PEERS AND AUTHORITIES.  THEY ARE THE LEAST AGGRESSIVE, LEAST
DEVIANT, AND BEST CONTROLLED: HOWEVER, PLACEMENT IN THIS GROUP SHOULD BE CHECKED
AGAINST OTHER AVAILABLE DATA SINCE THERE IS SOME TENDENCY TO BE DEFENSIVE AND
TO GIVE RESPONSES THAT PLACE THEMSELVES IN THE BEST POSSIBLE LIGHT. ALTHOUGH
INTELLIGENCE LEVEL MAY BE HIGHER THAN OTHER GROUPS THEY TEND TO BE UNDERACHIE-
VERS.  RATE OF DISCIPLINARY INFRACTONS IS LOW.  PERFORMANCE IN VOCATIONAL
TRAINING OR EDUCATION PROGRAMS IS USUALLY BETTER THAN WORK PERFORMANCE RATINGS.
RECIDIVISM RATE IS LOWER THAN ANY OTHER INMATE GROUP.
TREATMENT APPROACHES INCLUDE SEPARATION FROM MORE AGGRESSIVE GROUPS, AVAILA-
BILITY OF EDUCATIONAL AND VOCATIONAL TRAINING PROGRAMS AND THERAPY DESIGNED
TO PROMOTE SELF-INSIGHT.  THEY DO WELL IN RESTITUTION PROGRAMS WHERE SENTENCING
DATA PERMIT AND CAN ALSO PROFIT FROM BRIEF INCARCERATION TO CALL ATTENTION TO
THE SERIOUSNESS OF THEIR BEHAVIOR FOLLOWED BY SUPERVISED COMUNITY PLACEMENT.

MALE   AGE 25
19880127  FOUNTAIN, TO

## I T E M   R E S P O N S E S

INST = 17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 T | 2 T | 3 T | 4 F | 5 F | 6 T | 7 F | 8 T | 9 T | 10 F |
| 11 T | 12 T | 13 T | 14 F | 15 F | 16 F | 17 T | 18 F | 19 F | 20 F |
| 21 F | 22 F | 23 F | 24 F | 25 T | 26 T | 27 F | 28 T | 29 F | 30 T |
| 31 T | 32 F | 33 F | 34 F | 35 T | 36 F | 37 T | 38 F | 39 T | 40 T |
| 41 F | 42 F | 43 F | 44 F | 45 T | 46 F | 47 F | 48 F | 49 F | 50 F |
| 51 T | 52 T | 53 F | 54 T | 55 T | 56 F | 57 T | 58 T | 59 T | 60 T |
| 61 F | 62 T | 63 T | 64 F | 65 T | 66 F | 67 F | 68 F | 69 F | 70 F |
| 71 T | 72 T | 73 T | 74 F | 75 T | 76 F | 77 T | 78 T | 79 F | 80 F |
| 81 F | 82 F | 83 T | 84 T | 85 F | 86 T | 87 F | 88 T | 89 T | 90 T |
| 91 T | 92 F | 93 T | 94 F | 95 F | 96 T | 97 F | 98 T | 99 T | 100 T |
| 101 T | 102 T | 103 T | 104 F | 105 T | 106 T | 107 T | 108 F | 109 T | 110 T |
| 111 T | 112 T | 113 T | 114 F | 115 F | 116 T | 117 F | 118 T | 119 T | 120 T |
| 121 F | 122 T | 123 F | 124 T | 125 F | 126 T | 127 T | 128 T | 129 F | 130 T |
| 131 T | 132 F | 133 T | 134 T | 135 T | 136 T | 137 T | 138 F | 139 T | 140 T |
| 141 T | 142 T | 143 F | 144 F | 145 T | 146 T | 147 F | 148 F | 149 F | 150 T |
| 151 F | 152 F | 153 T | 154 T | 155 F | 156 F | 157 T | 158 F | 159 F | 160 F |
| 161 T | 162 F | 163 T | 164 T | 165 T | 166 T | 167 T | 168 F | 169 T | 170 F |
| 171 F | 172 F | 173 T | 174 T | 175 T | 176 T | 177 T | 178 T | 179 T | 180 F |
| 181 T | 182 T | 183 F | 184 F | 185 T | 186 F | 187 F | 188 F | 189 F | 190 T |
| 191 F | 192 T | 193 T | 194 F | 195 T | 196 T | 197 T | 198 F | 199 T | 200 F |
| 201 F | 202 F | 203 T | 204 F | 205 F | 206 F | 207 T | 208 F | 209 F | 210 F |
| 211 T | 212 T | 213 T | 214 T | 215 F | 216 T | 217 T | 218 F | 219 F | 220 T |
| 221 T | 222 T | 223 F | 224 F | 225 T | 226 F | 227 F | 228 T | 229 F | 230 F |
| 231 T | 232 T | 233 F | 234 F | 235 F | 236 F | 237 T | 238 F | 239 F | 240 T |
| 241 T | 242 T | 243 T | 244 F | 245 F | 246 F | 247 T | 248 T | 249 T | 250 T |
| 251 F | 252 T | 253 F | 254 F | 255 T | 256 T | 257 T | 258 T | 259 F | 260 T |
| 261 F | 262 T | 263 T | 264 T | 265 T | 266 T | 267 T | 268 T | 269 F | 270 T |
| 271 F | 272 T | 273 T | 274 T | 275 F | 276 T | 277 T | 278 T | 279 F | 280 T |
| 281 T | 282 F | 283 T | 284 T | 285 T | 286 F | 287 F | 288 T | 289 F | 290 T |
| 291 F | 292 F | 293 F | 294 F | 295 T | 296 F | 297 T | 298 T | 299 T | 300 T |
| 301 T | 302 T | 303 F | 304 F | 305 T | 306 F | 307 F | 308 F | 309 T | 310 T |
| 311 F | 312 T | 313 T | 314 F | 315 F | 316 F | 317 T | 318 T | 319 T | 320 F |
| 321 T | 322 T | 323 F | 324 F | 325 F | 326 F | 327 T | 328 F | 329 F | 330 F |
| 331 T | 332 F | 333 F | 334 F | 335 F | 336 F | 337 T | 338 T | 339 F | 340 T |
| 341 F | 342 T | 343 T | 344 F | 345 T | 346 F | 347 F | 348 T | 349 T | 350 T |
| 351 F | 352 F | 353 T | 354 F | 355 F | 356 T | 357 F | 358 F | 359 T | 360 T |
| 361 T | 362 T | 363 F | 364 T | 365 F | 366 T | 367 T | 368 T | 369 T | 370 T |
| 371 F | 372 T | 373 T | 374 T | 375 T | 376 F | 377 T | 378 T | 379 T | 380 T |
| 381 F | 382 T | 383 T | 384 F | 385 T | 386 T | 387 F | 388 F | 389 T | 390 T |
| 391 T | 392 T | 393 F | 394 T | 395 T | 396 T | 397 T | 398 T | 399 T | 400 T |
| 401 T | 402 F | 403 F | 404 T | 405 F | 406 T | 407 T | 408 T | 409 F | 410 T |
| 411 T | 412 T | 413 T | 414 T | 415 T | 416 T | 417 T | 418 F | 419 F | 420 F |
| 421 T | 422 F | 423 F | 424 T | 425 T | 426 T | 427 T | 428 T | 429 T | 430 F |
| 431 F | 432 T | 433 F | 434 T | 435 T | 436 T | 437 T | 438 T | 439 T | 440 F |
| 441 T | 442 T | 443 F | 444 T | 445 T | 446 T | 447 T | 448 F | 449 T | 450 F |
| 451 T | 452 F | 453 F | 454 T | 455 F | 456 F | 457 F | 458 F | 459 F | 460 T |
| 461 T | 462 T | 463 F | 464 F | 465 T | 466 F | 467 T | 468 T | 469 T | 470 T |
| 471 F | 472 F | 473 T | 474 T | 475 F | 476 F | 477 T | 478 T | 479 T | 480 F |
| 481 F | 482 F | 483 T | 484 F | 485 F | 486 T | 487 F | 488 F | 489 T | 490 F |
| 491 T | 492 T | 493 F | 494 T | 495 T | 496 T | 497 T | 498 T | 499 T | 500 T |
| 501 F | 502 T | 503 T | 504 F | 505 T | 506 T | 507 T | 508 T | 509 T | 510 T |
| 511 T | 512 F | 513 T | 514 T | 515 T | 516 T | 517 T | 518 T | 519 F | 520 T |
| 521 T | 522 T | 523 F | 524 F | 525 T | 526 F | 527 T | 528 T | 529 T | 530 T |
| 531 F | 532 T | 533 F | 534 T | 535 F | 536 T | 537 T | 538 T | 539 T | 540 T |
| 541 T | 542 F | 543 T | 544 T | 545 T | 546 T | 547 T | 548 T | 549 T | 550 T |
| 551 T | 552 T | 553 F | 554 F | 555 T | 556 T | 557 F | 558 T | 559 T | 560 T |
| 561 T | 562 T | 563 T | 564 F | 565 T | 566 T | | | | |

