# CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Tony Fountain_    Date of Request: _3-14-01_

ID #: _152157_    Date of Birth: _02-24-62_    Housing Location: _E-218_

Nature of problem or request: _I am Requesting to see the Doctor On or about February 26, 2001, I signed up to see the Doctor about pains in and around My Heart, I am still experiencing the same problem therefore I am Requesting to see the Doctor concerning_

I consent to be treated by health staff for the condition described _these pain in around My Heart_

_____
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: _"I still get pains in the (L) side of my chest — they last for 2-3 min and go away —"_

Objective: BP _124/84_ P _84_ R _20_ T _97.9_ #169 O2 Sat 97% _denies 50b or arm pain, jaw pain, weakness or any other symptoms — ECG done 2/6/01 on previous visit for CP — denies pain @ this time — no distress noted — (seems anxious at this time)_

Assessment: _Alteration in Comfort_

Plan: _M.D. Review_    _(see MD 3/15/01 0755 BM)_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _B Beck Lpn_    Title: _____    Date: _3/14/01_    Time: _11 45/am_

CMS 7166 REV. 10/94

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUEST FORM

Print Name: _Tony Feundlin_    Date of Request: _02-20-001_

ID #: _152157_    Date of Birth: _08-24-62_    Housing Location: _E2-18_

Nature of problem or request: _I am Requesting to have my ear's irrigated, my right ear has been stopped up for two and half days now, and has yet to un-stop itself therefore I requesting an irrigation of my ear's_

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## HEALTH CARE DOCUMENTATION

Subjective: _Ears stopped up X 2 days_

Objective: BP $\frac{110}{70}$  P _84_  R _20_  T _96^3_  wt 173 Alert v/s wxl skin warm et dry resp c ease Excessive wax noted both ear Unable to visualize drum difficulty in hearing

Assessment: _Alteration in comfort_

Plan: _MD recommendation_

_Irrigate both ears_ _(BM ap____ 2/20/01)_

_A/S Snuff, Lpn 2/20/01 11^45_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: Tony Fountain        Date of Request: 2-6-01

ID #: 152787        Date of Birth: 02-22-63        Housing Location: E2-18

Nature of problem or request: I'm having severe pains around
my heart, for the last two days and it is not
heartburn.

I consent to be treated by health staff for the condition described.

SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### HEALTH CARE DOCUMENTATION

Subjective: 2 days ago I had a sharp pain in the upper left side of my
chest that lasted for 5 to 10 min and went away — Today the same
thing happened but more severe

Objective: BP 126/90   P 80   R 20   T 97.3   #169   O₂ Sat 95%
94   RRR - Resp c̄ ease — denies SOB, dizziness, pain radiating into arm —
O̶ jaw or neck pain — c/o pain @ this time (sudden onset).

Assessment: Alteration in Comfort

Plan: M.D. Review
EKG (1st one abnormal, 2nd normal)
Return to HCU if any problems c̄ c/o during the night

Refer to: ____ PA/Physician ____ Mental Health ____ Dental
B. Reck Lpn

Date: 2/8/01   Time: 1230

# CORRECTIONAL MEDICAL SERVICES, Inc.

PHYSICIANS' ORDERS

Name _Fountain, Tony_

Location _SCC_    ID# _152157_    D.O.B. _8/26/63_    Allergies _motrin_

| | |
|---|---|
| Check box as order is noted:<br>Noted by:<br><br>Date:<br>Time: | (Date & Time)<br>Review bottom bunk profile x 180 days (ie degenerative disk disease) |
| | M.D. Signature _Hans Haaren MD_    Date/Time _4/6/00  3:40p_ |
| Check box as order is noted:<br>Noted by:<br><br>Date: _9/19/00_<br>Time: _3:00p_ | (Date & Time)<br>TYLENOL 325 mg ii TID X 5 days<br>prn for pain |
| | M.D. Signature _Neal Murano_    Date/Time _9/19/00_ |
| Check box as order is noted:<br>Noted by:<br><br>Date: _10/6/00_<br>Time: _11:20_ | ✓ Bottom bunk 6 months |
| | M.D. Signature _____    Date/Time _10/6/00_ |
| Check box as order is noted:<br>Noted by:<br><br>Date: _30/1_<br>Time: | ✓ CBC + fasting chem 20 + lipid profile<br>✓ ultra 0.4 tab i stat when pain x/6 x 7<br>clinic when bloodwork available 2.8.01 |
| | M.D. Signature _____    Date/Time _2/7/01_ |

7193 2/96

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Tony Fountain_    Date of Request: _10-5-00_

