# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Amoxicillin 500mg P.O. BID x 10 days Start: 1/24/99 Soddy/CL | 1100 / 1700 | (entries marked 14-28) |
| Robitussin 1gm P.O. BID x 10 days Start: 1/24/99 Soddy/CL | 1100 / 1700 | (entries marked 14-28) |

CHARTING FOR 1/1/99  THROUGH 1/31/99

Physician: J. Soddy
Allergies: Nitrin

By: C. Lewis   Title: RN   Date: 1/14

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zoloft 50mg tid x 30 days 5/10/98 – 6/10/98 Dr. Siddiq | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] 5mg tid 5/10/98 – 6/10/98 Dr. Siddiq | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/98   THROUGH 06/30/98

Physician:
Alt Physician:
Allergies:
Telephone No:
Alt Telephone:
Rehabilitative Potential:
Medical Record N:

Diagnosis:
Medicaid Number:

By: [signature]   Title: RN   Date: [illegible]

PATIENT: Fountain, [illegible]
PATIENT CODE: [illegible]   ROOM NO.   BED   FACIL



# MEDICATION ADMINISTRATION RECORD

Zyloric 50mg po 0400
? x 15 d Siddig 3/10 1100
6-?-98 → 6-10-98    1700

?? 1gm po tid 0700
?? 5/10    1100
?? → 6-10-98    1700

CHARTING FOR
Physician: Siddig

PATIENT: Fountain Jones

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Nitrofur T po TID x 10 days 11-3-97 → 11-13-97 Siddiq/as | | (handwritten initials across dates) |

CHARTING FOR: 11-1-97    THROUGH: 11-30-97

Allergies: Motrin

Complete entries checked By: W.Washington    Title: LPN    Date: 11-3-...

PATIENT: Fountain, Doris

Medical Record No: 15215...

# MEDICATION ADMINISTRATION RECORD



09/21/2006 THU 13:06 FAX 334 567 1538 Staton Health Unit                          ☐ 002/013

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Please send this f... Form must be Complete and Legible. You must Type — Print
with the Authorization Letter to the service provider ...o time of the Appointment

## DEMOGRAPHICS

**Site Name & Number:** Staton 843

**Site Phone #:** (334) 567-1548

**Site Fax #:** (334) 567-1538

**Will there be a charge?** ☐ Yes ☐ No
**Sex:** ☐ Male ☐ Female

**Responsible party:** ☐ PHS ☐ Auto Ins.

**Patient Name: (Last, First):** Fountain, Terry

**Alias: (Last, First):**

**Inmate #:** 152157

**SS Number:** 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

☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

**Date: (mm/dd/yy):** 08/19/06

**Date of Birth: (mm/dd/yy):** 8/26/63

**PHS Custody Date: (mm/dd/yy):** 10/18/05

**Potential Release Date: (mm/dd/yy):** 3/25/07

RECEIVED SEP 21 2006

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental
Paul Corbier, MD

**Facility Medical Director Signature and Date:**
M Corbier 8/29/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☒ X-ray (XR)  ☐ Scheduled Admission (SX)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy
**Number of Visits/Treatments:** ☐ Chemotherapy
                                 ☐ Other:

**Specialist referred to:** Dr. Jackson

**Type of Consultation, Treatment, Procedure or Surgery:**
Colonoscopy

**Diagnosis:** Persistent lower GI bleed
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:**

**History of Illness/Injury/symptoms with Date of Onset:**
42 yo BM c/o rectal bleeding since 2/06. Pt. is concerned about ↑ bleeding in last few weeks; He has both Melena & Hematochezia

**Results of a complaint directed physical examination:**
Ø Rectal mass
Heme ⊕ stool.

**Previous treatment and response (including medications):**
Heme ⊕ on Rectal Exam since 2/21/06, LFT's are back to Normal

***For security and safety, please do not inform patient of possible follow-up appointments***

☒ Offsite Service Recommended and Authorized

[signature] 9/20/06

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**CERT TYPE:** CS  **DIAG CLASS:** GS
**CPT code:** 45379
**UR Auth #:** 16521638

8/19/06 TM faxed

09/19/2006 15:33 FAX 95677167         STATON                                    ☒008

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

**Site Name & Number:** Staton 843
**Site Phone #:** (334) 567-1548
**Site Fax #:** (334) 567-1538
**Will there be a charge?** ☒ Yes ☐ No
**Sex:** ☒ Male ☐ Female
**Responsible party:** ☒ PHS ☐ Auto Ins.

