**For TIMELY PAYMENT,**
attach PROVIDER CLAIM copy to your billing and mail to CMS.
Complete MEDICAL RECORD copy and return with Inmate.
Refer to Authorization No on all claims,correspondence,inquires.

**T430AS1027**

# Correctional Medical Systems
# Health Services Authorization

Inmate: **FOUNTAIN, TONY**                    Id: **152157**    DOB: **08-24-63**    Date: **02-02-95**

Institution: **AL / Staton**                                                          Site Id: **T430A**

Referred By **LYRENE, M.D., GEORGE**                 Situation: **Not Applicable**

## HEALTH SERVICES AUTHORIZED

Extent Of Care: **Consult Only**                    Location: **Physician Office**

Diagnosis: **CVA**                                                        Code: **436**

Procedure: **LImited Service 0 - 1 hr**

Description:

Provider: **ELMORE COMMUNITY HOSPITAL**

Facility:                                          Provider No: **1038**

                                                   Facility Id:

## HEALTHCARE REPORT    (See Instructions on PROVIDER CLAIM COPY)

Significant Findings/Tests Completed/Diagnosis:

Treatment Provided:

Orders/Recommendations:

Physician Signature:_____    Date & Time: _____

## MEDICAL RECORD COPY
### Complete and return with Inmate

# WORKSHEET

**Correctional Medical Services**

**Health Services Authorization**

AUTHORIZATION NO
From Dr. George Lyrene

*OD017*

## HEALTH SERVICES AUTHORIZED

**Todays Date:** *2-13-95*

| | |
|---|---|
| Inmate: *Fountain Long* | Inmate Location: *Staton  1430*<br>Do not use initials |
| Inmate #: *123157* | DOB: Required<br>*8-24-63* | Date of Incarceration: Required<br>*1-24-89* |
| Diagnosis: *Back* Required *Myelogram* | | |

**Procedure:**
List treatments and procedures provided

*Myelogram*

**Appointment Information**

Date: Required  *Feb. 21, 1995 @ 6⁵⁄ₐ*

Location of Appointment:   (Please give Name and Phone number of location where inmate is going)
*Jackson Hospital*
*1235 Forrest Ave*
*Montgomery, Al.*          *269-8000*

Authorization **cannot** be processed unless this form is filled out completely and accurately.

## MEDICAL DIRECTORS SIGNATURE (APPROVAL)

## HEALTHCARE REPORT

Significant Findings/Tests Completed/Diagnosis:

Treatment Provided:

Orders/Recommendations:

**Physician Signature:**                          **Date:**

# WORKSHEET

## Correctional Medical Systems
## Health Services Authorization

Inmate: _Fountain, Tony_     Id: _152157_     DOB: _8/24/63_     Date:

Institution: _Staton_                                          Site Id: _430_

Referred By: _Dr. Ryan / Rigsby — Dr. Lyrene_     Situation: _myelogram — back problems_

### HEALTH SERVICES AUTHORIZED

Extent of Care: _myelogram_                    Location:

Diagnosis:                                                   Code:

Procedure:

Description:

**MEDICAL DIRECTOR SIGNATURE (APPROVAL)** _Dr. Lyrene_

### HEALTHCARE REPORT

Significant Findings/Tests Completed/Diagnosis:

Treatment Provided:

Orders/Recommendations:

Physician Signature: _____     Date/Time: _____

## MEDICAL RECORD COPY
**After entered, file form in patient record**

CMS 7253

# WORKSHEET

AUTHORIZATION NO

T430A51027

## Correctional Medical Systems
## Health Services Authorization

Inmate: *Fountain, Tony*     Id: *152157*     DOB: *8/24/63*     Date: *2/2/95*

Institution: *Staton*     Site Id: *430*

Referred By: *Dr. Lyrene / Mendez*     Situation: *(L) leg + foot*

### HEALTH SERVICES AUTHORIZED

Extent of Care:                                      Location:

Diagnosis:                                                      Code:

Procedure:

Description:

**MEDICAL DIRECTOR SIGNATURE (APPROVAL)** _____

**HEALTHCARE REPORT**

Significant Findings/Tests Completed/Diagnosis: *(+) SLR, absent (L) ankle reflex;*
*Much groaning; very poor effort on exam*
*(L) stocking, glove hypalgesia*

Treatment Provided:

Orders/Recommendations: *Recommend � lumbar myelogram + EMG LLE*
*Also post myelogram CT*

Physician Signature: _____     Date/Time: *2/2/95*

**MEDICAL RECORD COPY**
After entered, file form in patient record

MS 7253

 **Advanced Medical Imaging Center**

03/22/94

GEORGE S. LYRENE (STATON), M.D.
STATON PRISON
P.O. BOX 56, HWY 143

RE:     FOUNTAIN, TONY
        Date of Birth: 08/24/63
        Patient No:    12637

        EXAM: MRI LUMBAR SPINE, WITHOUT CONTR 03/22/94

Dear Dr. Lyrene:

Thank you for referring your patient to Advanced Medical Imaging Center.  The findings of my examination are as follows:

The lumbar spine is in good position and alignment. All vertebral bodies have normal height and show normal signal intensity. There are mild degenerative changes of the L4-L5 and L5-S1 discs. There is mild desiccation and dehydration of the disc material, and there is a small herniated disc at the L5-S1 level protruding into the right neural canal near the right neural foramina, possibly causing some nerve root compression on the right side at this level. No other significant findings.

