LabCorp Laboratory Corporation of America

# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 171-205-5129-0 | S | MB | COMPLETE | 2 |

ADDITIONAL INFORMATION

STATON

FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 40 / 10 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/25/2004 | 9:00 | 6/25/2004 | 6/26/2004 | 7:41 | 2194 |

CLINICAL INFORMATION
CD- 41147602673

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| SONNIER M | 152157 |

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore AL 36205-0000
ACCOUNT NUMBER: 01308900

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | 2+ Risk Factors <130 | >or=130 | | >or=130 | |
| | 0-1 Risk Factors <160 | >or=160 | | >or=190 | |
| > | T. Chol/HDL Ratio | 5.6H | ratio units | 0.0 - 5.0 | |
| > | Estimated CHD Risk | 1.1H | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD.

No hypothyroid sx will repeat

| | TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| | | | | | MB |
| | Thyroid | | | | MB |
| > | TSH | 6.377H | uIU/mL | 0.350 - 5.500 | MB |
| | Thyroxine (T4) | 6.6 | ug/dL | 4.5 - 12.0 | MB |
| | T3 Uptake | 35 | % | 24 - 39 | MB |
| | Free Thyroxine Index | 2.3 | | 1.2 - 4.9 | |
| | | | | | MB |
| | CBC, Platelet Ct, and Diff | | | | MB |
| | White Blood Cell (WBC) Count | 5.0 | x10E3/uL | 4.0 - 10.5 | MB |
| | Red Blood Cell (RBC) Count | 4.90 | x10E6/uL | 4.10 - 5.60 | MB |
| | Hemoglobin | 15.2 | g/dL | 12.5 - 17.0 | MB |
| | Hematocrit | 44.6 | % | 36.0 - 50.0 | MB |
| | MCV | 91 | fL | 80 - 98 | MB |
| | MCH | 31.0 | pg | 27.0 - 34.0 | MB |
| | MCHC | 34.1 | g/dL | 32.0 - 36.0 | MB |
| | RDW | 13.3 | % | 11.7 - 15.0 | MB |
| | Platelets | 206 | x10E3/uL | 140 - 415 | MB |
| | Polys | 47 | % | 40 - 74 | MB |
| | Lymphs | 45 | % | 14 - 46 | MB |
| | Monocytes | 5 | % | 4 - 13 | MB |
| | Eos | 3 | % | 0 - 7 | MB |
| | Basos | 0 | % | 0 - 3 | MB |
| | Polys (Absolute) | 2.4 | x10E3/uL | 1.8 - 7.8 | MB |
| | Lymphs (Absolute) | 2.3 | x10E3/uL | 0.7 - 4.5 | MB |
| | Monocytes(Absolute) | 0.3 | x10E3/uL | 0.1 - 1.0 | MB |

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page

6/29/10



# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: 3 |
|---|---|---|---|---|
| 177-205-5129-0 | S | MB | COMPLETE | |

ADDITIONAL INFORMATION

STATON FASTING: Y
DOB: 8/24/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| FOUNTAIN,TONY | M | 40 / 10 |

PT.ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/25/2004 | 9:00 | 6/25/2004 | 6/26/2004 | 7:41 | 2194 |

CLINICAL INFORMATION
CD- 41147602673

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| SONNIER M | 152157 |

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore AL 36205-0000
ACCOUNT NUMBER: 01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Eos (Absolute Value) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham, AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



Fountain, Tony
ID: 152157

WITHIN NORMAL LIMITS

| | | |
|---|---|---|
| D.O.B.: 08/24/1962 | 41 YEARS | |
| MALE | BLACK | |
| | er | |
| Dr: | sonnier | |
| Tech: | orum | |

| | |
|---|---|
| Vent. Rate: | 63 bpm |
| RR Interval: | 940 ms |
| PR Interval: | 140 ms |
| QRS Duration: | 96 ms |
| QT Interval: | 404 ms |
| QTc Interval: | 409 ms |
| QT Dispersion: | 54 ms |
| P-R-T AXIS: | 67° 51° 4° |

Summary: NORMAL ECG

* Unconfirmed Analysis *

Comment: staton

SPACELABS MEDICAL BURDICK REORDER NO/REF 007984

LabCorp

| Specimen # | Type | Primary | Rpt Status | | | |
|---|---|---|---|---|---|---|
| 085-205-0189-0 | S | MB | FINAL | PG 1 | 03 | 01 |

Additional Information: DOB: 08/26/63 CD- 51509100007

Clinical Information: 03/27/01 09:16

Physician ID: TAYLOR

Patient ID: 152157 ISCC

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| FOUNTAIN, TONY | M | 037/07 |

