IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY FOUNTAIN, #152157 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:06-CV-548-MHT |
| DR. PEASANT, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR AN ENLARGEMENT**

**COMES NOW** the defendant, **Leon Forniss**, by and through *Bettie J. Carmack*, Assistant Attorney General for the State of Alabama, and moves this Honorable Court to extend the time allocated for it to respond to this Court's order dated September 27, 2006 and, for grounds, state as follows:

1. Defense counsel had a difficult time obtaining the plaintiff's medical records.
2. Defense counsel is still in the process of gathering information to prepare the special report as requested by this Court.

**WHEREFORE PREMISES CONSIDERED**, the defendant requests the following from this Honorable Court:

A. Grant a twenty (20) day extension for the defendant to file the special report.

B. Any other and further relief in which the defendants may be entitled.

RESPECTFULLY SUBMITTED, this the 6th day of November, 2006.

TROY KING (KIN-047)
ATTORNEY GENERAL
By:


/s/ *BETTIE J. CARMACK*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433


## CERTIFICATE OF SERVICE

This is to certify that I have on this **6th** day of **November**, **2006**, served copies of the foregoing *Motion* upon the plaintiff by depositing same in the United States Mail, addressed as follows:

**Inmate Tony Fountain
AIS #152157
Staton Correctional Facility
P. O. Box 56
Elmore, AL  36025-0056**


/s/ *BETTIE J. CARMACK*
Bettie J. Carmack (CAR -132)
ASSISTANT ATTORNEY GENERAL

2