IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| TONY FOUNTAIN, #152 157 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-548-MHT |
| DR. PEASANT, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendant Forniss' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant's Motion for Extension of Time (Doc. No. 38) is GRANTED; and

2. Defendant Forniss is GRANTED an extension from November 6, 2006 to November 27, 2006 to file his answer and written report.

Done, this 7th day of November 2006.

　　　　　　　　　　　　　　　　　/s/Delores R. Boyd
　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE