IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TONY FOUNTAIN, #152 157            *

    Plaintiff,                            *

    v.                                        *        2:06-CV-548-MHT

DR. PEASANT, *et al.*,                 *

    Defendants.                         *

_____

**ORDER**

Upon consideration of the special report filed by Defendant Peasant, and for good cause, it is

ORDERED that on or before November 20, 2006 Defendant Peasant shall file a supplemental affidavit which complies with the order of procedure which directs that "[i]n cases involving medical claims, Defendant(s) shall provide an affidavit from a named defendant or other health care professional which **(i) contains a detailed explanation of the treatment provided to the plaintiff, and (ii) interprets the information contained in the medical records relevant to the claims presented in the complaint**." (Doc. No. 32, ¶2 at pg. 2.) Defendant Peasant shall attach to his supplemental affidavit those specific portions of Plaintiff's medical records (as contained in Fountain Medical Records Parts 1-6 of Doc. No. 36) which are pertinent to and which support his specific conduct and/or actions as discussed in his affidavit, as supplemented, and which are relevant to the claims against him

(as to both time and type) as alleged in Plaintiff's complaint.

    Done, this 7th day of November 2006.

                                     /s/Delores R. Boyd
                              DELORES R. BOYD
                              UNITED STATES MAGISTRATE JUDGE