IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY FOUNTAIN, #152157 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | 2:06-CV-548-MHT |
| ) | |
| DR. PEASANT, et al., ) | |
| ) | |
| Defendants, ) | |

## AFFIDAVIT

**State of Alabama**   :

**Elmore County**   :

Before me the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Leon Forniss, who being known to me and being by me duly sworn, deposes and says on oath as follows:

My name is Leon Forniss; I am presently employed as a Correctional Warden III with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age.

This is my response to the complaint made by Inmate Tony Fountain #152157. I have reviewed the complaint of Inmate Fountain and make the following statements. As warden of the institution, I make referrals of inmate's medical complaints to the contracted medical provider ensuring that the inmate is seen by the medical staff. Inmate Tony Fountain did make his complaint known to me and he was referred to the medical staff for evaluation and treatment.

EXHIBIT A

The attached documentation shows a consistent review and treatment of inmate Fountain by the medical staff.

Inmate Fountain did receive an eye examination on November 3, 2005. Documentation shows that he did not meet the basic requirements for glasses.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Fountain concerning the allegations on which his complaint is based. I deny that I have violated any well-established civil rights of Inmate Tony Fountain.

*Leon Forniss*
LEON FORNISS

SWORN TO and SUBSCRIBED before me this 30 day of October 2006.

_____
NOTARY Public

4/4/2010
My Commission Expires: