

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST



EXHIBIT
B

Print Name: _Tony Fountain_     Date of Request: _2-20-06_
ID # _162157_      Date of Birth: _8-24-62_ Location: _E3-22_
Nature of problem or request: _I_m occasionally noticing blood_
_in my stool. on several occasions in the pass_
_two months._

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _2/21/06_
Time: _____ AM PM
Allergies: _Motrin_

```
RECEIVED
Date: 2/20/06
Time: 1000 RJS
Receiving Nurse Intials RJS
```

**(S)ubjective:**


**(O)bjective**   (V/S):  T: _97⁶_     P: _80_     R: _18_     BP: _130/90_   WT: _180_


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
           If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                  Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PS 1

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Tony Fountain_          Date of Request: _4-23-06_
ID # _152157_          Date of Birth: _8-24-62_ Location: _E3-22_
Nature of problem or request: _On 2-20-06 d signed up to see doctor due to seeing Blood in My Stool. I have been taxed with co-pay ment and has been collected. Now I'm seeing instead of spots I have notice Clots of Blood My Situation has worsen. I was informed by the doctor to let you'll know if my symptom had gotten worse._
_____ ( _Signature_ )

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 4/24/06               │
│ Time: 750pm                 │
│ Receiving Nurse Intials  JC │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective    (V/S):  T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

s/c
4/25/06
W/BRN
9:24

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
                                            CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
            If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                        Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT                    2

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Tony Fountain_          Date of Request: _6-12-06_
ID # _152157_                        Date of Birth: _8-24-62_ Location: _E3-22_
Nature of problem or request: _Follow-up on or about 6-6-06, Dr. Peasant_
_ordered me some medication to low my Bad Cholesterol_
_level and told me to check the pill-call window the_
_following after-noon. I checked the window all of last week only_
_to be told My Name was Not in the Book_  _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**                    _no show 6/13/06_

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                    Was MD/PA on call notified:    Yes ( )    No ( )

_____
                              *SIGNATURE AND TITLE*

**PHS**

### Nursing Evaluation Tool:          General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Fountain_                    _Tony_
                        Last                              First

Inmate Number: _152157_        Date of Birth: _8_ , _24_ , _62_
                                                                        MM   DD    YYYY

Date of Report: _2_ , _21_ , _06_        Time Seen: _____ AM / PM  Circle One
                        MM   DD    YYYY

**Subjective:** Chief Complaint(s): _I have blood on the tissue when using bathroom_

Onset: _X several months_

Brief History: _⊕ history of GI Bleeding_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97 6_ P: _80_ RR: _18_ B/P: _130 / 90_

Examination Findings: _A+O - no c/o dizziness or weakness_
(Continue on back if necessary)
_s̄ ⊕ blood seen in commode. More_
_concern about Colon CA + having a Colonoscopy_
_due to age_

☐ Check Here if additional notes on back

**Assessment: (Referral Status)      Preliminary Determination(s):** _____
   ☐ Referral **NOT REQUIRED**

   ☐ Referral **REQUIRED** due to the following: (Check all that apply)
         ☐ Recurrent Complaint (More than 2 visits for the same complaint)
            ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
                    (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____          Date for referral: __/__/__
                                                                                                                            DD   MM   YYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time

x _Helen Lighther RN_        Name: _Helen Lighther_  _Houston 2-22-06_
      Nurses Signature                                          Printed

4



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain, Tony 152157 | D.O.B.: 8|26|63 |
|---|---|---|

3|21|06  20x/cp D.RE  WT 180

Ⓢ 42 ½ yo BⒶ ⟶ presents to S·C c/o rectal bleeding off + on for 2 months. 1st SC for this was 2/20/06. Pt states the last blood passed was 2-3 days ago ē spot of blood in stool. He reported to nursing staff that blood was on the toilet tissue. Pt. denies constipation w/ change in stool. He denies h/o ulcers, Hemorrhoids, and Anal fissures