# CRITICAL ITEMS

THESE ITEMS WERE ANSWERED IN THE INDICATED DIRECTION. THOUGH TOO MUCH SIGNIFICANCE SHOULD NOT BE PLACED ON ANY INDIVIDUAL TEST RESPONSE, THESE RESPONSES MAY SUGGEST AREAS FOR FURTHER INVESTIGATION.

### --- DISTRESS AND DEPRESSION ---

I AM EASILY AWAKENED BY NOISE. (T)
I CERTAINLY FEEL USELESS AT TIMES. (T)
MOST NIGHTS I GO TO SLEEP WITHOUT THOUGHTS OR IDEAS BOTHERING ME. (F)
I AM AFRAID OF LOSING MY MIND. (T)

### --- IDEAS OF REFERENCE, PERSECUTION, AND DELUSIONS ---

IF PEOPLE HAD NOT HAD IT IN FOR ME I WOULD HAVE BEEN MUCH MORE
    SUCCESSFUL. (T)
SOMEONE HAS IT IN FOR ME. (T)
I HAVE NO ENEMIES WHO REALLY WISH TO HARM ME. (F)

### --- PECULIAR EXPERIENCES AND HALLUCINATIONS ---

PECULIAR ODORS COME TO ME AT TIMES. (T)
I HAVE STRANGE AND PECULIAR THOUGHTS. (T)

### --- SEXUAL DIFFICULTIES ---

MY SEX LIFE IS SATISFACTORY. (F)

### --- AUTHORITY PROBLEMS ---

I HAVE OFTEN HAD TO TAKE ORDERS FROM SOMEONE WHO DID NOT KNOW AS MUCH
    AS I DID. (T)
IN SCHOOL I WAS SOMETIMES SENT TO THE PRINCIPAL FOR CUTTING UP. (T)
I HAVE NEVER BEEN IN TROUBLE WITH THE LAW. (F)

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: FOUNTAIN, TONY _____ AIS #: 152157 _____ R/S B/M

Date: 01 / 30 / 89  DOB: 08 / 24 / 64  AGE: 24

Beta II 73 ____ WAIS ____ / ____ / ____ WRAT-RL 04.7  Last School Grade Completed 10

MMPI Welsh Code * 9'246587-10/3:* ____ Megargee Type ITEM 01 1 EASY 02

### General Appearance
*** a. Neat and generally appropriate        NO PSI

_____ b. Poorly groomed

_____ e. Other _____

_____ c. Flat or avoiding interaction

_____ d. Sad or worried

_____
_____

I.   **Interpersonal Functioning**

_____ a. Normal-good relationships likely

_____ b. Withdrawn / apparent loner

_____ c. Likely to ignore rights / needs

_____ 3. _____ 4. *** 5. _____ 6. (See Copy)

_____ d. Lacks skill or confidence

_____ e. Probably difficult to get along with

*Other (Specify) _____ 1. _____ 2.

_____
_____

II.   **Personality**

**** a. Healthy

_____ b. Antisocial

_____ c. Paranoid

_____ d. Explosive

_____ e. Dependent

_____ f. Passive-Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording) _____

_____

III.   **Substance Abuse**

_____ a. Alcohol addiction / abuse history _____

_____

_____ b. Drug addiction / abuse history _____

_____
_____
_____

N-259

Entered Terminal

Date 1/30/89  By _____

*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Two

_____ c. Current use _____

_____

_____

_____ d. Current addiction _____

_____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. *** 5. *** 6. _____ 7. _____ 8.
*** _____ 9. (See Copy) _____ HE ADMITTED TO THE USE OF BEER AND THE USE OF MARIJUANA
" EVERY ONCE AND AWHILE."

IV.    **Emotional Status**

_____ a. No significant problems

_____ b. Depressed _____

_____ c. Anxious or stressful _____

_____

_____ d. Angry or resentful _____

_____

_____ e. Confusion or psychotic symptoms _____

_____

_____

_____ f. Mood disturbances _____

_____

✓✓ g. Sexual maladjustment _____ HE IS NOW CONVICTED OF THE KIDNAPPING AND RAPE OF
AN APPROX. 15 YEARS OLD FEMALE. " THEY SAID THAT I DROVE UP NEXT TO HER AND
PULLED HER INTO THE CAR AND DROVE OFF WITH HER. THEY COULD NOT FIND NO PROO
_____ h. Paranoid ideation OR NOTHING. I DID NOT KIDNAP HER . I DID NOT TAKE IT.
                    SHE WENT WITH ME AND AGREED TO IT."