ID #: _152187_   Date of Birth: _08-24-63_   Housing Location: _E2-18_

Nature of problem or request: _I am Requesting a Renewal of My Bottom bunk profile. I Have a Chronic Back injury and suffer from Muscle problem in my Lower Back. I Im not financial able to Renew My bottom bed profile Every three Month,_

I consent to be treated by health staff for the condition described. _therefore allow me is less 6 month_

SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: _Renewal bottom bed profile_

Objective: BP _130/80_ P _68_ R _20_ T _97°_ wt 174 Alert Skin warm et dry ambulatory w/s unl muscle spasms noted has degenerative disk disease

Assessment: _Alteration in comfort_

Plan: _MD recommendations_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _A Hall-Smith_ ____ Title: _LPN_ Date: _10/6/00_ Time: _1130_

CMS 7166 REV. 10/94

## CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: Tony Fountain ————— Date of Request: 4-5-00

ID #: 152157 ————— Date of Birth: 08-24-63 —— Housing Location: E-2y

Nature of problem or request: I'm Requesting a Renewal of My Botton bed profile, I have a Chronic Back Probler and Can not Afford to Renew My Botton bed profi Every 90 days

I consent to be treated by health staff for the condition described.

SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

### HEALTH CARE DOCUMENTATION

Subjective: Requesting profile renewal for bottom bunk Can not afford to come over every 90 days s stopped taking the medication and just deal c the pain

Objective: BP 120/80  P 70  R 20  T 97.5  wt 180 Ambulatory ease muscle spasms noted degenerative ROM limited w/s wnl skin warm et resp c disk on X-Ray

Assessment: Alteration in comfort / mobility

Plan: MD recommendation

see orders
[signature] MD
4/6/00

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: AHall-Smith

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: Tony Fountain        Date of Request: 7-14-99

ID #: 152157        Date of Birth: 08-24-63    Housing Location: E2-18

Nature of problem or request: I'am Requesting an appointment to have my Ear's Irrigated at the next Cronic Care I can't hear out of my Ears

I consent to be treated by health staff for the condition described.

SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## HEALTH CARE DOCUMENTATION

Subjective: Ear wax

Objective: BP 120/88 P 68 R 20 T 978 Alert orient x3 skin w/o w/s wnl ambulatory excessive wax noted, both ears ⊕ drainage ⊕ Redness

Assessment: Alteration in comfort

Plan:

MD to Review
Ed Sheet given

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: A. Hall-Smith        Title: Lpn    Date: 7/14/99

# INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

| | |
|---|---|
| Transferring Facility: *4BCCF* | Name: *Fountain Tony* |
| | Number: *152157*   Race: B W H Other |
| Date: *5-25-99* | Age: _____   Date of Birth: *8-24-63*   Sex: M F |
| Time: *11* AM PM | |

Allergies: *NKA*   Food Handler Approved: Y N

Current Acute Conditions/Problems: *Ø*

Chronic Conditions/ Problems: *Ø*

Current Medications - Name, Dosage, Frequency, Duration:
Acute Short-term Medications: *Ø*

Chronic Long-term Medications: *Ø*

Chronic Psychotropic Medications: *Ø*

Current Treatments: *Ø*
Follow-up Care Needed: *Ø*

Last PPD: *7-14-98* Results *Ø* mms   Last Physical: *7/14/98*
Chronic Clinics: _____   Specialty Referrals: _____

Significant Medical History: _____

Physical Disabilities/Limitations: *Hx of back pain*
Assistive Devices/Prosthetics: _____   Glasses: _____ Contacts: _____
Mental Health History/Concerns:
Substance Abuse: Y / N   Alcohol: Y / N   Drugs: Y / N
_____ Hx Suicide Attempt: Date: __/__/__
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature and Title: *Martha Jackson CPN*   Date: *5-25-99*

=====

## TRANSFER RECEPTION SCREENING

Date: *5/27/99* Time: *8* AM PM   Receiving Facility: *SCC*

**S:** Current Complaint: *Back injury v '88*

Current Medications/Treatment: *none*

**O:** Physical Appearance/Behavior: *Well developed*   wt *160*

Deformities: Acute/Chronic: *none*

T *97.8* P *60* R *20* B/P *112/90*
**A:** *New inmate screening*

**P: Disposition:** (Instructions: Check or circle as appropriate)
_____ Routine, Sick Call
_____ Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
_____ Physician Referral:
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
Infirmary Placement

Other: _____

Signature and Title: *R Mays RN* *5-27-99*

CMS 7190

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE_____ | FACILITY_____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _Fountains_ Tony_ | AIS# _152157_ |
|---|---|
| DATE_2/24/97_ | FACILITY_RCF_ |
| SIG. Amoxil 500mg po TID X 7 days Tylenol 650 mg po TID X 7 days | DISCONTINUE CONTINUE INCREASE DECREASE |
| Physician Signature: | |

# CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Tony Fountain_

ID #: _152157_ ———— Date of Birth: _08/24/63_ —— Housing Location: _16-36_

Date of Request: _1-13-99_

Nature of problem or request: _I'm having serious back pains_
_Can't turn my neck freely, without having these pains_
_Also to Renew my bottom bed profile_

I consent to be treated by health staff for the condition described.

SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

*************************************************************

### HEALTH CARE DOCUMENTATION

Subjective: _my back is hurting down the middle & low back_
_I cant turn my neck._

Objective: BP _128/84_ P _74_ R _20_ T _97⁸_
_c/o back pain IL7 old injury the back pai & Disc._
_previous treatment plea included Indoci & Robaxin_
_Inmate states said was effective. Requesting Kem al._

Assessment: _Alteration in comfort IL7 back pai_

Plan: _To See MD in AM_

Refer to: ___ PA/Physician  ___ Mental Health  ___ Dental

Signature: _R. Bro_ ———— Title: _L_ —— Date: _1-13-99_ Time: ___

CMS 7166 REV. 10/94

NAME _____    AIS# _____

DATE _____    FACILITY _____

SIG.

DISCONTINUE

CONTINUE

INCREASE

Physician Signature:                    DECREASE

---

NAME _____    AIS# _____

DATE _____    FACILITY _____

SIG.

DISCONTINUE

CONTINUE

INCREASE

Physician Signature: 5                  DECREASE

---

NAME Fountain Tony                      AIS# 152157

DATE 1-14-99                            FACILITY BCCF

SIG. Bextom Butix hub

Motrin 800mg PO Bid x10D

Robaxin 18m Po Bid

DISCONTINUE

CONTINUE C. Lewis RN 1/14/99 11:05

INCREASE

Physician Signature:                    DECREASE

---

NAME Fountain                           AIS# 152157

DATE 5/26/98                            FACILITY BCCF

SIG. Motrin 50mg Po tid x 15D

Robaxin 1gm Po bid x15D

DISCONTINUE

CONTINUE

INCREASE

Physician Signature:                    DECREASE  5. Waughmen 1130 5/26/98

---

A01

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Tony Fountain_  Date of Request: _5/24/98_

ID #: _152157_  Date of Birth: _8-24-63_  Housing Location: _14-4_

Nature of problem or request: _I am having severe back pains in
My lower back and need to see Doctor Siddie. My
back problem is very serious one and is Dock in My
Medical Files._

I consent to be treated by health staff for the condition described.

SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _Recurring Severe Back pain_

Objective: BP _140/80_ P _80_ R _20_ T _98$^2$_
_Return visit to see md Severe Back pain
Limited Mobility VSWd_

Assessment: _Alteration in Mobility_

Plan: _to be evaluated by md per revised nursing protocol_

Refer to: _✓_ PA/Physician ___ Mental Health ___ Dental

Signature: _RJ Winter_  Title: _Lpn_  Date: _5/25_  Time: _11 A_

CMS 7166 REV. 10/94

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _Fountain Jones_ | AIS# _152157_ |
|---|---|
| DATE _4-28-98_ | FACILITY _BCCF_ |
| SIG. | DISCONTINUE 1190 |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _Fountain Jones_ | AIS# _152157_ |
|---|---|
| DATE _4-28-98_ | FACILITY _BCCF_ |
| SIG. Ponaxi 1gm PO biq x10D | DISCONTINUE |
| Indom soup PO biq x10D | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

A01

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
|  | CONTINUE |
|  | INCREASE |
| Physician Signature: | DECREASE |

| NAME Fountain Tony | AIS# 152157 |
|---|---|
| DATE 4-27-98 | FACILITY BCCF |
| SIG. | DISCONTINUE |
| Infirmary Admission | CONTINUE    Waughren |
|  | INCREASE      1025 |
| Physician Signature: | DECREASE    4-27-98 |

| NAME Fountain, Tony | AIS# 152157 |
|---|---|
| DATE 4-27-98 | FACILITY BCCF |
| SIG. Indovin 50mg Po tid x 10D | DISCONTINUE |
| Robaxin 1gm Po tid x 10D | CONTINUE    Waughren |
|  | INCREASE    4-27-98 |
| Physician Signature: | DECREASE    5:30 |

| NAME Fountain Tony | AIS# 152157 |
|---|---|
| DATE 4/16/98 | FACILITY BCCF |
| SIG. Naprosyn 50mg Po tid x 10D | DISCONTINUE |
| Dr Msalid | CONTINUE |
|  | INCREASE    Waughren |
|  |    4/16/98 |
| Physician Signature: | DECREASE    11am |

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Tony Fountain_    Date of Request: _03-25-98_

ID #: _152157_    Date of Birth: _08-24-63_    Housing Location: _17-33_

Nature of problem or request: _Requesting to see Doctor, Concerning_
_A Back injury that has Caused Numbness in My_
_left leg and toes._

I consent to be treated by health staff for the condition described.

SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:

_No Show for pick call_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _Martha Gulso_    Title: _LPN_    Date: _3/30/98_    Time: _____

CMS 7166 REV. 10/94

## HEALTH STATUS — RASYSTEM TRANSFER

Transferring Facility: _Eastaling_

Name: **Fountain, Tony**
Number: **152457**   Race: (B) W H Other
Age: **34**   Date of Birth: **8/24/63**   Sex: (M) F

Date: **3/3/98**
Time: _____ AM PM
Allergies: _Motrin_

Food Handler Approved: Y / N

Current Acute Conditions/Problems: _Back pain_
Chronic Conditions/Problems: _Ø_

Current Medications - Name, Dosage, Frequency, Duration:
   Acute Short-term Medications: _Ø_

Chronic Long-term Medications: _Ø_

Chronic Psychotropic Medications: _Ø_

Current Treatments: _Ø_
Follow-up Care Needed: _Ø_

Last PPD: **11-28-97**   Results _Ø_ mms   Last Physical: **11/28/97**
Chronic Clinics: _Ø_   Specialty Referrals: _____

Significant Medical History: _Hx g Back pain_

Physical Disabilities/Limitations: _Ø_
Assistive Devices/Prosthetics: _Ø_   Glasses: _Ø_   Contacts: _Ø_
Mental Health History/Concerns: _Ø_
Substance Abuse: (Y)/N   Alcohol: (Y)/N   Drugs: (Y)/N

Hx Suicide Attempt: Date: __/__/__
Hx Psychotropic Medication
Previous Psychiatric Hospitalizations

Signature and Title: _S. McKennon LPN_   Date: **3/3/98**

===================================================================

## TRANSFER RECEPTION SCREENING

Date: **3/3/98**   Time: **20:45** AM PM
Receiving Facility: **B, C, C, F**

S: Current Complaint: _Need lower back_

Current Medications/Treatment: _None_

O: Physical Appearance/Behavior: _Clean well behaved_

Deformities: Acute/Chronic: _Back Pain_

T **98**   P **78**   R **20**   B/P **120/78**

A: _New Men Screening_

P: Disposition: (Instructions: Check or circle as appropriate
   **X**   Routine, Sick Call
   ____   Instructions Given
   ____   Emergency Referral
   ____   HIV/TB Instruction Given
   ____   Physician Referral:
         Urgent / Routine
   ____   Medication Evaluation
   ____   Work/Program Limitation
   ____   Special Housing
   ____   Specialty Referrals
   ____   Chronic Clinics
   ____   Mental Health
   ____   OTHER
         Infirmary Placement

Other: _____
_Annie Young RN_

NAME Fountain Tony

DATE 11/28/97

SIG. PRD

Physician Signature: V.O DR Suddiq / DShihur

AIS# 152157

FACILITY ECF

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME Fountain Tony

DATE 11-3-97

SIG. Dolodex 1 pill tid x 10]

Physician Signature:

AIS# 152157

FACILITY Eastrling

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME Fountain Tony

DATE 9-5-97

SIG. Naprosyn 500mg Po tid x 10D

Robaxin 1gm Po tid x 10D

Physician Signature: Dolodex 1-2 tab Po tid x 10]

AIS# 152157

FACILITY ECF

DISCONTINUE

CONTINUE

INCREASE

DECREASE

---

NAME Fountain, Tony

DATE 8-18-97

SIG. Naprosyn 500mg Po tid x 10]

Robaxin 1gm Po tid x 10]

Physician Signature:

AIS# 152157

FACILITY ECF

DISCONTINUE    noted LPN

CONTINUE    L Dawkins LPN

INCREASE    2/8/97

DECREASE

# HEALTH SERVICES REQUEST FORM

Print Name: Tony Dunkin _____ Date of Request: _____

ID #: 152157 _____ Date of Birth: August 24, 1968 Housing Location: 6B-106

Nature of problem or request: I'm having pains in my left leg Starting From My lower Back Running down My leg to Back oF My Calf _____

_____

I consent to be treated by health staff for the condition described.

SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: "My & back hurts down to my ® leg into my Calf. el Can't hardley walk."

Objective: BP 104/68 P 80 R 18 T 98⁴ WT 160 lbs

Inmate states her leg Htof & back problems caused from an altercation w police. States has Not been playing sports or lifting weights. That it just started hurting bad a few days ago. Inmate

Assessment: limps on ® leg.