**Patient Name: (Last, First):** Fountain, Tony
**Alias: (Last, First):** Fountain, Tony
**Inmate #:** 152157
**SS Number:** 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
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

**Date:** 08/29/06
**Date of Birth:** 2/2/63
**PHS Custody Date:** 10/18/05
**Potential Release Date:** 3/25/07

RECEIVED SEP 20 2006
12/5/49

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental
Paul Corbier, MD

**Facility Medical Director Signature and Date:**
[signature] Corbier 9/29/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)    ☐ X-ray (XR)    ☒ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)
☐ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**
**Number of Visits/Treatments:** ___
☐ Radiation therapy
☐ Chemotherapy
☐ Other: ___

**Specialist referred to:** Dr. Jackson BMCS
**Type of Consultation, Treatment, Procedure or Surgery:**
Colonoscopy 1772?

**Diagnosis:** Persistent lower GI bleed
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☒ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
42 y/o ♂ c̄ a̅ rectal bleeding since 2/06. Pt is concerned about ↑ bleeding in last few weeks. He has both Melena & Hematochezia

**Results of a complaint directed physical examination:**
∅ Rectal mass
Heme ⊕ stool

**Previous treatment and response (including medications):**
• Heme ⊕ on Rectal exam since 2/21/06
• LFT's are back to Normal

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
**Date resubmitted:** __/__/__

☒ Offsite Service Recommended and Authorized

**Regional Medical Director Signature, printed name and date required:**
[signature] Steve 9/20/06

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**CPT Type:** OS    **Mod Class:** OS    **CPT code:** 45379    **UR Auth #:** 1152163?

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Please send this form with the Authorization Letter to the service provider. Form must be Complete and Legible: You must Type or Print e time of the Appointment

PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First.) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Fountain, Terry | 08/29/06 |
| Site Phone # | Alias: (Last, First.) | Date of Birth: (mm/dd/yy) |
| (334) 567-1548 | | 8/26/63 |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| (334) 567-1538 | 152159 | 10/8/05 |
| Will there be a charge? ☐ Yes ☐ No   Sex ☐ Male ☐ Female | SS Number 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 | Potential Release Date: (mm/dd/yy) 3/25/07 |

Responsible party: ☐ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider: ☒ Physician  ☐ NP, PA  ☐ Dental
Paul Corbier, MD

Facility Medical Director Signature and Date:
M Corbier 8/29/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy): __/__/__
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy
Number of Visits/Treatments: ___  ☐ Chemotherapy  ☐ Other:

Specialist referred to: Dr. Jackson

Type of Consultation, Treatment, Procedure or Surgery:
Colonoscopy

Diagnosis: Persistent Lower GI Bleed
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of illness/injury/sypmtoms with Date of Onset:
42 yo ♂ c̄ c/o rectal bleeding since 2/06. Pt. is concerned about ↑ bleeding in last few weeks. He has both Melena & Hematochezia

Results of a complaint directed physical examination:
∅ Rectal mass
Heme ⊕ stool.

Previous treatment and response (including medications):
• Heme ⊕ on Rectal Exam since 3/21/06
• LFT's are back to Normal

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: __/__/__

Regional Medical Director Signature, printed name and date required:
__/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: 1652/638 |

05a – UM Referral review form

8/29/06 TM Faxed
9/21/06 Faxed

## DEMOGRAPHICS

**Site Name & Number:** 843 - STATON
**Site Phone #:** 334-567-1548
**Site Fax #:** 334-567-7167
**Will there be a charge?** ☑ Yes ☐ No
**Sex:** ☑ Male ☐ Female

**Patient Name (Last, First):** Fountain, Tony
**Alias (Last, First):**
**Inmate #:** 152157 PCC
**SS Number:** 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

**Date (mm/dd/yy):** 07/03/06
**Date of Birth (mm/dd/yy):** 8/26/63
**PHS Custody Date (mm/dd/yy):** 10/18/05
**Potential Release Date (mm/dd/yy):** 3/25/07

**Responsible party:** ☑ PHS ☐ Auto Ins.

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ RN/PA ☐ Dental
J. M. Peasant, Sr., M.D.