If you have any questions concerning the radiographic findings on this patient, please call me.

Sincerely,

H. PETER JANDER, M.D.

HJ /RL

# DEPARTMENT OF CORRECTIONS

## MEDICAL REFERRAL FORM

DATE _3/10/94_

NAME: _Fountain, Tony_ ID# _152157_ RACE/SEX: _BM_ DOB _8/24/63_

To: _____    _____
    Physician                                                  Specialty

ADDRESS _____

                                                 TELEPHONE
FACILITY: _____    EMPLOYEE SIGNATURE: _D. Atkins RN_

PRESENT MEDICATIONS: _Robaxin 750 mg. TID; Indocin 25mg. TID_

ALLERGIES: _Motrin_

REASON FOR REFERRAL: _Need MRI LS Spine → ↓ back pain c̄_
_radiation to ® leg. Numbness to ® leg._

☑ APPROVED     ☐ NOT APPROVED     SIGNATURE: _____
                                               Medical Director / Dental Director

ACTION TAKEN _____

DATE OF APPOINTMENT: _March 22, 1994_ TIME: _8⁰⁰ a_

APPOINTMENT MADE BY: _F. DeVaughn RN_

☑ KEPT     ☐ NOT KEPT     REASON: _____

DATE OF REAPPOINTMENT: _____    TIME: _____

APPOINTMENT MADE BY: _____

☐ KEPT     ☐ NOT KEPT     REASON: _____

COMMENTS: _____

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 270-205-5213-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

SCC

FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 43 / 1 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/27/2006 | 7:09 | 9/27/2006 | 9/28/2006 | 7:46 | 8254 |

**CLINICAL INFORMATION**
CD- 41147612796

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore                    AL   36025-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|

CMP12+LP+TP+TSH+6AC+CBC/D/Plt
  Chemistries

| | | | | |
|---|---|---|---|---|
| Glucose, Serum | 95 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 4.3 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 10 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 10 | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 101 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 10.0 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.4 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.0 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.4 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.6 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, S | 84 | IU/L | 25 - 150 | MB |
| LDH | 185 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 30 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 50 | IU/L | 0 - 55 | MB |
| GGT | 48 | IU/L | 0 - 65 | MB |
| Iron, Serum | 70 | ug/dL | 40 - 155 | MB |

  Lipids

| | | | | |
|---|---|---|---|---|
| Cholesterol, Total | 177 | mg/dL | 100 - 199 | MB |
| Triglycerides | 89 | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 44 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 18 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 115 H | mg/dL | 0 - 99 | |

Comment
  If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| | | | |
|---|---|---|---|
| T. Chol/HDL Ratio | 4.0 | ratio units | 0.0 - 5.0 |
| Estimated CHD Risk | 0.7 | times avg. | 0.0 - 1.0 |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 270-205-5213-0 | Seq #: 8254 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 270-205-5213-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

SCC

FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| FOUNTAIN,TONY | | M | 43 / 1 |
| PT. ADD.: | | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/27/2006 | 7:09 | 9/27/2006 | 9/28/2006 | 7:46 | 8254 |

**CLINICAL INFORMATION**
CD-41147612796

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore      AL   36025-0O00
ACCOUNT NUMBER: 01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | 3X Avg.Risk | 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of pre- mature CHD.

| | | | | |
|---|---|---|---|---|
| Thyroid | | | | MB |
| > TSH | 6.035H | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 6.5 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 35 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.3 | | 1.2 - 4.9 | MB |
| | | | | |
| CBC, Platelet Ct, and Diff | | | | MB |
| WBC | 5.5 | x10E3/uL | 4.0 - 10.5 | MB |
| RBC | 5.07 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.8 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 46.1 | % | 36.0 - 50.0 | MB |
| MCV | 91 | fL | 80 - 98 | MB |
| MCH | 31.2 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.3 | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.4 | % | 11.7 - 15.0 | MB |
| Platelets | 265 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 42 | % | 40 - 74 | MB |
| Lymphs | 46 | % | 14 - 46 | MB |
| Monocytes | 6 | % | 4 - 13 | MB |
| Eos | 5 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.3 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.3 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.3 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000     DIRECTOR: John Elgin N MD