Patient Address

Account: STATON CORRECTIONAL CENTER 01330101 02 02
HIGHWAY 143
ELMORE , AL 36025-
334-567-1548 ALY

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/26/01 | 03/26/01 | 03/27/01 | 3483 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Hemoglobin A1c** | | | | | |
| Hemoglobin A1c | 5.5 | | % | 4.5 - 5.7 | MB |
| | | | | | MB |

(Factors such as duration of diabetes, adherence to therapy and the age of the patient should also be considered in assessing the degree of blood glucose control)

The following ranges may be used for interpretation of results:
HgbA1c degree of glucose control:

| | |
|---|---|
| >8% | Action suggested* |
| <7% | Goal of Diabetic Therapy** |
| <6% | Normal |

*High risk of developing long term complications such as retinopathy, nephropathy, neuropathy, cardiopathy, etc. **Some danger of hypoglycemic reaction in type I diabetics. Some glucose intolerant individuals and "sub-clinical" diabetics may demonstrate HgbA1c levels in this area.

HgbA1c may be overestimated in diabetic patients exhibiting poor control and who are also heterozygous or homozygous for HgbS or HgbC. Total glycohemoglobin is a better indicator diabetic control in patients with these hemoglobin variants.

LAB: MB LABCORP BIRMINGHAM DIRECTOR: JAMES DAVIS III, MD
1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-3324 LAB: 205-581-3500
LAST PAGE OF REPORT

[handwritten: 3-28-01 12P]

REPORT

©2000 Laboratory Corporation of America All Righ

# U/A DIPSTICK REPORT
# STATON HEALTH CARE UNIT

NAME Fountain, Tony AIS# 152157 R/S B/M

FACILITY: Staton DOB: AGE:

COLLECTION DATE: 3/19/01 TIME:

ANNUAL PHYSICAL RANDOM ✓ REPEAT DAILY

AFTER RX COMPLETION: CHRONIC CARE CLINIC PROTOCOL

URINE APPEARANCE: COLOR: Straw CLARITY Clear ODOR Ø

SPECIFIC GRAVITY: 1.020

PH: 5

LEUKOCYTES: Ø

NITRATE: Ø

PROTEIN: Ø

GLUCOSE: 100 mg/dL

KETONES: Ø

UROBILINOGEN: Ø

BILIRUBIN Ø

BLOOD OR HEOGLOBIN: Ø

WNL: ABNORMAL: ✓

OBTAINING NURSE'S SIGNATURE: SDavis LPN, 3/19/01

REVIEWING PHYSICIAN'S SIGNATURE BP Taylor MD 3/

**LabCorp**

| Specimen # | Type | Primary | Report Status | | |
|---|---|---|---|---|---|
| 039-205-0122-0 | S | MB | FINAL | PG 1 | 03 01 |

TIME 0730

Additional Information

DOB: 08/24/62

CD- 51424721102

Clinical Information: 02/09/01 07:04

Physician ID: MOUTON MOUTON

Patient ID: 152157

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| FOUNTAIN, TONY | M | 038/05 |