EⒽ

Ⓔ colon LA

Ⓔ Prostate OⒶ

Ⓞ Alt NAD

Abd — sft 5 tendrns

NO inguinal hernia

Rectal — No Anal intake.  Ø Hemorrhoid

NO fissures

Prostate 2+

spects of stool Heme Ⓟ

Ⓐ — Rectal bleeding

— 2+ Prostate

— Abn LFT's ? etio  Ⓐwork up Hepatitis profile react/  Stool — 64

— Elevated lipids  S6pt 119

4|13|06  LAB REVIEWED  04-05-06 lab report

| | 138 | 103 | | |
|---|---|---|---|---|
| | | | 1035 | ALT 58↑  Chol 249↑ |
| | 4.5 | — | 1.0 | AST 39  Trig 115 |
| | | | | HDL 42 |
| | | | | LDL 184↑ |

D. Vincent
See next page  5

| Date/Time | Inmate's Name: Tountain, Tomy   152157   D.O.B.:   /   / |
|---|---|

04/13/06
cont

5.4  |15.8 / 257   MCV 90      Diff WNL
     |46.2          MCHC 34.3
                    MCH 90

TSH 0.028 ↓     T4 7.5
T3 3390

Ⓐ TSH ↓ / Lipids ↑ / ACT ↑

Ⓟ Pt scheduled for HCM visit 4/18/06 with eval if
symptomatic. Pt to see Dr. Ponzant who was informed
of abnormal lab.

— Hepatitis panel pending.

                                        Dpricump

04/13/06   √ Computer for Hepatitis panel. No results / report found.
           will reorder                    — Dpricump

4/19/06   20 NCP re: f/u labs   wt 178   T-98°  P-74  R-78
35 p      O2Sat 97%   140/96   ————   Sl Hyper WNL
          O —Hepatitis profile neg for Hepatitis
              — Report profile II in 30 days
              — recheck pt in 40 days c report recto
          Ⓐ rectal bleeding
          Ⓡ colonoscopy
          Ⓔ colon study
              low fat diet

6/6/06    20 NCP re: f/u labs   wt 175   T-97⁵  P-69
          R-18   O2Sat 97%   130/78
Heme ⊕
stool ⊕



PHS

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain Tony          D.O.B.: 8 /26/63 |
|-----------|--------------------------------------------------------|
| 6-7-06 5:40pm | Follow up no labs - T 97.5° Wt 176lbs, O₂sat 97%, P 70, R 18, B/P 153/85 ————— S. Taylor LPN |
|  | Seen by MD 6/6/06 - Does not need to the sun today ————— Hartman |
| 7/31/06 | 30#/CP re: f/u labs No show. Will re-schd 8/2/06 — JH |
| 08/02/06 | Um submitted 07-03-06 per Dr. Pearson for colonoscopy wit H/o rectal bleeding. Recommendations Returned from Dr. McQueen to consider rectal sigmoidoscopy and/or BE 1st. Will resubmit Um with Dr. Pearson's offices Requesting colonoscopy Evaluation. ————— DcQuerent |
| 08/02/06 | Discussed w/ Dr. Carter colonoscopy. He will counsel patient re: colonoscopy need. ————— DcQuerent |
| 8/18/06 12:00p | 30#/NCP re: f/u B/P wt 180   T-97.8 P-68 R-20 O₂sat 97% 128/88 ————— JH |
|  | · F/u HTN — ↑BP last June — Normal wt Diet exercise today. Encourages Nief Not low Na diet. Pt c̄ Hx Rectal bleeding colonoscopy to be sched. Avoid ASA & NSAIDS. Denies Hemorrhoids. |
|  | Exam NAD |
|  | A: Dyscpdrom Rectal blood Hx |
|  | P: cont Neurontin ✓Labs sched colonoscopy — um approved vision screen |

| Date/Time | Inmate's Name: | D.O.B.: | / | / |
|---|---|---|---|---|

8/29/06  $20\psi/CP$ re Eval et f/u um wt 185   T·97⁹
9²⁰ᵖ   P·60   R·20  O2sat 99%   B/P (144/96) —— J. Boy—