_____ i. Sleep / appetite disorder _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____

V.    **Mental Deficiency**

_____ a. Mild                          *** d. Borderline

_____ b. Moderate                      _____ e. Organic impairment
                                                    suspected
_____ c. Severe                        _____ f. Memory deficit

Remarks: _____

_____

_____

*See manual for selections and numbers for "*other"

Psychological Interview / Data Entry Form
Page Three

VI.    **Management Problems**          Ideation _____

      _____ a. Suicide potential     Plans _____

                           History of attempts / gestures _____

_____

      _____ b. Serious mental history (specify) _____

_____

      _____ c. Impulsive / acting-out behaviors predicted _____

_____

      _____ d. Authority conflict _____

_____

      _____ e. Manipulative / untrustworthy _____

_____

      _____ f. Easily victimized _____

_____

      _____ g. Escape potential _____

_____

      _____ h. Assaultiveness _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9.(See Copy)

_____

VII.   **Educational Needs**

    _____ a.   ABE          _____ b.   Special Education          _____ c.   Trade School          _____ d.   Jr. College

VIII.  **Mental Health Needs**                              Date referred  Month _____ Year _____

    _____ A. Refer to psychiatric service   _____ C. Depression          _____ K. Personal Development

    _____ B. Substance abuse counseling   *** E. Sexual adjustment

    _____ D. Stress management          _____ G. Anger induced acting out

    ** F. Reality therapy          _____ I. Self-concept enhancement

    _____ H. Values clarification          _____ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS:    RECOMMEND   TO   CONSIDER   FOR   MED.09   AT   D.C.C.

_____

_____

_____

_____              _____
            Signature                                    1/30/89   Date

*See manual (pages 23-25) for selections for "other" Give number and wording of selection.

**Prison Health Services**
**Treatment Record**

Treatment Ordered:

SNellen Visual Screen

8/21/06

| Date 8/21 | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

Comments:

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| Fountain Tony 152157 | Motrin | Staton |

**Treatment Continued:**

BP √ 2x week x 4 weeks

| Date 8/14 | Date 8/17 | Date 8/21 | Date 8/24 | Date 8/28 | Date 8/31 | Date 9/4 |
|---|---|---|---|---|---|---|
| 134/91 MG | 130/90 | 142 | 128/76 | 144/98 | 150/86 | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date 9/7 | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| 128/98 | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**Comments:**

Notify MD of ≥ 160/100

| Patient Name/Number | Allergies: Motrin | Housing Unit: |
|---|---|---|
| Mountain, Tony | 152157 | Staton |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 08/10/06

**To:** Staton

**From:** NCU

**Inmate Name:** Fontain, Tony          **ID#:** 152157

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Blood pressure checks 2x weekly
(Mon and Wed) x 4 weeks (Tues/Thurs)

**Date:** 8/10/06   **MD Signature:** _____   **Time:** 1050

60418

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Staton_

Resident's Name: _Tony Fountain_ ID# _152157_

D.O.B. _8/26/02_

I, _____
      (Name of Inmate)

have, this day, knowing that I have a condition requiring medical care as indicated below:

____ A.    Refused medication.

____ B.    Refused dental care.                    ____ E.    Refused X-Ray services.

____ C.    Refused an outside medical appointment. ____ F.    Refused other diagnostic tests

____ D.    Refused laboratory services.            ____ G.    Refused physical examination.

_Flu Labs    Re-send 8/17/__    ✓ H.    Other (Please specify)

Reason For Refusal _____
_____
_____

Potential Consequences Explained _____
_____
_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Witness Signature _____

Witness Signature _____

Date _____    Patient Signature _____

Time _____

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# Informed Consent to Medical Services

Inmate's Name: Fountain, Tony 152157

Date of Birth: 8-26-63

Date: 3|21|06     Social Security No.: _____

Time: 1 ²⁰     A.M.
     P.M.

I hereby authorize Prison Health Service, Inc. and Dr. Pleasae ,
(Print Physician's Name)

his assistant(s) or designee(s) to treat me as is necessary in his judgement.

The procedure(s), Digital Rectal Exam , necessary to treat my condition has been fully ex-
(state in Layman's terms)

plained to me by Dr. _____ and I understand the nature of, and risks associated

with, this procedure(s). Briefly stated, they are: (Benefits) _____

_____

_____

(Risks) _____

_____

_____

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees
have been made to me as to the results of this procedure(s). Alternate treatment methods and their
consequences as well as the risks of refusing the described treatment(s) (if applicable) have been fully
explained to me.

_____
(Signature of Inmate)          _____
                               (Witness)

60104 (6/90)   _____
               (Signature & Title of Provider)          _____
                                                        (Witness)

**Treatment Continued:**

BIP ↓ 2x wk x 4 wks

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 1/12 | 1/20 | 1/24 | 1/27 | 1/31 | 2/3 | 2/7 |
| DFO MB | No Show | 140/92 | | No Show PM | No Show | No Show PM |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 2/10 | | | | | | |
| N/S | | | | | | |
| WP | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| Fountain, Tony | Motrin | SCC |

**Treatment Continued:**

BIP 1 QWK x 4WKS

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 1/31 | 2/7 | 2/14 | 2/21 | | | |
| No show | No show | | No show | | | |
| PM | PM | | PM | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| Fountain, Tony 152150 | NKA | Staton |

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Tarabin, Tony_

        **LAST**     **FIRST**    **MI**

**DATE OF BIRTH** _8/24/62_   **SS#** _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_

**Housing Recommendations:**

     General Population _✓_

     Medical Observation Unit_____

     Lower Level/Lower Bunk_____

     Suicide Precautions_____

     Special Watch (15 Minute Checks)_____

     Isolation_____

     Initiate Universal Precautions_____

**Individual found to be:**

     Frail/Elderly_____

     Physically Handicapped_____

     Developmentally Disabled_____

     Drug/Alcohol Withdrawal_____

     Special Mental Health Needs_____

     Expressed Suicidal Ideation_____

     History of Seizures_____

     Other_____

     Specify_____

Nurse _____ RN  Date _12-13-04_

GLF 1005  Original/Classification  Second Copy/Booking Staff  Third Copy/Medical Unit

Staton Correctional Facility:

Sick call is performed at 7:00 pm in the health care unit Monday through Friday. All completed sick call requests and grievances must be placed in the locked sick call request box located beside the pill call window. All sick call requests must be completed and turned in by 2:30 pm daily.

Pill call is performed three times a day from the pill call room located in the common area at the times stated below. Pill call is subject to change by health care unit and security.

1. Morning pill call: 3:30 am
2. Noon pill call: 11:00 am
3. Evening pill call: 3:30 pm

Any dental, medical, or mental health educational information can be obtained through a written request to the Health Services Administrator.

I have had the opportunity to ask questions concerning the above information, and I have received a copy.

Tony Fountain

Inmate Signature: _____    Date: 12-13-04

Nurse Signature: _____    Date: 12-13-04

4/13/04

**Access to Care**
Prison Health Services
Alabama Department of Corrections

Incarcerated individuals are afforded timely access to care to meet their serious medical, dental and mental health needs in each health care unit.

In emergency situations you are to advise the nearest correctional officer for immediate health services activation.

Inmates in population areas may fill out a routine sick call request form and place the completed form in the sick call collection locked box conveniently located in your facility for daily medical collection and routing to the correct health division.

Population, weekend and holiday sick call written request are reviewed by nurse triage staff each day – weekends and holidays. Those identified as unable to medically wait for the next routine and scheduled nurse triage will be located for necessary assessment. Those found able to wait for the next regularly scheduled nurse triage encounter will be forwarded for review during normal operating hours.

Inmates in lock down or single cells (segregation) may give their sick call request daily to nursing service. You will be contacted within a 24 hour timeframe barring extenuating circumstances.

Incarcerated individuals are not punished for seeking care for their serious health needs.