Alt w comfort due to ® leg & & back pain

Plan:
Tylenol Tid x 3 days
To See MD 8/8/97

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _____ Title: LPN Date: 8/3/97 Time: 9³⁰

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME Fountain, Tony | AIS# 152151 |
|---|---|
| DATE 8/16/99 | FACILITY S CC |
| SIG. D/C Elavil 25 mg @ HS Per inmate Request. Wayne Seqnol 8/16/99  see  8/16/99 17 | DISCONTINUE |
| | CONTINUE |
| | INCREASE 12/15 |
| Physician Signature: | DECREASE |

A 01

| | |
|---|---|
| NAME  Fountain, TONY | AIS#  152157 |
| DATE  2/15/99 | FACILITY  SCC |
| SIG. | DISCONTINUE |
|  | CONTINUE |
|  | INCREASE  0915 |
| Physician Signature: | DECREASE |

*(handwritten notes: illegible, dated 2/15/99)*

| | |
|---|---|
| NAME  Fountain, Tony | AIS#  152157 |
| DATE  6-29-99 | FACILITY  SCC |
| SIG.  1. Bottom Bunk profile X 3 months  2. Elavil - 25 mg q hs X 90 days | DISCONTINUE |
|  | CONTINUE  1415 |
|  | INCREASE |
| Physician Signature: _____ | DECREASE |

*(handwritten: 6/3?/99)*

| | |
|---|---|
| NAME  Fountain, Tony | AIS#  152157 |
| DATE  6/16/99 | FACILITY  Staton |
| SIG.  M.D. 6/30/99 for evaluation  of back pain  D/C bottom bunk until  LS spine x-ray (last one 1995) then | DISCONTINUE |
|  | CONTINUE |
|  | INCREASE |
| Physician Signature: V.O. Dr. _____ | DECREASE |

*(handwritten: 6/16/99)*

| | |
|---|---|
| NAME  Fountain, Tony | AIS#  152157 |
| DATE  2-26-99 | FACILITY  BCCF |
| SIG.  Amoxil 500 mg X 7d tid  Tylenol 650 mg X 7d tid | DISCONTINUE |
|  | CONTINUE |
|  | INCREASE |
| Physician Signature: | DECREASE |

A 01

Last: _Mountain_  First: _Jony_  Middle Initial:
_11/3/03_  Allergies: _____

AIS #: _152157_
Facility: _Stat..._

SIG.
① Flexeril 10 mg BID x 10 days } LBP
② Motrin 600 mg BID x 10 days }

Discontinue: _Noted_
Continue: _(signature)_
Increase:
Decrease: _11/3/03_

Physician Signature:

NC002

---

Name Last: _Mountain_  First: _Jony_  Middle Initial:
Date: _9.9.03_  Allergies: _Motrin_

AIS #: _152157_
Facility: _Ele..._

SIG.
C X R
Cough Tab BID x 5
TT H2O
Tylenol TT po BID x 5 Days

Discontinue:
Continue: _Noted / Austin hfr / 09/09/03_
Increase:
Decrease:

Physician Signature: _Blkman CRN_

NC002

---

Name Last: _Mountain_  First: _Jony_  Middle Initial:
Date: _11/15/01_  Allergies: _Motrin_

AIS #: _152157_
Facility: _Stat..._

SIG.
Call inmate to SHU to sign
for old records (all) pertaining to 11/16
back pain.
/ PRSaylor MD (1600)

Discontinue:
Continue:
Increase:
Decrease: _appt. 11/15 @_

Physician Signature:

NC002

---

Last: _Mountain_  First: _Jony_  Middle Initial:
_10/29/01_  Allergies: _Motrin_

AIS #: _152157_
Facility: _Stat..._

Tylenol 325 mg → 7 no x 4 days
back pain

Discontinue: _(signature)_
Continue: _10/29/01 @ 105/4_
Increase:
Decrease:

Name _Fountain, Tony_

Date _05/14/01_   Allergies _Motrin_

AIS # _152 157_

Facility _Staton_

SIG.

① Bottom bunk profile X 180 days ✓

② Amoxicillin 500mg T PO TID X 10days

③ Notify inmate of meds @ pill call

Physician Signature: _M. Bell CRNP_

Discontinue

Continue _R. Mayer per 5-14-01 6p_

Increase

Decrease

NC002

---

Name _Fountain, Tony_

Date _3/19/01_   Allergies _Motrin_

AIS #

Facility

SIG.

Send Hybric (Results to MD)

Physician Signature: _B Taylor MD   3/19/01   (1145)_

Discontinue

Continue _Noted 3/20/01 S Davis LPN_

Increase

Decrease

NC002

---

Name _Fountain, Tony_

Date _3/19/01_   Allergies _Motrin_

AIS #

Facility

SIG.