**Facility Medical Director Signature and Date:**
J. M. Peasant 7/8/06

**History of Illness/Injury/symptoms with Date of Onset:**
42 y/o BM c/o rectal bleeding off and on for 3-4 months. Pt denies abd pain, frequency, or hemorrhoids. No h/o anal intercourse.

**Results of a complaint directed physical examination:**
Stools Heme + 3/21/06 & 6/6/06 on rectal exam.
Prostate 2+ - No hard Nodule
ABN LFTs  AST - 44  7/3/06
         ALT - 119
Hep A, B, +c - all ⊖
AST + ALT - NL

**Estimated Date of Service (mm/dd/yy):** / /

**Specialist referred to:**
**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate for ? c colonoscopy ? Office Visit

**Diagnosis:** Rectal bleeding
**ICD-9 code:**

**Previous treatment and response (including medications):**
08/02/06 Patient totally unaware
20 mg INH
⊘ INH therapy in past
Dr. Peasant wanted colonoscopy to do rectal bleeding history.

## UM DETERMINATION:

7/17/06
☐ Onsite Service Recommended and Authorized
☑ More Information Requested: (See Attached) — Please clarify are you requesting an GI referral on the actual colonoscopy procedure?

☐ Forwarded with requested information.
**Date resubmitted:** / /

**Regional Medical Director Signature, printed name and date required:**
[signature] 7/13/06

Faxed 7/12/06

Let's consider outpt sigmoidoscopy as Baron exam.
? Why ↑ in LFT's?   was patient on INH?
7/17/06

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 144-205-5298-0 | S | MB | COMPLETE | 2 |

**ADDITIONAL INFORMATION**

SCC
FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 42 / 9 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/24/2006 | 8:43 | 5/24/2006 | 5/25/2006 | 7:46 | 5152 |

**CLINICAL INFORMATION**
CD- 41147610691

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| PEASANT J | 152157 |

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                   AL   36205-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | | | 3X Avg.Risk 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD.

| TEST | RESULT | UNITS | LIMITS | LAB |
|---|---|---|---|---|
| Thyroid | | | | MB |
| TSH | 0.808 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 6.8 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 35 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.4 | | 1.2 - 4.9 | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| WBC | 5.4 | x10E3/uL | 4.0 - 10.5 | MB |
| RBC | 4.91 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.0 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 43.8 | % | 36.0 - 50.0 | MB |
| MCV | 89 | fL | 80 - 98 | MB |
| MCH | 30.5 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.1 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.1 | % | 11.7 - 15.0 | MB |
| Platelets | 246 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 44 | % | 40 - 74 | MB |
| > Lymphs | 47 H | % | 14 - 46 | MB |
| Monocytes | 6 | % | 4 - 13 | MB |
| Eos | 3 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.4 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.3 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000
DIRECTOR: John Elgin N MD

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 144-205-5298-0 | Seq #: 5152 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

```
                    ****************
                    *** TX REPORT ***
                    ****************

    TRANSMISSION OK

    JOB NO.                 0866
    DESTINATION ADDRESS     93958156
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME                08/11 15:17
    USAGE T                 00'54
    PGS.                    2
    RESULT                  OK
```

07/17/2006 11:10 FAX 3343958156          REGIONAL OFFICE              → STATON                    ☒001/001
07/13/2006 THU 14:50 FAX 334 E    1538 Staton Health Unit                                          ☒003/003
07/13/2006 13:54 FAX 3343958156          REGIONAL OFFICE              → STATON                    ☒003
07/13/2006 THU 12:07 FAX 334 567 1538 Staton Health Unit                                          ☒003/013

## DEMOGRAPHICS

| Site Name & Number: | Patient Name (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| 843 - STATON | Fountain, Tony | 07.03.06 |
| Site Phone #: 334-567-1548 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) 8.26.63 |
| Site Fax #: 334-567-7167 | Inmate #: 152157 DOC | FHS Custody Date: (mm/dd/yy) 10.18.05 |
| Will there be a chargo? ☒Yes ☐No | Sex: ☒Male ☐Female | SS Number: 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 | Potential Release Date: (mm/dd/yy) 3.25.07 |

## CLINICAL DATA

Requesting Provider: J. M. Peasant, Sr., M.D.