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 270-205-5213-0 | Seq #: 8254 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** Laboratory Corporation of America
LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 261-205-5283-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SCC          FASTING: Y
             DOB: 8/24/1963

| CLINICAL INFORMATION |
|---|
| CD- 41147612535 |

| PATIENT NAME FOUNTAIN,TONY | SEX M | AGE(YR./MOS.) 43 / |
|---|---|---|
| PT. ADD.: | | |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore                                      AL  36025-0000
ACCOUNT NUMBER:   01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/18/2006 | 10:49 | 9/18/2006 | 9/19/2006 | 8:30 | 7909 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP14+CBC/D/Plt | | | |
| Chemistries | | | MB |
| Glucose, Serum | 94 | mg/dL | 65 - 99 | MB |
| BUN | 8 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.1 | mg/dL | 0.5 - 1.5 | MB |
| > BUN/Creatinine Ratio | 7 L | | 8 - 27 | |
| Sodium, Serum | 138 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.4 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 101 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 24 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.7 | mg/dL | 8.5 - 10.6 | MB |
| Protein, Total, Serum | 7.6 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.2 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.4 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.6 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, S | 76 | IU/L | 25 - 150 | MB |
| AST (SGOT) | 29 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 40 | IU/L | 0 - 55 | MB |
| Prothrombin Time (PT) | | | | |
| > INR | 1.1L | | 2.0 - 3.5 | MB |

INR reference interval applies to patients
on anticoagulant therapy.  Suggested INR
therapeutic range for oral anticoagulant
therapy: (Stabilized anticoagulated
patients)

Routine Therapy:                         2.0 - 3.0
Recurrent Myocardial Infarction or
Mechanical Prosthetic Values:   2.5 - 3.5

Prothrombin Time                10.5    sec      8.7 - 11.5    MB
Reference interval is for nonmedicated patients.
No Lavender Received
CBC PART OF PROFILE                                                MB
#310941
Test not performed

| LAB: MB LabCorp Birmingham 1801 First Avenue South, Birmingham, AL 35233-0000 | DIRECTOR: John Elgin N MD |
|---|---|

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 261-205-5283-0 | Seq #: 7909 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

foutain, tony
ID:   152157

D.O.B.: 08/24/1962   44 YEARS
MALE          BLACK
Dr:    guice
Tech:  taylor

08/29/2006  10:49:00

| Vent. Rate: | 77 | bpm |
| RR Interval: | 776 | ms |
| PR Interval: | 130 | ms |
| QRS Duration: | 104 | ms |
| QT Interval: | 370 | ms |
| QTc Interval: | 399 | ms |
| QT Dispersion: | 32 | ms |
| P-R-T AXIS: 76° | 29° | -49° |

SINUS RHYTHM
Extensive T wave changes
ABNORMAL CHANGES POSSIBLY DUE TO MYOCARDIAL ISCHEMIA

Summary: ABNORMAL ECG          * Unconfirmed Analysis *

*T-wave ↓ I & AVL  } lateral leads
            V4 - V6
→ Non-spec ST-segment dis -

- # ST Segment dis -

PG

Comment: scc



**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCor**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 195-205-5318-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #:  1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

SCC

FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| FOUNTAIN,TONY | | M | 42 / 10 |
| PT. ADD.: | | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/14/2006 | 9:47 | 7/14/2006 | 7/15/2006 | 7:40 | 6027 |

CLINICAL INFORMATION
CD- 41147611344

| PHYSICIAN ID. PEASANT j | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                AL   36205-0000

ACCOUNT NUMBER:   01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| AlP+ALT+AST+TBili | | | | |
| Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 77 | IU/L | 25 - 150 | MB |
| AST (SGOT) | 26 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 40 | IU/L | 0 - 55 | MB |

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham,  AL 35233-0000      DIRECTOR: John Elgin N MD

07/9/06
TM

| Pat Name:  FOUNTAIN,TONY | Pat ID: 152157 | Spec #:  195-205-5318-0 | Seq #: 6027 |
|---|---|---|---|

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 144-205-5298-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