Patient Address

Account

STATON CORRECTIONAL CENTER 01330
CORRECTIONAL MEDICAL SERVICES 02
HIGHWAY 143 02
ELMORE , AL 36025-
334-567-2221 ALY

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 02/07/01 | 02/08/01 | 02/09/01 | 3057 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| CMP12+8AC | | | | |
| CHEMISTRIES | | | | |
| Glucose, Serum | 103 | | mg/dL | 65 - 109 |
| Uric Acid, Serum | 3.9 | | mg/dL | 2.4 - 8.2 |
| BUN | 5 | | mg/dL | 5 - 26 |
| Creatinine, Serum | 0.9 | | mg/dL | 0.5 - 1.5 |
| BUN/Creatinine Ratio | 5 | | | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 |
| Potassium, Serum | 4.4 | | mmol/L | 3.5 - 5.5 |
| Chloride, Serum | 103 | | mmol/L | 96 - 109 |
| Calcium, Serum | 10.0 | | mg/dL | 8.5 - 10.6 |
| Phosphorus, Serum | 3.4 | | mg/dL | 2.5 - 4.5 |
| Protein, Total, Serum | 7.7 | | g/dL | 6.0 - 8.5 |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 |
| Globulin, Total | 3.4 | | g/dL | 1.5 - 4.5 |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 |
| Bilirubin, Total | 0.7 | | mg/dL | 0.1 - 1.2 |
| Alkaline Phosphatase, Serum | 93 | | IU/L | 25 - 150 |
| LDH | 149 | | IU/L | 100 - 250 |
| AST (SGOT) | 24 | | IU/L | 0 - 40 |
| ALT (SGPT) | 25 | | IU/L | 0 - 40 |
| GGT | 28 | | IU/L | 0 - 65 |
| Iron, Serum | 104 | | mcg/dL | 40 - 160 |
| LIPIDS | | | | |
| Cholesterol, Total | 215 | H | mg/dL | 100 - 199 |
| Triglycerides | 77 | | mg/dL | 0 - 199 |
| CBC WITH DIFFERENTIAL/PLATELET | | | | |
| White Blood Cell (WBC) Count | 4.4 | | X 10-3/uL | 4.0 - 10.5 |
| Red Blood Cell (RBC) Count | 4.64 | | X 10-6/uL | 4.10 - 5.60 |
| Hemoglobin | 14.3 | | g/dL | 12.5 - 17.0 |
| Hematocrit | 42.9 | | % | 36.0 - 50.0 |
| MCV | 92 | | fL | 80 - 98 |
| MCH | 30.8 | | pg | 27.0 - 34.0 |
| MCHC | 33.4 | | g/dL | 32.0 - 36.0 |
| RDW | 12.9 | | % | 11.7 - 15.0 |
| Platelets | 218 | | X 10-3/uL | 140 - 415 |
| Polys | 39 | L | % | 40 - 74 |
| Lymphs | 46 | | % | 14 - 46 |
| Monocytes | 9 | | % | 4 - 13 |
| Eos | 5 | | % | 0 - 7 |
| Basos | 1 | | % | 0 - 3 |
| Polys (Absolute) | 1.7 | L | X 10-3/uL | 1.8 - 7.8 |
| Lymphs (Absolute) | 2.0 | | X 10-3/uL | 0.7 - 4.5 |
| Monocytes(Absolute) | 0.4 | | X 10-3/uL | 0.1 - 1.0 |
| Eos (Absolute Value) | 0.2 | | X 10-3/uL | 0.0 - 0.4 |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0 - 0.2 |

File / PPT 2-9-01 (1115)

REPORT

©2000 Laboratory Corporation of America® All Rights R

WESLEY BUSINESS FORMS - BURLINGTON, NC 27216-2305 - (800) 226-6338 UNIVREP# 1-2 279983: Rev. 7/99 SEPT 2000 Universal # 1-2 part 3098228701

| Specimen # | Type | Primary | Report Status | |
|---|---|---|---|---|
| 039-205-0122-0 | S | MB | FINAL | PG 2 |

TIME 0730

Additional Information

DOB: 08/24/62

CD- 51424721102

03 01

**LabCorp**®

Clinical Information: 02/09/01 07:04

Physician ID: MOUTON MOUTON

Patient ID: 152157

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| FOUNTAIN, TONY | M | 038/05 |

Patient Address

,

Account

STATON CORRECTIONAL CENTER 01330
CORRECTIONAL MEDICAL SERVICES
HIGHWAY 143
ELMORE , AL 36025-
334-567-2221 ALY

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 02/07/01 | 02/08/01 | 02/09/01 | 3057 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LA |
|---|---|---|---|---|---|
| LIPID PANEL | | | | | |
| HDL Cholesterol | 40 | | mg/dL | 35 - 150 | |
| VLDL Cholesterol Cal | 15 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 159 | H | mg/dL | 0 - 129 | |

LAB: MB LABCORP BIRMINGHAM DIRECTOR: JAMES DAVIS III, MD
1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-3324 LAB: 205-581-3500

LAST PAGE OF REPORT

File/RBT 2-9-01 1110

REPORT

©2000 Laboratory Corporation of America® Ho
All Rights Re

Universal #1-2 part 30982288 WESLEY BUSINESS FORMS - BURLINGTON, NC 27216-2305 - (336) 228-6338 SEPT 2000 UNIVREP# 1-2 27930 Rev. 7/99

152157 02/07/2001 01:21:58 AM fountain, tony
38 years Race: b BP: 130/90

Rate 75
PR 145
QRSD 95
QT 357
QTc 399

--AXIS--
P 65
QRS 29
T -12

. Normal sinus rhythm, rate 75 .................... Normal P axis, PR, rate & rhythm
. Nonspecific Inferior T wave abnormalities .............. T wave - .20 mV II, III, aVF
. . Cannot exclude ischemia ....................................... T > - .20 mV

Requested by:
md

- ABNORMAL ECG -

2/7/01

PRELIMINARY-MD MUST REVIEW

I aVR V1 V4
II aVL V2 V5
III aVF V3 V6



152157 02/07/2001 01:25:14 AM fountain, tony
38 years Race: b BP:130/90 Dept: shcu
Room: scc
Oper: bb

| | |
|---|---|
| Rate | 77 |
| PR | 150 |
| QRSD | 90 |
| QT | 355 |
| QTc | 402 |
| --AXIS-- | |
| P | 68 |
| QRS | 31 |
| T | 7 |