6/14/06   Since 2/06 'Pt. has had Hematochezia
$\bar{c}$ melena. No Abd Pain - No weight
loss.
No Known family H/O Colonic Dz
or Cancer.
Repeat LFT's w/ L,
Hep· A, B & C wnl——

Plan
Strongly recommend a Colonosco
(DM Phil D) ·

9·21·06   $20\psi/CP$ re: Eval   wt 170   T·98⁶ P·80
2⁵⁰ᵖ   R·20  O2sat 99%   B/P ¹²⁸/100 ——
9·26·06   $20\psi/cP$ re: appt made in error seen 9/21/06 —— Ins
9/29/06   Patient on trial dose of wart fr Dr. wright x 3days.
Will √ BP once daily x 14 days before deciding
continuation ———— n guirecal

8



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain, Tony | D.O.B.: / / |
|---|---|---|

**10/17/06 8:04pm** Escorted over for FWA. vs. O₂ Sat-97%; HR-74; T-97.3; BP 142/90
Pt-20. Ø distress noted. ————————— J. Parker, LPN

**10/18/06 0500am** A&O x 3, NAD noted, NPO.————————— L. Ogg, LPN.

**10-18-06** Return from FWA — T 97.6, O₂sat 96%,
**3pm** P 84, R 18, B/P 10/88 ————— S. Taylor LPN

Pt. back from FWA seeing Dr. Bianchi for consultation
re: H/o blood in stool. Ø complaints voiced

Reviewed Dr. Bianchi's notes & he recommends going
ahead w/ colonoscopy. Will schedule Lrn. See Dr's Lead

**10/20/06** SO N/CP re: f/u B/P    Wt 178⁴/₆ T-97⁴  P 72    *Dincercross*
**10pm** R-20 O₂sat 98%  B/P (137/84) ————— 3X
Notes Ø compliants. States HCTZ working well.
O: HEENT: ∅    ext: ∅EVLE.
Lung: CTA(B)
CV: RRR s̄ m/r/g
Ab: S⊕BS NT
A/P: 1) HTN
1) Cont HCTZ 25mg po gd
2) Ø salt                    B Rou



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain, Tony | D.O.B.: / / |
|---|---|---|

10/6/06
12:50 — 30+CP/18: flu (ale) / ✓ uin cx 183  T-97.4  P. 76
R-20  orSat 98%   B/P 142/06 ————— 24

→ Pt. c/o Hematochezia 1st notice
2/2006 c̄ clots at times. Occasional
dark at times but not melanotic,
Occ. Abd pain.

Labs
— Chem. profile neg
Chol. → 177      HDL 44
Trig 89          LDL - 115

TSH — 6.035
CBC ——— WBC —

CBC    5.5  ⟩15.8 ⟩265
              46.1

A/P ① Hematochezia → Colonoscopy
ordered. Pt. is Hemodynamically
stable - ✓
② ↑ BP /HTN → resume
HCTZ
③ Dyslipidemia → Stable



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## Informed Consent to Medical Services

Inmate's Name: _Fountain, Tony 152157_

Date of Birth: _8-26-63_ _____ Social Security No.: _____

Date: _3 21 06_ _____ Time: _1 20_ _____ A.M. / P.M.

I hereby authorize Prison Health Service, Inc. and _Dr. Peasal_ ,
(Print Physician's Name)

his assistant(s) or designee(s) to treat me as is necessary in his judgement.

The procedure(s), _Digital Rectal Exam_ , necessary to treat my condition has been fully ex-
(state in Layman's terms)

plained to me by Dr. _____ and I understand the nature of, and risks associated

with, this procedure(s). Briefly stated, they are: (Benefits) _____

_____

_____

(Risks) _____

_____

_____

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees
have been made to me as to the results of this procedure(s). Alternate treatment methods and their
consequences as well as the risks of refusing the described treatment(s) (if applicable) have been fully
explained to me.