You will not be denied access to care or care services by medical staff based on any inability to meet co-pay assessments. There is no charge for physicals as scheduled by medical staff, chronic care, medical initiated care, follow-up care (to include test results) or public health care needs.

Inmate health care encounters in each institution are set in accordance with institutional requirements as approved by the Warden.

Medical grievance forms concerning health services may be obtained in the same manner as sick call request forms and returned to health services in the same manner. In segregation you may also ask a correctional officer for a medical grievance form and return the completed form to the officer for forwarding to the unit Health Services Administrator for review. If you are unable to resolve the initial grievance submitted you will be issued a formal grievance for completion by the Health Services Administrator. This form is to be returned to the Health Services Administrator at your site. Grievances are reviewed within three days of receipt.

If you are eligible for our Keep on Person medication program you will be advised and offered the opportunity to participate.

Some over the counter medications are available to you in the canteen. Over the counter medications are not issued from health services as Keep on Person medication.

Medical staff is unable to release your health information to family members.

If you initiate a medical care encounter and are scheduled an appointment for medical or dental services, you are expected to keep your appointment or sign a release of liability form prior to the scheduled encounter. Medication is to be taken as ordered. If you miss your medication you are subject to a counsel by medical staff. Your medical care is important. This is a joint effort between the patient, department of corrections and Prison Health Services.

Your assigned institution will provide you a copy of pill call times, sick call times and other unit specific information you should be aware of.

4/13/04

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

ΕCC
**INSTITUTION**

FOUNTIAN, TONY
**NAME**

152157   B/M
**NUMBER**   **R/S**

**Lay-in for** _____ **days from** _____ **to**

(date)

_____ **due to** _____

(date)

**Instructions:** Bottom Bunk X 30day

**Failure to follow the directions above may result in a disciplinary.**

6/29
**Date Issued**

Lube/Siggad
**Signature**

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*SCC*

**INSTITUTION**

*Fountain Tony*
**NAME**

*152157*  *B/m*
**NUMBER**  **R/S**

**Lay-in for** _____ **days from** _____ **to** _____

**(date)**

_____ **due to** _____

**(date)**

**Instructions:** *Discontinue bottom bunk profile.*

*Failure to follow the directions above may result in a disciplinary.*

*10/16/99*
**Date Issued**

*Dr. Layburn / B. Loafe LPN*
**Signature**

F-53

**PATIENT INFORMATION SLIP**

_BCCF_

**INSTITUTION**

Fountain Tony

**NAME**

152157  **B/h**

**NUMBER**   **R/S**

Lay-in for _____ days from _____ to

**(date)**

_____ due to _____

**(date)**

No lifting, no prolonged Standing
No bending until Seen by
MD on Monday May 27, 199

**Instructions:** Sign up for Sick
Call + Report to Sick Call
Screening on Sunday —

_Failure to follow the directions above may result in a disciplinary._

4-25-98

**Date Issued**

Sidney / C. Bru

**Signature**

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Staton_

### INSTITUTION

_Fountain Tony_                    _15257_   _B_
           **NAME**                **NUMBER**  **R/S**

Lay-in for _____ days from _____ to

                                    (date)

_____ due to _____

        (date)

**Instructions:** _Bottom Bunk profile_

_X 180 days_

_Failure to follow the directions above may result in a disciplinary._

_5-14-01_                    _R Mays Rn_
**Date Issued**                 **Signature**

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

SCC

**INSTITUTION**

Fountain, Tony

**NAME**

152 157

**NUMBER**  **R/S**

Lay-in for _____ days from _____ to

(date)

_____  due to

(date)

**Instructions:** Bottom bunk x 6 mos.

10/6/00 - 4/6/01

*Failure to follow the directions above may result in a disciplinary.*

10/6/00

**Date Issued**

Dr. Manton /A. L nlp

**Signature**

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Staton_

**INSTITUTION**

_fountain, Tony_          _152157_   _B/m_

**NAME**          **NUMBER**   **R/S**

**Lay-in for** _____ **days from** _____ **to**

(date)

_____ **due to** _____

(date)

_Bottom bunk profile x 180 days_

_4/6/00 — 10/6/00_

**Instructions:** _____

_____

_____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

_4/6/00_          _Dr 3 Warren/B Rennell_

**Date Issued**          **Signature**

F-53

# PATIENT INFORMATION SLIP

ECf

### INSTITUTION

FounTAiN, Tony _____ 15257 B/M
NAME                        NUMBER   R/S

Lay-in for ___2___ days from _____1-28-97_____ to
                                   (date)
_____1-30-97_____ due to  An ExtracTood.
        (date)

Instructions: _____REd RES + X 48hrs._____

*Failure to follow the directions above may result in a disciplinary.*

_____1-28-97_____          [signature]
Date Issued                Signature

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SL

*Bullock*

**INSTITUTION**

*Fountain, Tony*                    *152157*   *B/m*

**NAME**                              **NUMBER**   **R/S**

Lay-in for _____ days from _____                    to

                                                    (date)

_____                     due to

(date)

Instructions:  *Bottom Bunk Profile*

*X 6 months, expires 7/14/99*

*Failure to follow the directions above may result in a disciplinary.*

*1/14/99*                    *C. Lewis RN*

**Date Issued**                    **Signature**

F-53



**PHS**
**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

## PHYSICIANS' ORDERS

NAME: Fountain, Tony
152157

D.O.B. 8/26/63
ALLERGIES:

Use Last    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony
152157

D.O.B. 8/26/63
ALLERGIES:

Use Fourth    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony
152157

D.O.B. 8/26/63
ALLERGIES:

Use Third    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain Tony
152157

D.O.B. 8/26/63
ALLERGIES:

Use Second    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony
152157

D.O.B. 8/26/63
ALLERGIES:

Use First    Date 10/6/06

DIAGNOSIS

- TY, TSH in 2 months
- D/C HCTZ hold (order)
NOP - HCTZ 25 mg 1 PO QAM X 90 days
- Mevacor 20 mg 1 PO QPM x 90 days
✓ BP QD x 2 wks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

noted Knightly RN
10-6-06



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Fountain, Tony

DIAGNOSIS (If Chg'd) *note* Check 9/30/06 0500
21084 advise L fastin Neb & health
not done as ordered 8/18/06
HCTZ 25mg on hold until BP ✓
BP ✓ once daily x 14 days notify md if ≥ 160/100
New visits 14-30 days re BP ✓

D.O.B. 8/26/63   152157   STATON
ALLERGIES: Motrin

Use Last   Date 09 Dec 06   1450

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   ___ CRNP

---

NAME: Fountain, Tony   15 2187

DIAGNOSIS (If Chg'd)
CBC 005009 (lab unable to process 1st test)

D.O.B. 8/26/63
ALLERGIES: motrin

Use Fourth   Date 9 Dec 06 0840

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   ___

---

NAME: Fountain, Tony   152157   AYC

DIAGNOSIS (If Chg'd)   ↓ HCTZ 25 mg 1 PO QD x 30 da
VM for Colonoscopy

D.O.B. 08/26/63
ALLERGIES:

Use Third   Date 8/28/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony

DIAGNOSIS (If Chg'd)   9-21-06
① Please sched colonoscopy —
    for Rectal bleeding
② Comp panel, CBC, PT, INR/PTT
③ Vision screen Snellen

D.O.B. 8/26/63
ALLERGIES:

Use Second   Date 8/18/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony   ③

DIAGNOSIS
notify md if BP ≥ 160/100
New visits 4-6 weeks re BP
21488 advise fasting lab lowchol
Please take off order until 8/26/06

D.O.B. 8/26/63   152187   STATON
ALLERGIES: motrin

Use First   Date 8/10/06 1105

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   ___



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

NAME: Fontain, Tony

D.O.B. 08/26/67    102187   groton

ALLERGIES: Motrin

Use Last    Date 08/01/06  1045

DIAGNOSIS (If Chg'd)

D/C Mevacor

new Mevacor 40mg tab (PHS) x 100days

annual Chest xray

annual EKG

Bp 2x weekly x 4 weeks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony

15 2157

D.O.B. 08/26/63   STATON

ALLERGIES: Motrin

Use Fourth    Date 08/02/06  0845

DIAGNOSIS (If Chg'd)

Please fax offices notes to Dr. McQue
w/ him for colonoscopy

HCU visit to see Dr. Fortner 1-weeks
re: eval for colonoscopy need

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, TONY

152/57

D.O.B. 8/26/63

ALLERGIES: Motrin

Use Third    Date 8/3/06

DIAGNOSIS (If Chg'd)

HM submitting @ Colonoscopy
evaluation

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, TONY

152157

D.O.B. 8/26/63

ALLERGIES: Motrin

Use Second    Date 6/6/06

DIAGNOSIS (If Chg'd)

① Mevacor 20mg po qd x100days

② LFT's fasting 044638 in 30 days & 90days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain Tony

LT 2157

D.O.B. 8/26/63

ALLERGIES: Motrin

Date 4/21/06

DIAGNOSIS

① HCU visit in 3 wk

② Profile fasting in 30day

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Fountain Jory 152157 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 8 26 63 ALLERGIES: NKDA | Plibers order Hepatitis Panel as ordered 3/07 Re it Done upgrad CP results in computer |
| Use Last    Date 4/13/06 0924 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Fountain Jory 152157 | DIAGNOSIS (If Chg'd) ① 048827 fasting on 4/3/06 ② HCU visit 3-4 wk ⊂ Dr Pleasant ③ ~ |
|---|---|
| D.O.B. 8 26 63 ALLERGIES: Mother   Noted 3-22-06 28 lbs. | |
| Use Fourth   Date 3/21/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Fountain Jory 152157 Staton | DIAGNOSIS (If Chg'd) UTI Hep A + B 058560 Hep C 143991 Noted |
|---|---|
| D.O.B. 8 26 63 ALLERGIES: Mother | |
| Use Third   Date 307/06 1700 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Fountain Jory 152157 | DIAGNOSIS (If Chg'd) HCU DRE re Melena 048827 Refer visit |
|---|---|
| D.O.B. 8 26 63 Staton 0810 ALLERGIES: | |
| Use Second   Date 2/22/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Fountain Jory 152157 | DIAGNOSIS EKG today |
|---|---|
| D.O.B. 8 26 63 Staton ALLERGIES: | |
| First   Date 2/08/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

(4/03)                    **MEDICAL RECORDS COPY**



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /   /
ALLERGIES:

Use Last    Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /   /
ALLERGIES:

Use Fourth   Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony
15215 7    Stated

D.O.B. 8 24 62
ALLERGIES: NDM

Use Third    Date 9 28 04

DIAGNOSIS (If Chg'd)
HCU Visit Chest Pain
appt 10/5 cw

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony

D.O.B.   /   /
ALLERGIES:

Use Second   Date 6 29 04

DIAGNOSIS (If Chg'd) ↑ TSH
Thyroid Panel 8/19/04

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony
15215 7    Stated

D.O.B. 8 24 62
ALLERGIES: NDM

Use First    Date 6 10 04   2:30 pm

DIAGNOSIS
HCU Visit Chest Pain    appt. 6/15 @
See Body Chart 69
CBC
CMP, Lipids
CXR PA Lat

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)

# CORRECTIONAL MEDICAL SERVICES, Inc.

**PHYSICIANS' ORDERS**

Name _Fountain, Tony_

Location _SCC_

ID# _152157_

D.O.B. _08.24.63_

Allergies _Motrin_

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: _A. Ansley_  Date: _2/20/06_  Time: _149_ | ✓ Irrigate both ears |

M.D. Signature _B. Smith MD_ (Date & Time) Date/Time _2/20/01 (0810)_

Check box as order is noted:
Noted by:
Date:
Time:

M.D. Signature (Date & Time)     Date/Time

Check box as order is noted:
Noted by:
Date:
Time:

M.D. Signature (Date & Time)     Date/Time

Check box as order is noted:
Noted by:
Date:
Time:

M.D. Signature (Date & Time)     Date/Time



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain, Tony 152157 | D.O.B.: 8 | 26 | 63 |

3/21/06   30y/o/m D.R.E WT 180

S) 42½ y.o. B♂ presented to SC c/o rectal bleeding off + on for 2 months. 1st SC of this was 2/2/06. Pt states the last blood passed was 2-3 days ago c spect of blood in stool. He reported to nursing staff that blood was on the toilet tissue. Pt denies constipation or change in stool. He denies h/o ulcers, Hemorrhoids, and Anal fissures

EHY
⊕ Colon CA
⊕ Prostate CA

O) Abd NAD
Abd soft, ⊖ tenderness
No inguinal hernia.
Rectal — No anal intact. ⊖ Hemorrhoids
No fissures
Prostate 2+
specks of stool Heme ⊕

A) — Rectal bleeding
   — 2+ Prostate
   — Abn LFT's ? Other possibly Hepatobiliary
                          result / SGOT ~64
   — Elevated Lipids      SGPT 119

4/5/06   lab reviewed   04-05-06 lab report

|      |     |      | ALT 58↑ | Chol 249↑ |
|------|-----|------|---------|-----------|
| 138  | 103 | 035  | AST 39  | Trig 115  |
| 4.5  | —   | 1.0  | HDL 42  |           |
|      |     |      | LDL 184↑|           |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain, Tony | D.O.B.: / / |
|-----------|-------------------------------|-------------|

10/6/06
1250  30 + CR 18° f/u lab / ✓ urin at 183   T-97° P. 66
R- 20   oxSat 98%   B/p 142/06 —————— 74

—— Pt. c/o Hematochezia 1st notice
2/2006 c̄ clots at times. Occasional
dark at times but not melanotic.
Occ. Abd pain.