Urine for dipstick done

Physician Signature: _B Taylor MD   3/19/01   (1120)_

Discontinue _Noted 3/19/01 S Davis LPN_

Continue

Increase

Decrease

NC002

---

Name _Fountain, Tony_

Date _3-19-01_   Allergies _Motrin_

AIS #

Facility

SIG.

See MD (chest discomfort)

Physician Signature: _B Taylor MD   3/19/01_

Discontinue

Continue

Increase

Decrease

NC002

# SPECIAL NEEDS COMMUNICATION FORM

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**Date:** 10/6/06

**To:** Station

**From:** Station Health Care

**Inmate Name:** Fountain, Tony    **ID#:** 152157

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

BP ✓ qd x 2 weeks

**Date:** 10/6/06    **MD Signature:** Corberti    **Time:** _____

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain Tony BM 152157 | D.O.B.: 8/26/63 |
|---|---|---|
| 12.6.04 11:15 | Blue jacket rec'd at SCC/AHCU Ø meds vols 1 & 2 of 2 rec'd ————— Y. Butler | |
| 6/13/06 | Ø ahc sick call ———————— | |

**Complete Both Sides Before Using Another Sheet**



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain, Tony | D.O.B.: 08126 16a |
|---|---|---|
| 12/06/04 9pm | Received Volume I + II q to c̄ ∅ Meds — S.Mixon, RN | |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain, Tony #152 157 | D.O.B.: 08 / 26 / 63 |
|-----------|----------------------------------------|----------------------|
| 10/05/04 | To see HCP for chest pains | |
| | Wgt. 165, 20, 98.9, 98%, 62, 112/90 | |
| 10/18/04 | 2045 - NO Show for sick call ——— | ~~~ RN |
| 25 OCT 04 | Absent for sick call ——— | ~~~ RN |

**Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain Tony | D.O.B.: 8/12/63 |
|---|---|---|
| 6/15/04 10 | See M.D. for chest pain. | |
| 6/15/04 10 | No show for M.D. Clinic. | |

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**

# Physician's Progress Notes

| Date | Time | Notes Must Be Signed By Physician |
|------|------|-----------------------------------|
| 3/19/01 | | c/o continued pain @ chest frequently, felt better since d/c'd eggs). Sharp, non-exertional. Some 4 duration (0-3 minutes), no SOB, diaphoresis associated. |
| PMDm)<br>(brother) | | ① i NAD<br>② atypical CP → consider reflux<br>③ Neurosuria 1999 (②FH) |
| RBS gg<br>today | | Plan ① reassurance ; consider trial zantac<br>② Urine dip today<br>③ Do RBS (fingerstick) q month (x2)<br>results to MD,<br>_____ MD<br>(1/20) |

| Name - Last | First | Middle | Inmate No. |
|-------------|-------|--------|------------|
| Fountain | Tony | | 152157 |

NaphCare

# Nurse's Notes

| Date and Time | | Nurse's Name |
|---|---|---|
| 3/19/01 | Follow up c̄ MD for chest discomfort. Wt 165, 120/74, 84, 97², 20, | B Heiner |
| 4/17/01 7ᵖ | Inmate refused to sign release for Dr to obtain medical records — | C Mann RN |
| 9/25/04 | 8:00 pm No Show for sick call — Rehan in Chart — A Bush Lp | |

| Name – Last | First | Middle | Inmate No. |
|---|---|---|---|
| Fountain | Tony | | 152157 |

## Nurse's Notes

NC006

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient
Name _Fountain, Tony_ I.D. # _152157_ Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/26/99 | | To SCC  II of II    No Meds | JM |
| | | Vol I of II  Not rec'd | |
| 5/27/99 | | Staton Health Care Unit | BRussell |
| 6.3.99 | | To Montg Col CT, S meds, Vol II @ shelf 2 | |
| 2/20/01 | | for re √ of labs + EKG. | R Duff |
| WT/1B | | 120/78    80    20 | |

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name: _Fountain Tony_    I.D. #: _152157_    Institution: _BCCF_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | Transferred to Seg Vol I — | _Sm_ |
| 6/29/99 | | S Chronic back pain with / Disc disease / P see MD order. | _Case Surg._ |
| 10/6/00 | | S Degenerative disc disease / P Bottom bunk 6-months | |
| 2/7/01 | | S EKG does not show acute change / but ischemia cannot be excluded / P CBC + Chem20 + lipid profile fasting / Vit B subl. / Clinic when results available | |
| 2/20/01 | | C/o CP 2wks ago (none since then), had EKG / + labs for f/u. Pain was sharp, non-/ exertional. Duration 2 hrs and 30-40min, / No SOB, diaphoresis or nausea associated. / No FH heart disease.  [labs 2/9/01 / Chol 215 / O i PERL / Both TM c cerumen impacts / lungs clear c good air / abd nontender Ext φGφE / A) Chest Pain → atypical, slight ↑ cholesterol / c cerumen impaction |