Facility Medical Director Signature and Date: J. M. Peasant 7/5/06

History of illness/injury/symptoms with Date of Onset:
42 y/o BM c/o rectal bleeding off and on for 3-4 months. Pt denies abd pain, nausea or hemorrhoids. No h/o anal intercourse.

Results of a complaint directed physical examination:
Stools Heme+ 3/21/06 + 6/6/06 on rectal exam. Prostate 2+ - No hard Nodules. ABN LFTs AST-64 7/3/06 ALT-119. Hep A,B,C - all ⊖. Hct + Alk - NL

Estimated Date of Service (mm/dd/yy): __/__/__

Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy ☐ Other
Number of Visits/Treatments: ___

Specialist referred to:
Type of Consultation, Treatment, Procedure or Surgery:
Evaluate for ___ colonoscopy  OFFICE VISIT

Diagnosis: Rectal bleeding
ICD 9 code:

Previous treatment and response (including medications):
08/07/06 Pt wants to be treated Tony Was
① INH therapy in past
Dr. Peasant wanted colonoscopy to do

Please send this form v... ust be Complete and Legible. You must Type or P...
Authorization Letter to the service provider at t... of the Appointment

**PHS**

## DEMOGRAPHICS

**Site Name & Number:** 843 - STATON

**Site Phone #:** 334-567-1548

**Site Fax #:** 334-567-7167

**Will there be a charge?** ☑ Yes ☐ No

**Sex:** ☑ Male ☐ Female

**Patient Name:** (Last, First) Fountain, Tony

**Alias:** (Last, First)

**Inmate #:** 152157 DCC

**SS Number:** 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

**Date:** (mm/dd/yy) 07/03/06

**Date of Birth:** (mm/dd/yy) 8/26/63

**PHS Custody Date:** (mm/dd/yy) 10/18/05

**Potential Release Date:** (mm/dd/yy) 3/25/07

**Responsible party:** ☑ PHS ☐ Auto Ins.
☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

J. M. Peasant, Sr., M.D.

**Facility Medical Director Signature and Date:**
J. M. Peasant 7/3/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☑ Urgent

**Estimated Date of Service:** (mm/dd/yy) __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**
**Number of Visits/Treatments:** ___
☐ Radiation therapy  ☐ Chemotherapy  ☐ Other

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate for ... c colonoscopy

**Diagnosis:** Rectal bleeding
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset:**
42 yo BM c/o rectal bleeding off and on for 3-4 months. Pt denies abd pain, fissures, or hemorrhoids. No h/o anal intercourse.

**Results of a complaint directed physical examination:**
Stools Heme + 3/21/06 & 6/6/06 on rectal exam.
Prostate 2+ - No hard Nodules
Abn LFT's AST - 64  7/3/06
        ALT - 119
Hep A, B, +C - all ⊖
AST & ALT - NL - 5/2/41

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:**

__/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |

05a - UM Referral review form

Faxed 17/1/2/06 JM

# UTILIZATION MANAGEMENT REFERRAL REQUEST FORM

Please send this form w/ Authorization Letter to the service provider at the time of the Appointment. Must be Complete and Legible. You must Type or Print.

## DEMOGRAPHICS

**Site Name & Number:** 843 - STATON
**Site Phone #:** 334-567-1548
**Site Fax #:** 334-567-7167
**Will there be a charge?** ☑ Yes ☐ No
**Sex:** ☑ Male ☐ Female
**Responsible party:** ☑ PHS ☐ Auto Ins. ☐ Health Ins. ☐ Other

**Patient Name:** Fountain, Tony
**Alias:** 
**Inmate #:** 152157 PCC
**SS Number:** 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
**Date:** 07/03/06
**Date of Birth:** 8/26/63
**PHS Custody Date:** 10/18/05
**Potential Release Date:** 3/25/07

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental
J. M. Peasant, Sr., M.D.