SCC

FASTING: Y
DOB: 8/24/1963

**CLINICAL INFORMATION**
CD-41147610691

| PATIENT NAME FOUNTAIN,TONY | SEX M | AGE(YR./MOS.) 42 / 9 |
|---|---|---|
| PT. ADD.: | | |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                     AL   36205-0000
ACCOUNT NUMBER:  01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/24/2006 | 8:43 | 5/24/2006 | 5/25/2006 | 7:46 | 5152 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | |
| Chemistries | | | |
| Glucose, Serum | 105 H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.0 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 6 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 6 L | | 8 - 27 | MB |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.6 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.7 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.8 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.2 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.6 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 89 | IU/L | 25 - 150 | MB |
| LDH | 177 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 25 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 51 | IU/L | 0 - 55 | MB |
| GGT | 49 | IU/L | 0 - 65 | MB |
| Iron, Serum | 79 | ug/dL | 40 - 155 | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 249 H | mg/dL | 100 - 199 | MB |
| Triglycerides | 119 | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 40 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 24 | mg/dL | 5 - 40 | MB |
| LDL Cholesterol Calc | 185 H | mg/dL | 0 - 99 | MB |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| T. Chol/HDL Ratio | 6.2 H | ratio units | 0.0 - 5.0 |
| Estimated CHD Risk | 1.3 H | times avg. | 0.0 - 1.0 |

|  | T. Chol/HDL Ratio | |
|---|---|---|
|  | Men | Women |
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 144-205-5298-0 | Seq #: 5152 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America   1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 144-205-5298-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION

SCC                    FASTING: Y
                       DOB: 8/24/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 42 / 9 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/24/2006 | 8:43 | 5/24/2006 | 5/25/2006 | 7:46 | 5152 |

| CLINICAL INFORMATION |
|---|
| CD- 41147610691 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT:  Staton Correctional Facility
          Prison Health Services
          2690 Marion Spillway Road
          Elmore          AL  36205-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | | 3X Avg.Risk 23.4   11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| Thyroid | | | | | MB |
| | | | | | MB |
| TSH | 0.808 | uIU/mL | 0.350 - 5.500 | | MB |
| Thyroxine (T4) | 6.8 | ug/dL | 4.5 - 12.0 | | MB |
| T3 Uptake | 35 | % | 24 - 39 | | MB |
| Free Thyroxine Index | 2.4 | | 1.2 - 4.9 | | MB |
| | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| WBC | 5.4 | x10E3/uL | 4.0 - 10.5 | | MB |
| RBC | 4.91 | x10E6/uL | 4.10 - 5.60 | | MB |
| Hemoglobin | 15.0 | g/dL | 12.5 - 17.0 | | MB |
| Hematocrit | 43.8 | % | 36.0 - 50.0 | | MB |
| MCV | 89 | fL | 80 - 98 | | MB |
| MCH | 30.5 | pg | 27.0 - 34.0 | | MB |
| MCHC | 34.1 | g/dL | 32.0 - 36.0 | | MB |
| RDW | 14.1 | % | 11.7 - 15.0 | | MB |
| Platelets | 246 | x10E3/uL | 140 - 415 | | MB |
| Neutrophils | 44 | % | 40 - 74 | | MB |
| > Lymphs | 47 | % | 14 - 46 | | MB |
| Monocytes | 6 | % | 4 - 13 | | MB |
| Eos | 3 | % | 0 - 7 | | MB |
| Basos | 0 | % | 0 - 3 | | MB |
| Neutrophils (Absolute) | 2.4 | x10E3/uL | 1.8 - 7.8 | | MB |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | | MB |
| Monocytes(Absolute) | 0.3 | x10E3/uL | 0.1 - 1.0 | | MB |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | | MB |

| LAB: MB LabCorp Birmingham | DIRECTOR: John Elgin N MD |
|---|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 | |

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 144-205-5298-0 | Seq #: 5152 |
|---|---|---|---|

# LabCorp

**LabCorp Birmingham**
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 144-205-5298-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

SCC

FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| FOUNTAIN,TONY | | M | 42 / 9 |
| PT. ADD.: | | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/24/2006 | 8:43 | 5/24/2006 | 5/25/2006 | 7:46 | 5152 |

**CLINICAL INFORMATION**
CD-4114761069I

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT:  Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                          AL   36205-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | |
| Chemistries | | | |
| Glucose, Serum | 105 H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.0 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 6 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 6 L | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.6 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.7 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.8 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.2 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.6 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 89 | IU/L | 25 - 150 | MB |
| LDH | 177 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 25 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 51 | IU/L | 0 - 55 | MB |
| GGT | 49 | IU/L | 0 - 65 | MB |
| Iron, Serum | 79 | ug/dL | 40 - 155 | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 249 H | mg/dL | 100 - 199 | MB |
| Triglycerides | 119 | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 40 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 24 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 185 H | mg/dL | 0 - 99 | MB |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| T. Chol/HDL Ratio | 6.2 H | ratio units | 0.0 - 5.0 |
|---|---|---|---|
| Estimated CHD Risk | 1.3 H | times avg. | 0.0 - 1.0 |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

| PatName: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 144-205-5298-0 | Seq #: 5152 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 144-205-5298-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

SCC

FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 42 / 9 |
| PT. ADD.: | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/24/2006 | 8:43 | 5/24/2006 | 5/25/2006 | 7:46 | 5152 |