. Normal sinus rhythm, rate 77....................Normal P axis, PR, rate & rhythm

2/7/01

Requested by:
md

- NORMAL ECG -

PRELIMINARY-MD MUST REVIEW

# U/A DIPSTICK REPORT
## STATON HEALTH CARE UNIT

Name: Fountain, Tony AIS# 152157 R/S Boz

Facility: SCC. DOB: 8/26/63 AGE: 37

Collection Date: 10/8/00 Time: 100

Annual Physical ✓ Random ____ Repeat ____ Daily ____

After Rx Completion ____ Chronic Care Clinic Protocol ____

Urine Appearance: Color yellow Clarity clear Odor 0

UROBILINOGEN: 0

GLUCOSE: 0

KETONES: 0

BILIRUBIN: 0

PROTEIN: 0

NITRATE: 0

LEUKOCYTES: 0

BLOOD: 0 HEMOLIZED: 0

pH: 5

SPECIFIC GRAVITY: 1.000

WNL: ✓ ABNORMAL: ____

OBTAINING NURSE'S SIGNATURE: [signature] LPN DATE: 10/8/00

REVIEWING PHYSICIAN'S SIGNATURE: [signature] DATE: ____

LabCorp®

Report Status: FINAL PG

TIME 1155

Additional Information

DOB: 08/24/63

CD- 51382349385

FOUNTAIN, TONY

Sex: M

Age (Yr/Mos): 036/02

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/29/99 | 11/01/99 | 11/02/99 | 0370 |

03 01

Clinical Information

11/02/99 07:02

Physician ID: AGARWAL

Patient ID: 152157

Account

STATON CORRECTIONAL CENTER
CORRECTIONAL MEDICAL SERVICES
HIGHWAY 143
ELMORE , AL 36025-
334-567-2221 ALY

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| Cholesterol, Total | 208 | H | mg/dL | 100 - 199 |

LAB: MA LABCORP BIRMINGHAM DIRECTOR: CONTACT - LABORATORY
1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

DIRECTOR: CONTACT - LABORATORY
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 800-659-3324 LAB: 205-581-3500
LAST PAGE OF REPORT

REPORT

©1999 Laboratory Corporation of America® Holdings

UNVREP# 1-2 279983 Rev. 11/97 MAY 1999 WESLEY BUSINESS FORMS - BURLINGTON, NC 27216-2305 - (336) 226-8338 Universal # 1-2 part

# U/A DIPSTICK REPORT
## STATON HEALTH CARE UNIT

Name: Fountain, Tony AIS# 152157 R/S BM

Facility: SCC DOB: 8/24/63 AGE: 36

Collection Date: 10/30/99 Time: 12:40A

Annual Physical ✓ Random ____ Repeat ____ Daily ____

After Rx. Completion ____ Chronic Care Clinic Protocal ____

Urine Appearance: Color Yellow Clarity Clear Odor Neg

Specific Gravity: 1.030

PH: 5.0

LEAKOCYTES: Neg

NITRATE: Neg

PROTEIN: 1+

GLUCOSE: 2+

KEYTONES: Negative

UROBILINOGEN: Nor

BILIRUBIN: Neg

BLOOD: Neg HEMOGLOBIN: Non

WNL: ~~✓~~ ABNORMAL: ✓

OBTAINING NURSE'S SIGNITURE: [signature] 10-30-99
Date

REVIEWING PHYSICIAN'S SIGNITURE: [signature] 11/3/99
Date

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
Fountain, Tony

PRISON ID
152157

DATE SUBMITTED
11-3-98

BCCF#93114

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| | | | |
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| | | | |
| RPR | ✓ NR | NON-REACTIVE (NR) | |
| | | | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

CLIA ID NO. 01D0706289

THANG Q. AN, D.O.
MEDICAL DIRECTOR

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

# UA DIPSTICK REPORT

NAME Fountain, Tony AIS# 151257

DOB 8/23/63 R/S B/M

DATE 11/28/97 TIME 8:30

APPEARANCE: COLOR amber CLARITY clear

SPECIFIC GRAVITY 1.020

LEUKOCYTES neg

NITRATE neg

PH 7

PROTIEN 100

GLUCOSE normal

KETONE neg

UROBILINOGEN neg

BILIRUBIN neg

BLOOD neg HEMOGLOBIN

NURSE [signature] MD [signature]