_____ _152157_    _____
(Signature of Inmate)                  (Witness)

_____               _____
(Signature & Title of Provider)         (Witness)

60104 (6/90)

## Nursing Evaluation Tool:                                    General Sick Call

Alabama Dep__t of Corrections

Patient Name: _Fountain_                    _Tony_
                    Last                          First

Inmate Number: _152157_          Date of Birth: _8 / 24 / 62_
                                                  MM   DD   YY

Date of Report: _4 / 25 / 06_    Time Seen: _9:24_  AM / PM  Circle One
                    MM   DD   YY

**Subjective:** Chief Complaint(s): _Reporting "Clots" of Blood in Stool_
Onset: _every time I go to the bathroom._

Brief History: _Dr. Peart told me to Notify you if it_
(Continue on back if necessary) _Got worse. I saw him about last Tue. or Wed._
_(Denies taking ASA or motrin)_

**Objective:** Vital Signs: (As Indicated) T: _97⁸_ P: _60_ RR: _12_ B/P: _124/92_

Examination Findings: _No stool observed. No weakness or_
(Continue on back if necessary) _acute distress noted._

**Assessment:** (Referral Status)    Preliminary Determination(s): _____  ☐ Check here if additional notes on back
   ☐ Referral NOT REQUIRED

   ☑ Referral REQUIRED due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other:

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
            (Describe)
OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _MD_           Date for referral: _/ /_
                                                                    MM  DD
Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time

x _Ann Blackwig RN_          Name: _A. Blackwig RN_
      Nurses Signature                        Printed

12



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Fontain, Tony ①

152137

D.O.B. 8/26/63

STOTON

ALLERGIES: Motrin

Use Last    Date 08/01/06  1045

DIAGNOSIS (If Chg'd)

D/C Mevacor

new mevacor 40mg ½ po QHS x 10 days

annual chest xray

annual EKG

BP 2x weekly x 4 weeks

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony

15 2157

D.O.B. 8/26/63

STOTON

ALLERGIES: Motrin

Use Fourth    Date 08/02/06  0845

DIAGNOSIS (If Chg'd)

Please fax offices notes to Dr. McQuee

w/ Um for colonoscopy

HCU visit to see Dr. Cortone 1-2 weeks

re: eval for colonoscopy need

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony

152157

D.O.B. 8/26/63

ALLERGIES: Motrin

Use Third    Date 7,3,06

DIAGNOSIS (If Chg'd)

UM submitted @ Colonoscopy

evaluation

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony

152157

D.O.B. 8,26,63

ALLERGIES: Motrin

Use Second    Date 6,6,06

DIAGNOSIS (If Chg'd)

① Mevacor 20mg po qd x 10 day Keep

② LFT's fasting 044636 in 30 days & 90 days

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountainy Tony

152157

D.O.B. 8,26,63

ALLERGIES: Motrin

Use First    Date 4,121,06

DIAGNOSIS

① HCU visit in 5 wk c̄ rn

② Profile fasting in 30 day -

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)

**MEDICAL RECORDS COPY**

13



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Fountain, Tony —
15 2157
STATON
D.O.B. 8/26/63
ALLERGIES: Motrin

Use Last    Date 09/29/06  1400

DIAGNOSIS (If Chg'd)  noted Chelly 9/30/06 0500
D1084 aPrulide I Fastin Nero to wean it
not more as ordered 8/8/06
HCTZ 25mg on hold until Bp ✓
Bp ✓ once daily x 14 days notify MD if ≥160/10
New visit 14-30 days re Bp ✓

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Dixie CRNP

---

NAME: Fountain, Tony
15 2157
D.O.B. 8/26/63
ALLERGIES: Motrin

Use Fourth    Date 9/26/06 0840

DIAGNOSIS (If Chg'd)
CBC  00509  (Lab unable to process 1st
test)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Dixie CRNP

---

NAME: Fountain, Tony
152157
MHC
D.O.B. 08/26/63
ALLERGIES:

Use Third    Date 8/28/06

DIAGNOSIS (If Chg'd)
HCTZ  25 mg  PO QD x 30 ds
UM for Colonoscopy

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony
D.O.B. 8/26/63
ALLERGIES:

Use Second    Date 8/18/06

DIAGNOSIS (If Chg'd)    9-21-06 moved H
① Please sched colonoscopy —
to Rectal bleeding
② Comp Panel, CBC PT, INR/PTF
③ Vision screen Snellen

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony  ②
15 2157
D.O.B. 8/26/57  STATON
ALLERGIES: Motrin

Use First    Date 8/10/06  1105

DIAGNOSIS
notify MD if Bp ≥160/100
New visit 4-1weeks re Bp ✓
D4832 aPrulide II Fastin w/ lunch
Please take off order when 8/2/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Nurse CRNP

---



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Fountain, Tony
152157

D.O.B. 8 / 26 / 63
ALLERGIES:

Use Last     Date   /   /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony
152157

D.O.B. 8 / 26 / 63
ALLERGIES:

Use Fourth     Date   /   /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Fountain, Tony
152157

D.O.B. 8 / 26 / 63
ALLERGIES: NKA

Use Third     Date 9 / 23 / 06

DIAGNOSIS (If Chg'd)
Urn submitted for Dr. Bravani to Do
Colonoscopy
- Have MS. Murchison contact Dr. Bravani
office re: Pre op orders other than Golytely.
Have them fax order to NCU

☐ GENERIC SUBSTITUTION IS NOT PERMITTED  D. Pierce FNP

---

NAME: Fountain, Tony
152157

D.O.B. 8 / 26 / 63
ALLERGIES: motrin

STATON

Use Second     Date 10 / 18 / 06   1505

DIAGNOSIS (If Chg'd)
D/C Back to camp

☐ GENERIC SUBSTITUTION IS NOT PERMITTED   N Quill FNP

---

NAME: Fountain, Tony
152157

D.O.B. 8 / 26 / 63
ALLERGIES:

Use First     Date 10 / 6 / 06

DIAGNOSIS
T4, TSH. in 2 months
- D/C HCTZ held (order)
KOP (- HCTZ 25 mg ī PO QPM X 90 days
(- Mevacor 20 mg TPO QPM x 90 days
✓ BP QD x 2 wks                 R Colby

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

noted K Knight RN
10-6-06

60110 (4/03)                                                              15

EPARTMENT OF CORRECTIONS
## NURSE'S
# CVHTN CHRONIC CARE CLINIC

**S: CHRONIC CARE CLINIC**

DATE/TIME  8/10/06  930AM

O: VS  T 98.8  P 60  R 20  WT 185

BP 134/00  IF BP > 140/90 REFER TO MD/NP/PA

**ALLERGIES** Motrin

HX a treadmill?  Y  (N)
Date:
HX bypass surgery:  Y  (N)
Date:

| | Y | N |
|---|---|---|
| Do you smoke? | Y | (N) |
| Use salt? | (Y) | N |
| Family History of CVHTN? | (Y) | N |
| Obese? | Y | (N) |
| Stress? | Y | (N) |
| Blurred vision | Y | (N) |
| Headache | Y | (N) |
| Fatigue | Y | (N) |
| Muscle weakness | Y | (N) |
| Polyuria | Y | (N) |
| Epistaxis | Y | (N) |
| S.O.B. | Y | (N) |
| Compliant with meds | (Y) | N |
| KOP | (Y) | N |

**P: LABS REVIEWED**
Labs ordered
Last CMP-14  5/25/06
Last EKG  3/8/05

Counseled on risk factors Lifestyle
Describe: Age, Race, Gender, Family HX  (Y)

| | | Y | N |
|---|---|---|---|
| Labs/EKG WNL | NA | Y | (N) |
| CXR if over 50 | | | |
| Education Done | | (Y) | N |

Topic: What DO my Cholesterol Level Mean

Recently admitted to hospital/infirmary  Y  (N)