Labs
— Chem. profile        Neg.
Chol. → 177            HDL 44
Trig 89               LDL -115

TSH — 6.035
CBC ——— wba 5.8

CBC   5.8 ⟨ 15.8 ⟩ 265
                46.1

A/P ① Hematochezia → Colonoscopy
ordered. Pt. is Hemodynamically
stable →
② ↑ BP /HTN → resume
HCTZ
③ Dyslipidemia → Stable →



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Tony Fountain_    Date of Request: _6-12-06_
ID # _152157_    Date of Birth: _8-24-62_ Location: _E3-22_
Nature of problem or request: _Follow-up on or about 6-6-06, Dr. Pesent ordered me some medication to low my Bad Cholesterol level and told me to check the pill - Call window the following after-noon. I checked the window All of last week only to be told my name was not in the Book_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

_no show 6/18/06_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
     Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002 .(1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Tony Fountain_
ID # _152157_

Nature of problem or request: Date of Birth: _8-24-62_   Date of Request: _4-23-06_

_On 2-20-06 I signed up to see doctor_
_due to seeing blood in my stool. I have been sexed with co-pay_
_ment and has been collected. Now I'm seeing instead of spose_
_I have notice clots of blood My Situation has worse N. I was_
_informed by the doctor to let you'll know if my symoton has gotten worse._

Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____
Allergies: _____ AM PM

**RECEIVED**
Date: 4/24/06
Time: 700 pm
Receiving Nurse Intials _O_

**(S)ubjective:**

**(O)bjective** (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

s/c
4/25/06
ATAA RN
09:24

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN

Check One:   ROUTINE ( )   EMERGENCY ( )      CIRCLE ONE

If Emergency was PHS supervisor notified:      Yes ( )   No ( )
Was MD/PA on call notified:      Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NUR...

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Tony Fountain
ID # 152157

Date of Request: 4-23-06
Date of Birth: 8-24-62  Location: E3-22

Nature of problem or request: On 2-20-06 I signed up to see doctor due to seeing blood in my stool. I have been taxed with co-pay ment and has been collected. Now I'm seeing instead of spots I have notice clots of blood my cidurtion has worse but I was informed by the doctor to let you'll know if my symptom had gotten worse,

Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

No stool
nicole distress

RECEIVED
Date: 4/24/06
Time: 7:50pm
Receiving Nurse Initials

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

s/c
4/25/06
APRN
9:24

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Fountain_ (Last)    _Tony_ (First)

Inmate Number: _152157_    Date of Birth: _8_ / _24_ / _62_ (MM/DD/YYYY)

Date of Report: _2_ / _21_ / _06_ (MM/DD/YYYY)    Time Seen: _____ AM / PM Circle One

**Subjective:** Chief Complaint(s): _I have blood on the tissue when using bath_

Onset: X _several months_

Brief History: _Ø history of GI bleeding_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T _97 6_   P: _80_   RR: _18_   B/P: _130_ / _90_

Examination Findings: _A+O - no c/o dizziness or weakness_
(Continue on back if necessary) _stool Ø blood seen in commode. More_
_concern about Colon CA + having a Coloscopy_
_due to Age_

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____

☐ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____ (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: __/__/____

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

x _Helen Lighther RN_    Name: _Helen Lighther_    _November 2-22-06_
Nurses Signature    Printed    Time



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Tony Fountain_     Date of Request: _2-20-06_

ID # _152154_     Date of Birth: _8-24-62_ Location: _E3-22_

Nature of problem or request: _I'm occasionally noticing blood in my stool. on several occasions in the pass two months._

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _2/21/06_
Time: _____ AM PM
Allergies: _Motrin_

| RECEIVED |
|---|
| Date: _2/20/06_ |
| Time: _10:00_ |
| Receiving Nurse Intials _RS_ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _97⁶_   P: _80_   R: _18_   BP: _130/90_   WT: _180_

**(A)ssessment:** _See eval sheet_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

    If Emergency was PHS supervisor notified:   Yes ( )    No ( )

    Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



## Nursing Evaluation Tool:                    General Sick Call

Facility: BBB
Patient Name: _Fountain  Tony_
Inmate Number: _152157_                    First / Date of Birth: _8_ / _24_ / _62_ MI
Date of Report: _10_ / _31_ / _05_          Time Seen: _1610_ AM / PM Circle One

_Subjective:_  Chief Complaint(s): _Request eye exam_
          Onset: _X 2 Months._

Brief History: _I need to see the Doctor about getting_
(Continue on back if necessary) _glasses. I have had a hard time reading_
_X 2 months. I read a lot & need to get_
_glasses._
☐ Check Here if additional notes on back

_Objective:_  Vital Signs: (As Indicated) T: _97.8_ P: _78_  RR: _18_  B/P: _148_ / _72_

Examination Findings: _No chart available. Request to see_
(Continue on back if necessary) _eye Doctor for exam. No other complaints_
_noted._
☐ Check Here if additional notes on back

_Assessment: (Referral Status)_ Preliminary Determination(s): _____
   ☐ Referral **NOT REQUIRED**
   ☑ Referral **REQUIRED** due to the following: (Check all that apply)
       ☐ Recurrent Complaint (More than 2 visits for the same complaint)
       ☐ Other: _glasses_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_  Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

   ☐ Other _____
          (Describe)
OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO  ☑ YES (If Yes, Whom/Where): _New Joe Perrier_  Date for referral: _10_ / _31_ / _05_
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

X _T. Smith RN_        Name: _T. Smith RN_
   Nurses Signature                        Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Tony Fountain_    Date of Request: _10/31/05_
ID # _152157_    Date of Birth: _08-24-62_ Location: _E-3-22_
Nature of problem or request: _I'm Requesting to see Eye_
_Doctor only, when Reading the words on pages_
_Start Running together._

Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**    _SEE Evaluation tool sheet_

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

# EMERGENCY

| ADMISSION DATE 3/8/05 | TIME 5 (AM) (PM) | ORIGINATING FACILITY Staton ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

**ALLERGIES** Motrin 97.5 (ORAL)

CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP 97.5 ORAL/RECTAL | RESP. 20 | PULSE 78 | B/P | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|

O₂ Sat 79%

**NATURE OF INJURY OR ILLNESS**

S) "I don't have any pains around my heart now they just comes + goes"

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O) N A D N - Denies any Pains around heart @ this time
Ø S/S pain/discomfort noted
Ø facial grimmales noted
EKG Summary: Borderline ECG

A) No Alteration noted @ this time

P) EKG
MD, PA, CRNP to review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
If having any problems have shift officer call HCU ↵

| DISCHARGE DATE 3/8/05 | TIME 5:20 AM/PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULENCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Mison, RN | DATE 3/8/05 | PHYSICIAN'S SIGNATURE Klasstuc CRNP | DATE 3-9-5 | CONSULTATION |
|---|---|---|---|---|

**INMATE NAME (LAST, FIRST, MIDDLE)**
Fountain, Tony

| DOC# 152157 | DOB 08/24/62 | R/S B/M | FAC. Staton |
|---|---|---|---|

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Tony Fountain_    Date of Request: _10-24-04_

ID # _152157_    Date of Birth: _8-24-62_ Location: _E2-18_

Nature of problem or request: _I Requesting to see the Doctor for Chronic Chest pains that been happening constantly. I was scheduled to see the doctor on 10-5-04, and was Forced to sign a waiver. By being lock in the close room 7 until 12:20 p.m without being Fed and water._