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient
Name _____  I.D. # _____  Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/28/98 | | S) Back Pa | |
| | | O) left side lumbar spasm | |
| | | A/P cont. Feldene Robaxin | |
| 4/?/?? | | S) Back Pa | |
| | | O) Doing well | |
| | | A/P ⊙ cont. current med | |
| 5/26/98 | | S) Back Pai — H/o recurrent back Pa, particularly when he works in kitchen | |
| | | O) — Do not have much in the back. & H/o injury & H/o spasm | |
| | | A/P Back Pa — arthralgy lumbar x-ray shown L5 S1 / narrowing | |
| | | P MRI sorry to H/o a esp | |
| 11/14/?? | | Back Pa —→ MRI renewed | |

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Fountain, Tony   I.D. #: 152157   Institution: BCCF

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/9/98 | | ⊗ Back Pain | |
| | | o/ muscle spasm | |
| | | P ⊗ motrin (illegible) | |
| 4/13/98 | | S/ Back Pain | |
| | | S/ muscular Pain | |
| | | P⊗ Trisalicid + Robaxin (illegible) | |
| 4/27/98 | | S/ Back Pain | |
| | | o/ Back Spasm; apparently does not want to do work and keep coming back for pain meds. | |
| | | P⊗ motrin (illegible) admission to infirmary. | |

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: _Fountain Jones_   I.D. #: _152457_   Institution: _ECF_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/28/9? | 9⁰⁰ | S - "OK" | |
| | | O - Inmate to Hu for A fg | |
| | | A - Afg | |
| | | P - Afg done | DShehan |

Facility Name: __Staton Correctional Facility__

Month/Year of Charting: __08/06__

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

**Mevacor 40MG Tab     15.00**

Take one-half (1/2) tablet(s) by mouth daily

*20mg*

Start Date: 06-06-2006
Stop Date: 09-13-2006
Prescriber: Peasant, J.
RX #: 251694308

*Mevacor 40mg T PO
qHS x 100 days*

Start Date: 8/11/06
Stop Date: 11/21/06
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies

Housing Unit: __Population__
Patient ID Number: __152157__
Patient Name:

**Fountain, Tony**

Date of Birth: __8/26/63__

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Facility Name: _Staton_

Month/Year of Charting: 7/06

Mevacor 20 mg ī
po q̄ d x 100 day

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 6/12/06    Prescriber: _Leasant_
Stop Date: 9/22/06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:            Prescriber:
Stop Date:             RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:            Prescriber:
Stop Date:             RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:            Prescriber:
Stop Date:             RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:            Prescriber:
Stop Date:             RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:            Prescriber:
Stop Date:             RX #:

Diagnosis

Allergies _Motrin_

Housing Unit:
Patient ID Number: 152157
Patient Name:
_Fountain, Pero_

Nurse's Signature / Initial / Nurse's Signature / Initial

_J. Parker, CPN_

Date of Birth: 8/26/63

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: _Staton_

**Mevacor 20mg
Po qd X)00 days
KOP**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting:

Start Date: 0/6/06     Prescriber:
Stop Date: 9/16/06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

Diagnosis

Allergies _Motrin_

Housing Unit: _Dorm 4 #34_
Patient ID Number: _192159_
Patient Name:

_Fountain, Tony_

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Quan Smith LPN | DS | J. Porcher, CRN | JP |

Date of Birth: _2/26/63_

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: | _Staton_ | | | | | | | | | | | Month/Year of Charting: _4/06_ | | | | | | | | | | | | | | | | | |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies _motrin_ | | _JJ_ | | | 1. Discontinued Order <br> 2. Refused <br> 3. Patient out of facility <br> 4. Charted in Error <br> 5. Lock Down <br> 6. Self Administered <br> 7. Medication out of Stock <br> 8. Medication Held <br> 9. No Show <br> 10. Other |
| Housing Unit: | | | | | |
| Patient ID Number: _152757_ | | | | | |
| Patient Name: | | | Date of Birth: _8/26/62_ | | |

# MEDICATION
## ADMINISTRATION RECORD



NaphCare

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/1/03    THROUGH 11/30/03

Physician:

Medicaid Number    Medicare Number

# MEDICATION
## ADMINISTRATION RECORD





CHARTING FOR 11/1/01   THROUGH 11/30/01

Medicaid Number    Medicare Number

By B.Purnell   Title LPN   Date 10/29/01

# MEDICATION
# ADMINISTRATION RECORD





# MEDICATION
## ADMINISTRATION RECORD





MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

HARTING FOR  5-1-01  THROUGH  5-31-01

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

MEDICATION ADMINISTRATION RECORD

Facility: _SCC_

CC#: _____

MONTH _3/01_

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NTG 0.4mg ; SL STAT ē CP  3/1/01 | | R O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: _Motrin_