**Facility Medical Director Signature and Date:** J. M. Peasant 7/3/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV) ☐ X ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)
☐ Routine ☑ Urgent

**Estimated Date of Service (mm/dd/yy):** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy ☐ Other
**Number of Visits/Treatments:**

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate + tx c colonoscopy  OFFICE VISIT

**Diagnosis:** Rectal bleeding
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent documents have been attached and faxed.

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
☑ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
**Date resubmitted:** ___/___/___
**Regional Medical Director Signature, printed name and date required:**

**History of illness/injury/symptoms with Date of Onset:**
42 y/o BM c/o rectal bleeding off and on for 3-4 months. Pt denies abd pain, fissures, or hemorrhoids. No h/o anal intercourse.

**Results of a complaint directed physical examination:**
Stools Heme + 3/21/06 & 6/6/06 on rectal exam.
Prostate 2+ - no hard nodule
ABN LFTs AST-64  7/3/06
ALT-119
Hep A, B, +C - all ⊖
AST + ALT - NL - 5/05

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

☐ Offsite Service Recommended and Authorized

Please clarify are you requesting OV & referral on the actual colonoscopy procedure?

[Signature] 7/12/2006

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.
**Cert Type:** **Med Class:** **CPT code:** **UR Auth #:**

05a - UM Referral review form

Faxed 7/12/06 [initials]

Please send this form Authorization Letter to the service provider at [time] of the Appointment
Must be Complete and Legible. You must Type or [Print]

PHS

## DEMOGRAPHICS

**Site Name & Number:** 843 - STATON
**Site Phone #:** 334-567-1548
**Site Fax #:** 334-567-7167

**Patient Name: (Last, First):** Fountain, Tony
**Alias: (Last, First):**
**Inmate #:** 152157 PCC
**SS Number:** 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

**Date: (mm/dd/yy):** 07 03 06
**Date of Birth: (mm/dd/yy):** 8 26 63
**PHS Custody Date: (mm/dd/yy):** 12 15 88
**Potential Release Date: (mm/dd/yy):** 12 5 19

**Will there be a charge?** ☒ Yes ☐ No
**Sex:** ☒ Male ☐ Female

**Responsible party:** ☒ PHS ☐ Auto Ins.
☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental
J. M. Peasant, Sr., M.D.

**Facility Medical Director Signature and Date:** J. M. Peasant 7/3/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☒ Urgent

**Estimated Date of Service (mm/dd/yy):** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**
**Number of Visits/Treatments:** ____
☐ Radiation therapy ☐ Chemotherapy ☐ Other:

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate for ? c colonoscopy

**Diagnosis:** Rectal bleeding
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
42 y/o BM c/o rectal bleeding off and on for 3-4 months. Pt denies abd pain, fissures, or hemorrhoids. No h/o anal intercourse.

**Results of a complaint directed physical examination:**
Stools Heme + 3/21/06 & 6/6/06 on rectal exam.
Prostate 2+ - no hard nodules
Abn LFTs AST - 64  7/3/06
ALT - 119
Hep A, B, +C - all ⊖
AST + ALT - NL - 5/24/[06?]

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**Cert Type:**  **Med Class:**  **CPT code:**  **UR Auth #:**

05a - UM Referral review form    [signature] 7/12/06

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

PHS RECEIVED NOV 03 2005

## DEMOGRAPHICS

**Site Name & Number:** Staton 843
**Site Phone #:** (334) 567-1548
**Site Fax #:** (334) 567-1538
**Will there be a charge?** ☒ Yes ☐ No
**Sex:** ☒ Male ☐ Female
**Responsible party:** ☐ PHS ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

**Patient Name:** (Last, First,) Fountain, Tony
**Alias:** (Last, First,)
**Inmate #:** 152157 SCC
**SS Number:** 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

**Date:** (mm/dd/yy) 11/03/05
**Date of Birth:** (mm/dd/yy) 08/26/63
**PHS Custody Date:** (mm/dd/yy) 11/15/88
**Potential Release Date:** (mm/dd/yy) 07/07

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☐ NP, PA ☐ Dental
_[signature]_

**Facility Medical Director Signature and Date:**
_[signature]_
☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.
☒ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☒ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy
**Number of Visits/Treatments:** ___ ☐ Chemotherapy ☐ Other:

**Specialist referred to:** Dr. Bradford
**Type of Consultation, Treatment, Procedure or Surgery:**
In house Eye Exam

**Diagnosis:**
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
Last Eye Exam 12/22/04
OD 20/25
OS 20/25
OU 20/25

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☒ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Doe not meet 8 kva.