**CLINICAL INFORMATION**
CD- 41147610691

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL  36205-0O00
ACCOUNT NUMBER:  01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | |
| Chemistries | | | |
| Glucose, Serum | 105 H | mg/dL | | MB |
| Uric Acid, Serum | 5.0 | mg/dL | 65 - 99 | MB |
| BUN | 6 | mg/dL | 2.4 - 8.2 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 5 - 26 | MB |
| BUN/Creatinine Ratio | 6 L | | 0.5 - 1.5 | MB |
| Sodium, Serum | 140 | mmol/L | 8 - 27 | MB |
| Potassium, Serum | 4.2 | mmol/L | 135 - 148 | MB |
| Chloride, Serum | 102 | mmol/L | 3.5 - 5.5 | MB |
| Calcium, Serum | 9.6 | mg/dL | 96 - 109 | MB |
| Phosphorus, Serum | 3.7 | mg/dL | 8.5 - 10.6 | MB |
| Protein, Total, Serum | 7.8 | g/dL | 2.5 - 4.5 | MB |
| Albumin, Serum | 4.2 | g/dL | 6.0 - 8.5 | MB |
| Globulin, Total | 3.6 | g/dL | 3.5 - 5.5 | MB |
| A/G Ratio | 1.2 | | 1.5 - 4.5 | MB |
| Bilirubin, Total | 0.4 | mg/dL | 1.1 - 2.5 | MB |
| Alkaline Phosphatase, Serum | 89 | IU/L | 0.1 - 1.2 | MB |
| LDH | 177 | IU/L | 25 - 150 | MB |
| AST (SGOT) | 25 | IU/L | 100 - 250 | MB |
| ALT (SGPT) | 51 | IU/L | 0 - 40 | MB |
| GGT | 49 | IU/L | 0 - 55 | MB |
| Iron, Serum | 79 | ug/dL | 0 - 65 | MB |
| Lipids | | | 40 - 155 | MB |
| Cholesterol, Total | 249 H | mg/dL | | MB |
| Triglycerides | 119 | mg/dL | 100 - 199 | MB |
| HDL Cholesterol | 40 | mg/dL | 0 - 149 | MB |
| VLDL Cholesterol Cal | 24 | mg/dL | 40 - 59 | MB |
| LDL Cholesterol Calc | 185 H | mg/dL | 5 - 40 | MB |
| Comment | | | 0 - 99 | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| T. Chol/HDL Ratio | 6.2H | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 1.3H | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

| PatName: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 144-205-5298-0 | Seq #: 5152 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 144-205-5298-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SCC

FASTING: Y
DOB: 8/24/1963

| CLINICAL INFORMATION |
|---|
| CD- 41147610691 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 42 / 9 |

PT. ADD.:

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore AL 36205-0000
ACCOUNT NUMBER: 01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 5/24/2006 | 8:43 | 5/24/2006 | 5/25/2006 | 7:46 | 5152 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | 3X Avg.Risk 23.4 | | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD.

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Thyroid | | | | MB |
| TSH | 0.808 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 6.8 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 35 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.4 | | 1.2 - 4.9 | MB |
| | | | | |
| CBC, Platelet Ct, and Diff | | | | MB |
| WBC | 5.4 | x10E3/uL | 4.0 - 10.5 | MB |
| RBC | 4.91 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.0 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 43.8 | % | 36.0 - 50.0 | MB |
| MCV | 89 | fL | 80 - 98 | MB |
| MCH | 30.5 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.1 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.1 | % | 11.7 - 15.0 | MB |
| Platelets | 246 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 44 | % | 40 - 74 | MB |
| Lymphs | 47 H | % | 14 - 46 | MB |
| Monocytes | 6 | % | 4 - 13 | MB |
| Eos | 3 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 7 | MB |
| Neutrophils (Absolute) | 2.4 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.3 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

DIRECTOR: John Elgin N MD

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 144-205-5298-0 | Seq #: 5152 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** Laboratory Corporation of America
LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000



Phone: 205-581-3500

| SPECIMEN 103-205-5372-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

SCC

FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| FOUNTAIN,TONY | | M | 42 / 7 |
| PT. ADD.: | | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/13/2006 | 10:13 | 4/13/2006 | 4/14/2006 | 16:36 | 4466 |

CLINICAL INFORMATION
CD- 41147610149

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                                    AL   36205-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Hepatitis, Diagnostic (Prof I) | | | |
|   Hep A Ab, IgM | Negative | | |
|   HBsAg Screen | Negative | Negative | MB |
|   Hep B Core Ab, IgM | Negative | Negative | MB |
| HCV Ab w/Rflx to RIBA | | Negative | MB |
|   HCV Ab | | | |
|   Negative | 0.2 | s/co ratio | |
| | | 0.0 - 0.9 | MB |

Not infected with HCV, unless recent infection is suspected or other
evidence exists to indicate HCV infection.