DO NOT REMOVE

FOUNTAIN, TONY ID: 000152157 27-OCT-1998 07:40 BULLOCK CORRECTIONAL FACILITY
[illegible]68 73in 162lb Med:
Sex: M Race: Blk Loc: 4 Room: NORMAL SINUS RHYTHM
BP: 126/ 87 Vent. rate 63 BPM NORMAL ECG
Part: 1 Tech: PR interval 136 ms
QRS duration 92 ms
QT/QTc 392/398 ms
25mm/s 10mm/mV 100Hz P-R-T axes 50 53 43
5H 110A/110 Unconfirmed
Referred by: SIDDIQ
I aVR V1 V4
II aVL V2 V5
III aVF V3 V6
LECTRONICS INC. Jupiter, Florida U.S.A.

DO NOT REMOVE

REF 9064-008 500/Box

LOT

1798

Manufactured For
marquette Medical Systems
Jupiter, Florida 33458 U.S.A.
Freiburg im Breisgau, GERMANY

9064-008 I/N 4 REV E

PEEL TO MOUNT CHART/GRAPH

HCX

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Staton

Name: Fountain, Johnny

State ID No.: 152157

DOB: 8/26/63

Race: B Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| [signature] CRNP | 8/11/06 | | | | |

HISTORY/DIAGNOSIS:

Annual

? HTN

X-RAY REQUEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| | ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| | ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| | CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| X | CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| | COCCYX | | KNEE | | RIBS | | TOES |
| | CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| | ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| | FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| | FEMUR | | NASAL BONES | | SKULL | | |

REPORT

Fountain

Chest: The heart is not enlarged. The lungs are clear. The current examination has been compared to the previous study. There has been no significant interval change.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D & T: 08-17-06 Thomas J. Payne, III, M.D./dc Board Certified Radiologist (Signature on file)

8-18-06

[signature] RT

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

8-16-06

DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

# Radiology Services Report

**NAME:** FOUNTAIN, TONY
**FACILITY:** STATON
**D.O.B.:** 08/24/63
**ID NUMBER:** 152157

AP CHEST 06/15/04

FINDINGS: The heart, lungs, and osseous structures are normal. There is no evidence of active TB. No pleural fluid or pneumonia.

IMPRESSION: No acute process in the chest. No change since 2003.

Scott Loveless, M.D.

6/17/04

nd

p. 4

Naphcare

# X-Ray Requisition and Report

| ...e of Hospital/Infirmary | Date of Request | Requested By | Patient Status |
|---|---|---|---|
| Staton | 09/09/03 | B. Helms CRNP | ○ Inpatient ⊗ Outpatient |

...ination Requested

CXR

...ical Diagnosis

| ...ay Number | Date of X-Ray | Date of PPD Skin Test | |
|---|---|---|---|
| | 9-11-03 | 10/27/02 - 0mm | |

Report of Findings

FOUNTAIN ,TONY ID 152157

EPA CHEST 09/11/03

**NORMAL.**

RP
Randall W. Finley, M. D.
Radiology Associates of Alabama, P. C.

RF

MD
9/18/03

M.D.
Physician's Signature

| ...ent's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| Fountain | Tony | | 08/26/63 | Bm | 152157 |

...Ray Requisition and Report

NC059

# RADIOLOGY ASSOCIATES OF ALABAMA, P.C.

P.O. Box 10168 · Birmingham, Alabama 35202-0168

NAME: FOUNTAIN, TONY
FACILITY: STATON
DOB 08/24/63
ID # 152157

LUMBAR SPINE 11/16/01
NO HISTORY IS PROVIDED.

FRONTAL AND LATERAL VIEWS DEMONSTRATE NO FRACTURE OR OTHER ACUTE DISEASE.

THERE ARE DEGENERATIVE CHANGES PRESENT IN THE L4-L5 AND L5-S1 DISCS, PARTICULARLY L5-S1. THERE ARE DEGENERATIVE CHANGES PRESENT IN THE LOWER LEVEL FACET JOINTS.