**CURRENT MEDICATIONS:** Mevacor

Notes: Denies any chest pain or dizziness

Status: (circle) IMPROVED UNCHANGED WORSENED

Level of Control: (circle) GOOD  FAIR  POOR

CCC WITH NURSE (circle) 1, 2, (3) Months

CCC WITH MD (circle) 1, 2, (3) 4, 5, 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Fountain, Tony | 152157 | 43 | B/M | |

Control  Good---BP ≤ 140/90
Fair----BP 140-160/90/100
Poor---BP > 160/100

Status:  Improved---BP< previous visit
Unchanged---BP unchanged
Worsened---BP increased,

## PRISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: 08/10/06    Time: 930 AM    Facility: Staton

Check all applicable CIC's being evaluated: ✓ Card/HTN __ DM __ GI __ ID __ PUL __ SZ __ TB

**SUBJECTIVE:** FHx: DM ⓜ HTN ⓑ ⓜMI ⓒHD  ⓢsmoker history
Exercise
↑colon/↑stomach cancer — Died 54yo

**OBJECTIVE:** BP 136/10  HR 60  RR 20  Temp 98  Wt 175  Peak Flow ____  O₂Sat 96%

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Dyslipidemia

Mevacor 20mg QHS

| 7/14/06 | 5/24/04 |
| AST 36 | AST 35  Chol 249↑ |
| Alt 40 | ALT 51  Trig 119 |
| Bili 0.5 | AP 89  HDL 40 |
| AP 77 | Bili 0.4  LDL 185↑ |
| Hep 01/ACute | 3/05 EKG |
| 4/13/04 | 6/04 CXR |

well nourished black
male
C/V3 NAD NAD
PERRL/no Bruni
w/m
lg CTAB↓
abd/soft
BS w/o
no edema

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

NIN 15.0/43.8  PSO indices WNL
PLT 244

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G F P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I S W | I S W | I S W | I S W | I S W | I S W |

PLAN: 1) Dyslipidemia D/C mevacor & ↑ Mevacor 40mg QD
low fat Diet / Daily exercise

F/U:   Routine 90 days: ✓   Other _____   Problem List Updated: Yes  (No)

2) Hx rectal bleeding. Dr. Peasant had been following patient
re: Eval with colonoscopy. Dr. Corbier will assume eval process
Pt has already scheduled to see _____
him in 1-2 weeks. No
sigmoid vs colonoscopy Eval

Physician/NP/PA

Fountain Tony
NAME

GENDER: M    RACE: B    AIS#: 152157    DOB: 8/26/63

3) Rpt ↑ Up weeks X 4 weeks

(Revised 2/28/05)

16

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

*Please send this f...* ...must be Complete and Legible. You must Type... *with the Authorization Letter to the service provider* ...ime of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First.)** Fountain, Terry | **Date: (mm/dd/yy)** 08, 19, 06 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 8, 26, 63 |
| **Site Fax #** (334) 567-1538 | **Inmate #** 152157 | **PHS Custody Date: (mm/dd/yy)** 10, 18, 05 |
| **Will there be a charge?** ☐ Yes ☐ No   **Sex** ☐ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 3, 25, 07 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☐ NP, PA ☐ Dental
Paul Corbier, (MI)

**Facility Medical Director Signature and Date:**
P. Corbier 8/29/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ___ ☐ Other:___

**Specialist referred to:** Dr. Jackson.

**Type of Consultation, Treatment, Procedure or Surgery:**
Colonoscopy &

**Diagnosis:** Persistent Lower GI Bleed
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
42 yo ♂ c̄ c/o rectal bleeding since 2/06. Pt. is concerned about ↑ bleeding in last few weeks & He has both Melena & Hematochezia

**Results of a complaint directed physical examination:**
∅ Rectal mass
Heme ⊕ stool.

**Previous treatment and response (including medications):**
• Heme ⊕ on Rectal Exam since 3/21/06
• LFT's are back to Normal

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___  (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | **UR Auth #:** 11652,638 |
|---|---|---|---|

05a - UM Referral review form

8/19/06  TM Faxed
9/21/06 faxed

17