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 10/26/04
Time: 6
Receiving Nurse Intials ANS
```

**(S)ubjective:**

_10/25/04 No sick call @ 2103 appearance._

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:.  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Tony Fountain_         Date of Request: _10-17-04_
ID # _152187_                       Date of Birth: _8-24-62_ Location: _E 2-18_
Nature of problem or request: _Chronic Chest pains on the left-side_
_of the upper part of my Chest. On October 5, 2004 & waiver_
_was signed due to being locked in the cage from 7:00 until_
_12:20 p.m, without being fed. I like to Rescind my waiver of 10-5-04_

                                                    _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

_10/18/04  2045_

**(A)ssessment:**     _No show for sick call_

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment         Return to Clinic PRN
                                  CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
                              *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY STATION | | | |
|---|---|---|---|---|---|
| 6 / 9 / 04 | 750 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ | | ☐ SICK CALL  ☐ EMERGENCY | |
| | | | | ☑ OUTPATIENT | |

ALLERGIES  Motrin

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

| VITAL SIGNS: TEMP  98.5  (ORAL) RECTAL | RESP.  18 | PULSE  74 | B/P  130/90 | RECHECK IF SYSTOLIC <100> 50  / |
| O₂sat 97% | | | | |

NATURE OF INJURY OR ILLNESS

| | ABRASION ///  | CONTUSION #  | BURN XX XX  | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

(S) "I'm having chest pain with
numbness to my arm. I get
dizzy, nauseated, short of breath."
— M Sallette

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

(O) A+O x3, resp reg @ ease, skin
W/D to touch. State (L) side of
chest has an aching, dull
pain p episode of C/P. Ø N+
V @ this time. Ø numbness or
tingling @ this time. Ø SOB.
Ø dizziness/lightheadedness @ this
time. NAD/N @ this time —

ORDERS / MEDICATIONS / IV FLUIDS

| | TIME | BY |
|---|---|---|
| DEKG Now | | |

(A) Alteration in comfort —

(P) MD/PA to Review

DIAGNOSIS

INSTRUCTIONS TO PATIENT

Seek call PRN          HCV visit see Doctors orders

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 6 / 9 / 04 | 805 AM/PM | ☐ DOC  ☐ AMBULANCE | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE  M Sallette | DATE 6/9/04 | PHYSICIAN'S SIGNATURE  D M Blunt | DATE 6/9/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Fountain, Tony | DOC# 152157 | DOB 8-24-62 | R/S B/M | FAC. STATION |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: KCF

Date: 11/23/4   Time: 1010   AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

Staton

RECEIVING MEDICAL STATUS
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Staton

Date: 11/22/03   Time: 2300   AM/PM

RELEASE FROM:
- [✓] Infirmary
- [ ] Segregation
- [✓] Population
- [ ] Mental Health
- [ ] Other

RELEASE TO:
- [ ] DOC
- [ ] Infirmary
- [ ] Mental Health

Kilby

Institution/Work Release Center/Free-World Hospital

ALLERGIES: Motrin

PHYSICAL EXAMINATION

Date of last exam: 10/15/03

Chest X-Ray Date: _____ Result: _____

PPD Reading 10/17/03 0 mm

Classification: ✗

Limitations: ✗

### LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | | |
| Urinalysis | 11/3/98 | ✗ | |
| RPR | 11/3/98 | | ✗ |

| | YES | NO | |
|---|---|---|---|
| Wears Glasses/Contacts | | | |
| Dental Prosthesis | | | |
| Hearing Aide | | | |
| Other Prosthesis | | | Receiving Nurse |

### CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

### CURRENT MEDICATION - - DOSAGE AND FREQUENCY

| | Sent w / inmate | Not sent w / inmate |
|---|---|---|
| MEDICATIONS | [ ] | [✓] |
| X-RAY FILM | [ ] | [✓] |
| HEALTH RECORD | [✓] | [ ] |

Released to: Kilby

Date: 11/22/04   Time: 2330   AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | [ ] | [ ] |
| X-RAY FILM | [ ] | [ ] |
| HEALTH RECORD | [ ] | [ ] |
| CHART REVIEWED | [ ] YES | [ ] NO |

Received by: _____
Signature of Receiving Nurse
Date: _____ Time: _____ AM/PM

### SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____   LAST CLINIC: _____

### FOLLOW-UP CARE NEEDED
- [✓] Medical
- [ ] Dental
- [ ] Mental Health

Date: PRN   Time: _____

With Whom - - Location (Sending Nurse)   Date/Appt. Made w/Whom (Rec. Nurse)

### NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | ✓ |
| Mental Illness | | ✓ |
| Suicide Attempt | | ✓ |
| Chronic Care | | ✓ |

| STATUS | | |
|---|---|---|
| Special Diet | | ✓ |
| Appearance | | ✓ |

OTHER PERTINENT NURSING ASSESSMENT

Signature of Nurse Completing Assessment (Sending Nurse)

### NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | 1/wll | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | | ✓ |

| CONDITION | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | ✓ |
| Depressed | | ✓ |

11/22/04
Date

Signature of Intake Screening Nurse (Receiving Nurse)   11/23/4 Date

### INTAKE

| | |
|---|---|
| Sick Call Procedures Explained | ✓ |
| Height | 6'1" |
| Weight | 175 |
| Blood Pressure | 134/00 |
| Temperature | 978 |
| Pulse Resp. | 98/18 |
| Other | |

INMATE NAME (LAST, FIRST, MIDDLE)

Fountain, Troy

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 152157 | 8/24/63 | B/M | SCF |

PHS-MD-70009

# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _____

Date: 2/13/04  Time: 12 05  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

Kellu

RECEIVING MEDICAL STATUS

[✓] Population

[ ] Infirmary

[ ] Isolation

RELEASED: Inmate/Health Record

Institution: Kce

Date: 12/5/04  Time: _____ AM/PM

RELEASE FROM:

[✓] Infirmary    [ ] Segregation

[✓] Population   [ ] Mental Health

[ ] Other

RELEASE TO:

[✓] DOC    [ ] Infirmary    [ ] Mental Health

[ ] _____

Institution/Work Release Center/Free-World Hospital

ALLERGIES:

Motrin

PHYSICAL EXAMINATION

Date of last exam: 10/8/00

Chest X-Ray Date: _____ Result: BW

PPD Reading: 10/10/00  @

Classification: _____

Limitations: _____

## LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | | [ ] | [ ] | Wears Glasses/Contacts | [ ] | [✓] |
| Urinalysis | | [ ] | [ ] | Dental Prosthesis | [ ] | [✓] |
| | | [ ] | [ ] | Hearing Aide | [ ] | [✓] |
| | | [ ] | [ ] | Other Prosthesis | [ ] | [✓] |

Receiving Nurse _____

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Ø

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [✓] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| Released to: | | |

Date: _____ Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [✓] Not Received |
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [✓] Received | [ ] Not Received |
| CHART REVIEWED | [✓] YES | [ ] NO |

Received by: _____ RN
Signature of Receiving Nurse

Date: 10/13/04  Time: 1 @  AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____  LAST CLINIC: _____

FOLLOW-UP CARE NEEDED

[✓] Medical    [ ] Dental

[ ] Mental Health   QRN

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|

NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | | [✓] |