DOB/INMATE #: _152157_

LOCATION: _SCC_

NAME: _Fountain Tony_

CMS # 3150 REV 8/98

CORRECTIONAL MEDICAL SERVICES

# MEDICATION
## ADMINISTRATION RECORD



# MEDICATION ADMINISTRATION RECORD

**Facility:** Staton

**CC#:**

**MONTH** Feb - 01

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitro 0.4mg ī SL Stat when having pain. Rep x/bt mawhen 2-7-01 | Es | R 0 P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** Motrin

**DOB/INMATE #:** 0-24-63   150157

**LOCATION:** SCC

**NAME:** Fountain, Tony

**CORRECTIONAL MEDICAL SERVICES**

# MEDICATION ADMINISTRATION RECORD

**Facility:** Staton

**CC#:**

**MONTH** Sept. 06

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 325mg ii tab x 5d  9/18 - 9/24/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** morphin

**DOB/INMATE #:** 152157

**LOCATION:** Staton

**NAME:** Fountain, Tony

**CORRECTIONAL MEDICAL SERVICES**

CMS # 3150 REV 8/98

# MEDICATION ADMINISTRATION R____RD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #18957 AMITRIPTYLINE 25MG 04/30/99 TAKE 1 TABLET AT BEDTIME FOR 90 DAYS Stop: 07/28/99 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 08/01/99        08/31 THROUGH

Physician _Williams_
Alt. Physician _Agarwal_
Allergies NKA

Telephone No:
Alt. Telephone 152151-CT

Medical Record N

Rehabilitative
Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete entries as checked By: _White Smith_ Title: _LPN_ Date: | | |
|---|---|---|---|---|
| PATIENT FOUTAIN, TONY | | PATIENT CODE 152151 | ROOM NO. | BED FACILI 5C |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Handwritten medication entry:* Elavil 25mg g hs X10d 80 6/30 - 9/30/99

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7-1-99

THROUGH 7-31-99

Physician: _William Luke_

Alt. Physician:

Allergies: _Motrin_

Telephone No:

Alt. Telephone:

Rehabilitative Potential:

Medical Record No

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: _C. Holt Smith_ | Title: _L__ | Date: 6/30/ |
|---|---|---|---|---|

PATIENT: _Fountain, Jerry_

PATIENT CODE

ROOM NO.

BED

FACILITY

# MEDICATION ADMINISTRATION RECORD



CHARTING FOR 5-1-48

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Physician

Att. Physician

Allergies

Diagnosis

Medicaid Number

Telephone No.

Att. Telephone

Rehabilitative
Potential

Medical Record No. 152157

PATIENT  Fountain, Tony

PATIENT CODE 152157   ROOM NO.   BED  FAC.

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELAVIL 25 m @HS X 90  6/30-9/30/99 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6/1   THROUGH 6/30/99

Physician

Att. Physician

Allergies  MOTRIN

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No. 15215

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

PATIENT  FOUNTIAN, TONY

PATIENT CODE | ROOM NO. | BED | FACIL

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Amoxil 500mg T
P.O. T.I.D. x 7 days
D.C. 8/3/99
0400
1108
1700

_____ 650mg P.O.
_____ x 7 days
_____ 7/2/99
0400
1100
1700

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 7/1/99 THROUGH 7/_/99

Physician: _____

Alt. Physician: _____

Telephone No. _____

Alt. Telephone _____

Medical Record N _____

Allergies: Motrin

Rehabilitative Potential: _____

Diagnosis: _____

Medicaid Number: _____

Medicare Number: _____

Title: LPN

Date: _____

PATIENT _____

ROOM NO. _____  BED. _____  FACILIT _____

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amoxil 500 tid Md Siddiqi up 2-26-99 → 3-6-99 | 0400 7100 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 650 po tid Md Siddiqi up 2-26-99 → 3-6-99 | 0400 1000 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  2-26-99  THROUGH  2-28-99

Physician  Siddiqi

Alt. Physician

Allergies

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record N

Diagnosis

Medicaid Number        Medicare Number

Complete Entries Checked:
By  U. Ryans        Title: LPN        Date: 2-2

PATIENT  Fountains, Jones

PATIENT CODE  157150        ROOM NO.        BED  FACILI

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR _____ THROUGH _____

Physician

Alt. Physician

Allergies _____ Motrin

Diagnosis

Medicaid Number    Medicare Number

PATIENT