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**
_[signature]_ 11/3/05

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.
**Cert Type:**  **Med Class:**  **CPT code:**  **UR Auth #:**

05a - UM Referral review form

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

For[...] ust be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the [...] of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Fountain, Tony | 11/03/05 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| (334) 567-1548 |  | 08/26/63 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567-1538 | 152157 | 11/15/88 |
| **Will there be a charge?** ☒ Yes ☐ No  **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 07/  /07 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☐ NP, PA ☐ Dental

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☒ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy ☐ Other:
**Number of Visits/Treatments:** ____

**Specialist referred to:** Dr. Bradford
**Type of Consultation, Treatment, Procedure or Surgery:**
In house Eye Exam

**Diagnosis:**
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
Last Eye Exam 12/22/04
OD 20/25
OS 20/25
OU 20/25

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Date resubmitted:** __/__/__

FAXED

**Regional Medical Director Signature, printed name and date required:**
__/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

## Advanced Medical Imaging Center



PLAINTIFF'S EXHIBIT 5

03/22/94

GEORGE S. LYRENE (STATON), M.D.
STATON-PRISON
P.O. BOX 56, HWY 143

RE: FOUNTAIN, TONY
Date of Birth: 08/24/63
Patient No: 42637

EXAM: MRI LUMBAR SPINE, WITHOUT CONTR 03/22/94

Dear Dr. Lyrene:

Thank you for referring your patient to Advanced Medical Imaging Center. The findings of my examination are as follows:

The lumbar spine is in good position and alignment. All vertebral bodies have normal height and show normal signal intensity. There are mild degenerative changes of the L4-L5 and L5-S1 discs. There is mild desiccation and dehydration of the disc material, and there is a small herniated disc at the L5-S1 level protruding into the right neural canal near the right neural foramina, possibly causing some nerve root compression on the right side at this level. No other significant findings.

If you have any questions concerning the radiographic findings on this patient, please call me.

Sincerely,

H. PETER JANDER, M.D.

HJ /RL

525 S. Lawrence Street • P.O. Box 4117 • Montgomery, AL 36103 • 205/262-7226

# MEDICAL DIRECTOR'S CONSULT

NAME: Fountain Douglas  AIS: 152157  DOB 8-04-63

DATE: _____  INSTITUTION: Easterling  SITE ID: _____

REFERRED TO: Dr Brown  PHONE # _____

**I. Issue(s) addressed:** Dermatofibroma

**II. Summary of data:** The Doc

no w/u

a skin dermatofibroma
Punch biopsy site on
Chronic fibrosis
Pt no further tx needed

_[signature]_

**III. Initial impression / Discussion:**

**IV. Recommendations:**

**V. Outside referrals approved:** _[signature]_

Medical Director                    Site Physician    Rev. Date

**For TIMELY PAYMENT,**
attach PROVIDER CLAIM copy to your billing and mail to CMS.
Complete MEDICAL RECORD copy and return with Inmate.
Refer to Authorization No on all claims, correspondence, inquires.

AUTHORIZATION NO

T430AS1027

## Correctional Medical Systems
## Health Services Authorization

Inmate: **FOUNTAIN, TONY**  Id: **152157**  DOB: **08-24-63**  Date: **02-02-95**

Institution: **AL / Staton**

Referred By **LYRENE, M.D., GEORGE**  Situation: **Not Applicable**  Site Id: **T430A**

### HEALTH SERVICES AUTHORIZED

Extent Of Care: **Consult Only**  Location: **Physician Office**

Diagnosis: **CVA**

Code: **436**

Procedure: **Limited Service 0 - 1 hr**

Description:

Provider: **ELMORE COMMUNITY HOSPITAL**  Provider No: **1038**

Facility:  Facility Id:

### HEALTHCARE REPORT   (See Instructions on PROVIDER CLAIM COPY)

Significant Findings/Tests Completed/Diagnosis:

Treatment Provided:

Orders/Recommendations:

Physician Signature: _____  Date & Time: _____

**MEDICAL RECORD COPY**
Complete and return with Inmate