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham,   AL 35233-0000      DIRECTOR: John Elgin N MD

**LabCorp**
Laboratory Corporation of America

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 103-205-5372-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #:  1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SCC

FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **FOUNTAIN,TONY** | M | 42  /  7 |
| PT. ADD.: | | |

| CLINICAL INFORMATION |
|---|
| CD- 41147610149 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT:  Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore            AL   36205-0000
ACCOUNT NUMBER:   01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/13/2006 | 10:13 | 4/13/2006 | 4/14/2006 | 16:36 | 4466 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Hepatitis, Diagnostic (Prof I)
   Hep A Ab, IgM            Negative           Negative    MB
   HBsAg Screen               Negative           Negative    MB
   Hep B Core Ab, IgM      Negative           Negative    MB
HCV Ab w/Rflx to RIBA
   HCV Ab                0.2    s/co ratio     0.0 - 0.9    MB
   Negative

   Not infected with HCV, unless recent infection is suspected or other
   evidence exists to indicate HCV infection.

| LAB: MB LabCorp Birmingham | DIRECTOR: John Elgin N MD |
|---|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 | |



| Pat Name:  FOUNTAIN,TONY | Pat ID: 152157 | Spec #:  103-205-5372-0 | Seq #: 4466 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 095-205-5265-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| SCC          FASTING: N |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 42 / 7 |
| PT. ADD.: | | |

DOB: 8/24/1963

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/05/2006 | 10:59 | 4/05/2006 | 4/06/2006 | 7:52 | 4328 |

| CLINICAL INFORMATION |
|---|
| CD- 41147610054 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL   36205-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

CMP12+LP+TP+TSH+6AC+CBC/D/Plt
  Chemistries

| | | | | | |
|---|---|---|---|---|---|
| > Glucose, Serum | 103 H | mg/dL | 65 - 99 | | MB |
| Uric Acid, Serum | 4.4 | mg/dL | 2.4 - 8.2 | | MB |
| BUN | 7 | mg/dL | 5 - 26 | | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | | MB |
| > BUN/Creatinine Ratio | 7 L | | 8 - 27 | | |
| Sodium, Serum | 138 | mmol/L | 135 - 148 | | MB |
| Potassium, Serum | 4.5 | mmol/L | 3.5 - 5.5 | | MB |
| Chloride, Serum | 103 | mmol/L | 96 - 109 | | MB |
| Calcium, Serum | 9.7 | mg/dL | 8.5 - 10.6 | | MB |
| Phosphorus, Serum | 3.5 | mg/dL | 2.5 - 4.5 | | MB |
| Protein, Total, Serum | 7.9 | g/dL | 6.0 - 8.5 | | MB |
| Albumin, Serum | 4.4 | g/dL | 3.5 - 5.5 | | MB |
| Globulin, Total | 3.5 | g/dL | 1.5 - 4.5 | | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | | MB |
| Alkaline Phosphatase, Serum | 93 | IU/L | 25 - 150 | | MB |
| LDH | 232 | IU/L | 100 - 250 | | MB |
| AST (SGOT) | 39 | IU/L | 0 - 40 | | MB |
| > ALT (SGPT) | 58 H | IU/L | 0 - 55 | | MB |
| GGT | 51 | IU/L | 0 - 65 | | MB |
| Iron, Serum | 75 | ug/dL | 40 - 155 | | MB |
| Lipids | | | | | MB |
| > Cholesterol, Total | 249 H | mg/dL | 100 - 199 | | MB |
| Triglycerides | 115 | mg/dL | 0 - 149 | | MB |
| HDL Cholesterol | 42 | mg/dL | 40 - 59 | | MB |
| VLDL Cholesterol Cal | 23 | mg/dL | 5 - 40 | | |
| > LDL Cholesterol Calc | 184 H | mg/dL | 0 - 99 | | |
| Comment | | | | | MB |

    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors.

| | | | | |
|---|---|---|---|---|
| > T. Chol/HDL Ratio | 5.9H | ratio units | 0.0 - 5.0 | |
| > Estimated CHD Risk | 1.2H | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 095-205-5265-0 | Seq #: 4328 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America   1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 095-205-5265-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 2 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION | |
|---|---|
| SCC | FASTING: N DOB: 8/24/1963 |

| CLINICAL INFORMATION CD- 41147610054 | |
|---|---|
| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |

| PATIENT NAME FOUNTAIN,TONY | SEX M | AGE(YR./MOS.) 42 / 7 |
|---|---|---|

PT. ADD.:

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore              AL   36205-0000
ACCOUNT NUMBER:   01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/05/2006 | 10:59 | 4/05/2006 | 4/06/2006 | 7:52 | 4328 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | 3X Avg.Risk 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | | | | MB |
| Thyroid | | | | MB |
| TSH | 0.028L | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 7.5 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 33 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.5 | | 1.2 - 4.9 | MB |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell(WBC)Count | 5.4 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.15 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.8 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 46.2 | % | 36.0 - 50.0 | MB |
| MCV | 90 | fL | 80 - 98 | MB |
| MCH | 30.7 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.3 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.0 | % | 11.7 - 15.0 | MB |
| Platelets | 257 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 47 | % | 40 - 74 | MB |
| Lymphs | 43 | % | 14 - 46 | MB |
| Monocytes | 7 | % | 4 - 13 | MB |
| Eos | 3 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.5 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.3 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham              DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America
1801 First Avenue South, Birmingham, AL 35233-0000



Phone: 205-581-3500

| SPECIMEN 060-205-5343-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

SCC

FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | | SEX | AGE(YR./MOS.) | |
|---|---|---|---|---|
| FOUNTAIN,TONY | | M | 42 / 6 | |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/01/2006 | 10:24 | 3/01/2006 | 3/02/2006 | 8:38 | 3700 |

**CLINICAL INFORMATION**
CD-41147609567

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL   36205-0000
ACCOUNT NUMBER: 01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|

CMP12+LP+TP+TSH+6AC+CBC/D/Plt
Chemistries

| | | | | |
|---|---|---|---|---|
| Glucose, Serum | 96 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 4.6 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 7 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| > BUN/Creatinine Ratio | 7 L | | 8 - 27 | MB |
| Sodium, Serum | 137 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 101 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 10.3 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.7 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.0 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.9 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 87 | IU/L | 25 - 150 | MB |
| LDH | 224 | IU/L | 100 - 250 | MB |
| > AST (SGOT) | 64 H | IU/L | 0 - 40 | MB |
| > ALT (SGPT) | 119 H | IU/L | 0 - 55 | MB |
| GGT | 49 | IU/L | 0 - 65 | MB |
| Iron, Serum | 98 | ug/dL | 40 - 155 | MB |

Lipids

| | | | | |
|---|---|---|---|---|
| > Cholesterol, Total | 238 H | mg/dL | 100 - 199 | MB |
| Triglycerides | 142 | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 43 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 28 | mg/dL | 5 - 40 | MB |
| > LDL Cholesterol Calc | 167 H | mg/dL | 0 - 99 | MB |

Comment
If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| | | | | |
|---|---|---|---|---|
| > T. Chol/HDL Ratio | 5.5 H | ratio units | 0.0 - 5.0 | |
| > Estimated CHD Risk | 1.1 H | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 060-205-5343-0 | Seq #: 3700 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

**LabCorp**  Laboratory Corporation of America    LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 060-205-5343-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| SCC              FASTING: Y    DOB: 8/24/1963 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 42 / 6 |
| PT. ADD.: | | |

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 3/01/2006    10:24 | 3/01/2006 | 3/02/2006 | 8:38 | 3700 |

| CLINICAL INFORMATION |
|---|
| CD- 41147609567 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 152157 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore          AL  36205-0000
ACCOUNT NUMBER:  01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

3X Avg.Risk 23.4    11.0

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | | | MB |
|---|---|---|---|---|---|---|

| Thyroid | | | | | | MB |
|---|---|---|---|---|---|---|
| > TSH | 0.016L | uIU/mL | 0.350 | - | 5.500 | MB |
| Thyroxine (T4) | 8.1 | ug/dL | 4.5 | - | 12.0 | MB |
| T3 Uptake | 36 | % | 24 | - | 39 | MB |
| Free Thyroxine Index | 2.9 | | 1.2 | - | 4.9 | |
| | | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | | MB |
| White Blood Cell(WBC)Count | 5.6 | x10E3/uL | 4.0 | - | 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.23 | x10E6/uL | 4.10 | - | 5.60 | MB |
| Hemoglobin | 16.0 | g/dL | 12.5 | - | 17.0 | MB |
| Hematocrit | 46.2 | % | 36.0 | - | 50.0 | MB |
| MCV | 88 | fL | 80 | - | 98 | MB |
| MCH | 30.5 | pg | 27.0 | - | 34.0 | MB |
| MCHC | 34.6 | g/dL | 32.0 | - | 36.0 | MB |
| RDW | 13.3 | % | 11.7 | - | 15.0 | MB |
| Platelets | 251 | x10E3/uL | 140 | - | 415 | MB |
| > Neutrophils | 39 L | % | 40 | - | 74 | MB |
| Lymphs | 42 | % | 14 | - | 46 | MB |
| Monocytes | 12 | % | 4 | - | 13 | MB |
| Eos | 6 | % | 0 | - | 7 | MB |
| Basos | 1 | % | 0 | - | 3 | MB |
| Neutrophils (Absolute) | 2.2 | x10E3/uL | 1.8 | - | 7.8 | MB |
| Lymphs (Absolute) | 2.4 | x10E3/uL | 0.7 | - | 4.5 | MB |
| Monocytes(Absolute) | 0.7 | x10E3/uL | 0.1 | - | 1.0 | MB |
| Eos (Absolute) | 0.3 | x10E3/uL | 0.0 | - | 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 | - | 0.2 | MB |

| LAB: MB LabCorp Birmingham             DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 |

| Pat Name: FOUNTAIN,TONY | Pat ID: 152157 | Spec #: 060-205-5343-0 | Seq #: 3700 |
|---|---|---|---|