**IMPRESSION: DEGENERATIVE CHANGES LOWER LUMBAR SPINE. NO ACUTE DISEASE IDENTIFIED.**

RP

S. MANZI,M .D.

PRELIMINARY
UNSIGNED REPORT



# CONSULTATION PROVIDED BY CAHABA IMAGING, P.C.

Homewood Plaza Office Bldg.
3125 Independence Drive, Suite 105
Homewood, AL 35209
(205) 802-6100 * 1-800-535-2189 * Fax: (205) 870-1207

I, the provider listed below, agree that I have looked at this patient's x-ray (s), documented the findings in the medical record, and treated the patient accordingly. Based on my findings I am requesting a "consultation/second opinion" on this patient. I agree that Medicare WILL NOT be billed for this "consultation/second opinion".

| NAME | AGE | DATE OF EXAM | PATIENT # |
| --- | --- | --- | --- |
| Fountain, Tony | 8/24/63 35 | 6/24/99 | 152157 |
| CLINIC NAME | PROVIDER NAME | | |
| SCC | | | |
| PROCEDURES: | HISTORY | | |
| Lspine x-ray | | | |

Lumbar spine: The patient has degenerative change involving the L5-S1 interspace. No fracture or other abnormality is seen.
IMPRESSION: DEGENERATIVE DISC CHANGES AS DESCRIBED. OTHERWISE NEGATIVE STUDY.

Maurice H Rowell

d & t: June 28, 1999
abs

Maurice H. Rowell, Jr., M.D.

SHCU Rec'd 7-1-99

CAHABA IMAGING, P.C.
SUITE 110, 3300 CAHABA ROAD
BIRMINGHAM, ALABAMA 35223
(205) 802-6100 • 1-800-535-2189
Fax (205) 870-1207

# RADIOLOGY REPORT

10B41

| NAME | AGE | DATE OF EXAM | ADDRESS |
|---|---|---|---|
| Fountain, Tony | 32 | 11/10/95 | Clio, AL. |
| CLINIC NAME | REFERRING MD | PATIENT #/SS# | |
| Easterling | Kilpatrick | 152157 | |
| PROCEDURES: | HISTORY | | |
| X-Ray L-S spine | Pain in BACK (11/2/95) | | |

L-spine: The vertebrae are well aligned. Intervertebral disc spaces are well maintained except for very slight nonspecific narrowing at the L5-S1 level without associated sclerotic or hypertrophic changes. The examination is otherwise unremarkable.

IMPRESSION: THERE IS SLIGHT NARROWING OF THE L5-S1 INTERSPACE WHICH PROBABLY REPRESENTS A DEVELOPMENTAL VARIATION.

d & t: November 14, 1995
alc

Howard P. Schiele M.D.
Howard P. Schiele, M.D.

# CORRECTIONAL MEDICAL SERVICES
# DENTAL TREATMENT RECORD

NAME: [illegible handwriting]
ID#: 152157
RACE: B
DOB:

## DENTAL EXAMINATION

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

## RESTORATION AND TREATMENTS

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

| | |
|---|---|
| Date of Initial Examination: Update | 10-13-99 |
| Initial Classification: | 9/19/00 |
| Oral Pathology: | 10/29/01 |
| Gingivitis | 9-19-02 |
| Vincent's Infection | |
| Stomatis | |
| Other Findings | |
| Occlusion | |
| Roentgenograms: | |
| Periapical | |
| Bitewing | |
| Panarex | |

| TOOTH | PRIORITY LIST |
|---|---|
| | |
| | Allergic – MOTRIN |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | |
| Allergies | ✓ | | Gastrointestinal disorders | | |
| Anemia | | | Glaucoma | | |
| Asthma or other respiratory problems | | | Heart disease or murmur | | |
| Blood pressure conditions | | | Hepatitis | | |
| Diabetes | | | Kidney problems | | |
| Epilepsy | | | Reactions to anesthetics or medications | | |
| Excessive bleeding after surgery | | | Rheumatic fever | | |
| Fainting | | | Taking any medication | | |
| Pregnant? | | | Thyroid conditions | | |
| Tuberculosis | | | Other conditions | | |

CMS 7103 REV. 10/94

See D/C

NaphCare

# Health Services Request Form

...me Tony Fountain

# 152157 Date of Birth 08-24-62 Date of Request 08-17-02 Housing Location E2-18

...re of problem or request I'm Requesting an update (status) in Reference to a Dental Appiontment over (8) eight months ago concerning fitting for bottom parcel plate to my teeth.

...for consent to be treated by health staff for the condition described above.

AUG 18 2002

Place this slip in Medical Box or designated area
DO NOT WRITE BELOW THIS LINE

Health Care Documentation

...tive I/c was placed on list for P and just wanted to make sure he is still on list.

...e BP_______ P_______ R_______ T_______

...nt ✓ on list.

[signature] RA 8-19-02

laphlare

# Health Services Request Form

Tony Fountain #152157

Date of Request 10-28-01

Date of Birth 08-24-62 Housing Location E2-18

of problem or request I like to see the Dentist, One in part to 2 Filling Fell out. Yes this is an Emergency.

[signature] #152157

e for consent to be treated by health staff for the condition described above.