| | Mental Illness | | [✓] |
| | Suicide Attempt | | [✓] |
| | Chronic Care | | [✓] |
| STATUS | Special Diet | | [✓] |
| | Appearance | [✓] | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | [✓] |
| | Lice | | [✓] |
| | Edema | | [✓] |
| | Warm & Dry | [✓] | |
| | Cool & Moist | | [✓] |
| CONDITION | Alert | [✓] | |
| | Oriented | [✓] | |
| | Uncooperative | | [✓] |
| | Depressed | | [✓] |

INTAKE

Sick Call Procedures Explained  [✓]

Height  6'1"

Weight  161

Blood Pressure  130/80

Temperature  97

Pulse Resp.  90/00

Other  _____

Signature of Nurse Completing Assessment (Sending Nurse): A. _____ LPN

Date: 12/5/04

Signature of Intake Screening Nurse (Receiving Nurse): _____ RN

Date: 12/13/04

INMATE NAME (LAST, FIRST, MIDDLE)

Fountain, Tony

PHS-MD-70009

| | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| VOIIII | 153757 | 8/26/63 | B/M | Kce |

(White - Medical Jacket, Yellow - Transfer Coordinator)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Tony Fountain_ _____ Date of Request: _9-27-04_

ID # _152157_ _____ Date of Birth: _8-24-62_ Location: _F2-18_

Nature of problem or request: _I have been having pains in My Chest (upper left side) for several Months. I have been X-Ray and Blood tested for these pains. And I have yet to hear anything. I signed up to see you guys on 9-22-04 and have yet to called to the Health unit._

Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9-27-04_
Time: _7:25_ AM (PM)
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Initials _____ |

**(S)ubjective:** c/o Stabing & sometimes "burning" pain in chest x 2 months.

**(O)bjective** (V/S): T: _97 4/9_ P: _72_ R: _20_ BP: _120/88_ WT: _160_ #
Points ₹ Epigastric area + (a) ↑ Quad ↑BT) Auscaltated Bowel sounds - normal bowel sounds, LCTA, HCR. ∅ Show for sick call 9/22/04

**(A)ssessment:** ↓CT in Health Care Mgt.

**(P)lan:** Refer to MD, PA, CRNP.

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



## HEALTH SERVICES REQUEST FORM

Print Name: _Tony Fountain_      Date of Request: _9-8-03_

ID#: _152157_    Date of Birth: _08-24-62_     Housing Location: _F2-18_

Nature of problem or request: _Two weeks I had a Cold, that when I Cough I coughed up blood on several occisons. And thought it was the Result of the cold. On 9-6-03 Saturday Morning I woke and experience the taste of blood in My Mouth._

Sign here for consent to be treated by health staff for the condition described     _152157_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HEALTH CARE DOCUMENTATION

Subjective: _Cold_         _9-9-03_
                                    _6 Chman_

Objective: BP _110/60_ P _70_ R _20_ T _97³_ Wt _167_ Lungs clear Non productive cough Heart RRR pinkish Spitume on Coughing

Assessment: _Health Mantence_

Plan: _NP to Renew_

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

Signature: _RH Smith_    Title: _RN_     Date: _9/9/03_   Time:

e Name _____ ___ ____ _____

No. _152157_    Date of Birth _08-24-62_    Date of Request _2-1-03_

Nature of problem or request _On or about December 29, 2003, I received a_
_parcel denture plate, that appears to be wearing and/or_
_worn a tear on the left-side of denture in the far back_

Sign here for consent to be treated by health staff for the condition described above.

FEB 2 2003    Place this slip in Medical Box or designated area

DO NOT WRITE BELOW THIS LINE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Health Care Documentation

Subjective: S/C got lower partial last of December
~~part~~ back portion of it has split
it is not uncomfortable — He just
wants to make sure it is not going to
be a problem

Objective: BP _____  P _____  T _____  WT _____

Assessment: make 300 apt.
Plan: )

Refer to:    PA/ Physician
Education: _____    Mental Health    Dental

Protocol used: (specify) _____
Signature _____    Title _DA_    Time _____    Date _5-3-03_

# Health Services Request Form

Print Name _Tony Fountain_

ID No. _152157_ — Date of Birth _08-24-62_   Date of Request _11-14-01_

Housing Location _E-2-18_

Nature of problem or request _I'm Requesting a Renewal Of My bottom be_
_Profile, which Expired on today. My Request is just a simple_
_Following-up and/or based on upon a Chronic back problems_
_By the way I have been Charged numerous time For simple Renewal o_
_a bottom bed Profile_

Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

------------------------------------------

## Health Care Documentation

**Subjective** Renewal Bottom Bed they took money from me
And did not put it back it is a follow up
And I don't have to pay

**Objective** BP _120/80_  P _60_   R _20_   T _98.6_    wt 165
Alert w/s wnl 4o. of tenderness + pain on palpation
Ambulatory 3 difficulty hostile attitude refused
to answer questions

**Assessment** Alteration in comfort

**Plan** MD to Review

Refer to  ◯ PA/Physician   ◯ Mental Health   ◯ Dental

Signature _A H Smith_   Title _lpn_   Date _11/15/01_

**Health Services Request Form**

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Tony Fountain_    Date of Request: _05-13-01_

ID #: _152157_    Date of Birth: _08-24-62_    Housing Location: _E2-18_

Nature of problem or request: _I'm Requesting the Renewal of My Bottom bed pRoFile, which expired on April 6, 2001, I was Also faxed with Cost on April 20, 2001 and has yet to Receive My pRoFile. I'm also experiencing a some sores in My throat, Might be Swollen Glands OR Sinus pRoblems._

I consent to be treated by health staff for the condition described.

SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _I need my bottom brunk profile renewed. I have had a sore throat x 2 days now. I have gargle with enet and water it has not help._

Objective: BP _140/90_ P _72_ R _20_ T _97.5_ Wt _169_
_Alert 3, Orient x3, Skin pat dr - Amber 5 difficulty deglutition a bottom brunk profile. Redness noted to throat. Swollen leymph node Noted or tenderness, Non-productive Cough lung clear. U/S WNL No distress_

Assessment:

Plan: _MD to Review_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _____    Title: _____ Date: _5/14/01_ Time: _____

m. Bell
CRNP.
05/14/01
0845

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _Tony Fountain_   Date of Request: _4-5-01_

ID #: _152157_   Date of Birth: _08-24-62_   Housing Location: _E2-18_

Nature of problem or request: _Renewal of My Bottom Bed Profile._
_I have 2 Chronic Back problems (injury), that places_
_limits on Movements. My Bottom Bed Profile. Expires on_
_4-6-01. (I have 2 Chronic Back injury)_

I consent to be treated by health staff for the condition described.

SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

### HEALTH CARE DOCUMENTATION

Subjective: _Bottom Bunk Profile Renewal_

Objective: BP _120/80_  P _70_  R _20_  T _96⁸_  wt _168_  Alert skin
_warm et dry, resp ē ease, limited ROM (muscle_
_spasms) noted, degenerative disc disease_

Assessment: _Alteration in Comfort_

Plan:  _MD to Review_
_A.H. Smith, LPN 4/6/01 1120_

_BPT 4-6-01 0930_

Refer to:  PA/Physician ____ Mental Health ____ Dental ____