PO BOX 1107 ... FACILITY
MT. MEIGS, AL 36057

PATIENT NAME

Fountain, Ton...

PRISON ID

152157

DATE SUBMITTED

12-28-04

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

SCC 258

"A"      These results are unreliable due to the age of the specimen.
"H"      These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"    These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

FOUNTAIN, IVOR
ID: 152157

D.O.B.: 08/26/1963    41 YEARS
MALE
Dr:    WILLIAMS
Tech:  MIXON

03/03/2005 17:46:28

| | |
|---|---|
| Vent. Rate: | 81 bpm |
| RR Interval: | 732 ms |
| PR Interval: | 120 ms |
| QRS Duration: | 102 ms |
| QT Interval: | 384 ms |
| QTc Interval: | 420 ms |
| QT Dispersion: | 52 ms |
| P-R-T AXIS: 75° | 45°  -10° |

SINUS RHYTHM
T wave changes in inferior leads
THESE MINOR CHANGES ARE OF EQUIVOCAL SIGNIFICANCE ONLY

Summary: BORDERLINE ECG

* Unconfirmed Analysis



SPACELABS MEDICAL         BURDICK REORDER NO/REF 007984         Alma 5000 1n11.97/4.2/25.4/2.21(0004)         Serial #:0001423         25 mm/s
STABLE 150

C-90-009



ID:

#STAT#0503081174906

D.O.B: 09/26/1963 - B/M
Dr: Williams
Tech: Dixon

SPACELABS MEDICAL

QTc-Hodges

BURDICK REORDER NO/REF 007984

| | Vent. Rate: | 75 | bpm |
|---|---|---|---|
| | RR Interval: | 800 | ms |
| | PR Interval: | 142 | ms |
| | QRS Duration: | 100 | ms |
| | QT Interval: | 388 | ms |
| | QTc Interval: | 414 | ms |
| | QT Dispersion: | 98 | ms |
| | P-R-T AXIS: 75° | 46° | -13° |

** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE *
   T wave changes in inferior leads
THESE MINOR CHANGES ARE OF EQUIVOCAL SIGNIFICANCE ONLY

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

25 mm/s   150 Hz



## Laboratory Corporation of America

| SPECIMEN 211-684-3223-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | |
|---|---|
| SCC | FASTING: Y DOB: 8/24/1963 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 40 / 11 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/29/2004 | 10:25 | 7/29/2004 | 7/30/2004 | 9:34 | 2812 |

| CLINICAL INFORMATION |
|---|
| CD-41147603053 |

| PHYSICIAN ID. SONNIER M | PATIENT ID. 152157 |
|---|---|

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore                AL    36205-0000
ACCOUNT NUMBER:    01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Thyroid Panel With TSH | | | | |
| TSH | 4.728 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 6.0 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 34 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.0 | | 1.2 - 4.9 | |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp**
Laboratory Corporation of America

# Laboratory Corporation of America

| SPECIMEN 177-205-5129-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

STATON          FASTING: Y
                DOB: 8/24/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 40 / 10 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/25/2004 | 9:00 | 6/25/2004 | 6/26/2004 | 7:41 | 2194 |

| CLINICAL INFORMATION |
|---|
| CD- 41147602673 |

| PHYSICIAN ID. SONNIER M | PATIENT ID. 152157 |
|---|---|

ACCOUNT:  STATON CORRECTIONAL FACILITY
          PRISON HEALTH SERVICES
          2690 Marion Spillway Road
          Elmore              AL    36205-0000
ACCOUNT NUMBER:   01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 87 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.4 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 7 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| > BUN/Creatinine Ratio | 7 L | | 8 - 27 | |
| Sodium, Serum | 138 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.1 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 99 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.9 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.6 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.0 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.2 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.8 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 91 | IU/L | 25 - 150 | MB |
| LDH | 163 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 22 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 21 | IU/L | 0 - 40 | MB |
| GGT | 28 | IU/L | 0 - 65 | MB |
| Iron, Serum | 85 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| > Cholesterol, Total | 239 H | mg/dL | 100 - 199 | MB |
| > Triglycerides | 150 H | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 43 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 30 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 166 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |

*(handwritten)* 6/29/04

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page