Place this slip in Medical Box or designated area
DO NOT WRITE BELOW THIS LINE

OCT 28 2001

## Health Care Documentation

e S/C filling broke off of lower tooth - tooth is sensitive to cold air and water - hurts to eat on it

BP_____ P_____ R_____ T_____

ent SHCU @ 6:00

O PA/Physician O Mental Health O Dental

[signature] KPA 10-29-01

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: Tony Fountain Date of Request: 12-3-98

ID #: 152157 Date of Birth: 08-24-63 Housing Location: 16-36

Nature of problem or request: I need to see the dentist Concerning My Filling Falling out on 11-28-98, I Show-up for dental Screening on 11-30-98 At 9:00 a.m. and Stayed in the Lobby up until 5:20 p.m. and wasn't Seen by the Dentist. I'm in pain

I consent to be treated by health staff for the condition described.

SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

**************************************************************

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective: BP ____ P ____ R ____ T ____

Assessment:

Plan: no show

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: C. Battle Title: DA Date: 12/4/98 Time: ________

CMS 7166 REV. 10/94

Dentist

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: Tony Fountain Date of Request: 11-29-98

ID #: 152157 Date of Birth: 08-24-63 Housing Location: 16-36

Nature of problem or request: Emergency Dental Care, on the 28, of this month My Filling in My tooth Fell out, I'am having problems Eating and I'am in Constant pain.

I consent to be treated by health staff for the condition described.

SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

******************************************************************

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: NO Show

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: C. Battle Title: DA Date: 11/30/98 Time: ________

CMS 7166 REV. 10/94

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|---|---|---|---|
| 4-30-99 | 8 | DL composite | 1 carp. 2% xylo 1:100,000 Ep used in buccal infiltration |
| | | | Dycal used; PTR for a px (polish) |
| | | | [signature] |

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME:

ID#: RACE: DOB:

### DENTAL EXAMINATION

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

### RESTORATION AND TREATMENTS

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Date of Initial Examination: 12-4-98

Initial Classification: [illegible]

Oral Pathology:

Gingivitis

Vincent's Infection

Stomatis

Other Findings

Occlusion

Roentgenograms:

Periapical

Bitewing

Panarex

| TOOTH | PRIORITY LIST |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| HEALTH QUESTIONNAIRE | YES | NO |
|---|---|---|
| Are you in good health? | | |
| Allergies | | |
| Anemia | | |
| Asthma or other respiratory problems | | |
| Blood pressure conditions | | |
| Diabetes | | |
| Epilepsy | | |
| Excessive bleeding after surgery | | |
| Fainting | | |
| Pregnant? | | |
| Tuberculosis | | |

| | YES | NO |
|---|---|---|
| Acquired Immune Deficiency (AIDS/HIV)? | | |
| Gastrointestinal disorders | | |
| Glaucoma | | |
| Heart disease or murmur | | |
| Hepatitis | | |
| Kidney problems | | |
| Reactions to anesthetics or medications | | |
| Rheumatic fever | | |
| Taking any medication | | |
| Thyroid conditions | | |

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: Tony Fountain Date of Request: 12-30-96

ID #: 152157 Date of Birth: 08-24-63 Housing Location: W-38

Nature of problem or request: Dentist (Fillings Fell out)

I consent to be treated by health staff for the condition described.

[signature]
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

**************************************************************

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective: BP_____ P_____ R_____ T_____

Assessment:

Plan:

RTC for op? ext

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: E. Gandy Title: DA Date: 12/31/96 Time: ____

CMS 7166 REV. 10/94

# DEPARTMENT OF CORRECTIONS

## DENTAL TREATMENT

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|
|  |  |

| Date of (BEP) Examination 9-13-95 | Classification |
|---|---|
| Naritive Information | |

Fountain, Dory B/m #152157



Correctional Medical Systems

# DENTAL RECORD

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 3-9-91 | 1<br>3 | [illegible]<br>root tips | [illegible] 1:100,000 [illegible] | [illegible] | |
| [illegible] | 18 | root tips | [illegible] 1:100,000 [illegible] | [illegible] | |
| [illegible] | [illegible] | O amalgam<br>MOD amalgam | [illegible] 1:100,000 [illegible] | [illegible] | |
| [illegible] | [illegible] | OL amalgam<br>MO | [illegible] 1:100,000 [illegible] | [illegible] | |
| 8/23/91 | 13 | root tip | [illegible] | [illegible] | |
| 10/18/91 | 28 | caries | [illegible] | [illegible] | |
| [illegible] | [illegible] | caries | [illegible] MOD [illegible] appt [illegible] | [illegible] | |
| [illegible] | [illegible] | caries | [illegible] | [illegible] | |
| 4/1/92 | | | [illegible] | [illegible] | |
| 4/28/92 | | | [illegible] appt [illegible] | [illegible] | |
| [illegible] | | | [illegible] | [illegible] | |
| [illegible] | 16 | [illegible] | [illegible] | [illegible] | |
| [illegible] | | | [illegible] | [illegible] | |
| [illegible] | | | [illegible] 4/9 | [illegible] | |
| [illegible] | | | [illegible] | [illegible] | |
| [illegible] | | | [illegible] | [illegible] | |
| [illegible] | | | [illegible] | [illegible] | |
| [illegible] | | | [illegible] | [illegible] | |
| [illegible] | | | [illegible] appt [illegible] | [illegible] | |
| 10/20/94 | | | [illegible] | [illegible] | |

Patient's Last Name [illegible] First [illegible] Middle DOB [illegible]



Department Of Corrections

# INITIAL DENTAL EXAMINATION

REMARKS

DATE 5/29/95

PLACE OF EXAMINATION:

INITIAL CLASSIFICATION:

RADIOGRAPHS TAKEN:

ADDITIONAL FINDING OF FORENSIC USE:

TREATMENT INDICATED (RED)

RESTORATIONS AND TREATMENTS (BLACK)

(RECORD TREATMENT ON IDS FORM 603A)

Dentist Name (Print)

Dentist Signature

Patient's Last Name | First | Middle | DOB

# DEPARTMENT OF CORRECTIONS
## DENTAL TREATMENT

DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS

Examination 3/8/84

Classification

Information

Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| | | | Scale Polish Chart | | |
| | | | P/S NO DMD 3/10 | | |
| | 21 | caries | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | 15 | | Scale polish chart | | |
| | | [illegible] toothache | | | |
| | 17 | [illegible] toothache | | | |
| | 17 | [illegible] toothache | | | |

Name: Fountain, Tony — First — Middle — DOB — R/S

KILBY HOSPITAL

**Correctional Health Care, Inc.**

## DENTAL RECORD

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 2/1/89 | | | S/C N/S | mSquire DA | |
| 2/13/89 | | | S/C RTC for ext | mSquire DA | |
| 3/3/89 | 27 | NRC | Lido w/epi ext w/o diff POT given | [illegible] | |
| 3-9-89 | | | S/C - N/S | JMc | DA |
| 3-16-89 | | | S/c - N/S | JMc | DA |
| 5-23-89 | | | S/c - N/S | JMc | DA |
| 5-30-89 | | | S/c - fill appt 7/6 at 6:15 | JMc | DA |
| 7-6-89 | 9 | DL composite | 1 carp. 2% xylo 1:100,000 Ep used in bucal infiltration; heavy gingival bleeding; dycal used; PTR for exts; didn't want it [illegible] | [illegible] | |
| 9-15-89 | 30<br>31<br>32 | Root tips<br>" tips<br>" " | 2 carps. 2% xylo 1:100,000 Ep used in a mand. & long n. block; simple for all exts; area of #32 [illegible]; oral POI given; Med. given; PTR for exts. | [illegible] | |
| 5/8/90 | | | S/C appt made 6/25 | JMc | |
| 6-25-90 | | | N/S | [illegible] | |
| 6/26/90 | | | S/c - fill appt 8/17 | [illegible] | |
| 8/[illegible]/90 | | | S/c - has appt 10/4 | | |
| 10-4-90 | 22 | D temp. filling | 1 carp. 2% xylo 1:100,000 Ep used in a mand. n. block; dycal used; PTR op or ext. | [illegible] | |
| 12-5-90 | 22 | DF composite | 1 carp. 2% xylo 1:100,000 Ep used in a apical n. block; [illegible] pulp cap with dycal; PTR for a [illegible] | [illegible] | |
| 1-4-91 | | Poor OH. | Prophy Scale - PTR for fill. 1/15 | [illegible] | |
| 1-24-91 | 9 | MF composite | ½ carp. 2% xylo 1:100,000 Ep used in bucal infiltration; dycal used; PTR for O.P. | [illegible] | |

| Patient's Last Name | First | Middle | DOB | R/S | ID No. |
|---|---|---|---|---|---|
| Fountain | Tony | | 8 24 63 | B/m | |

DS FORM 603-B



Correctional Health Care, Inc.
INITIAL DENTAL EXAMINATION

REMARKS

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

PLACE OF EXAMINATION: KCF / RCC

DATE 1/25/89

INITIAL CLASSIFICATION: II

RADIOGRAPHS TAKEN: Ø

ADDITIONAL FINDING OF FORENSIC USE:

TREATMENT INDICATED (RED)

RESTORATIONS AND TREATMENTS (BLACK)