# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

*Form must be Complete and Legible. You must Type or Print*
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

PHS

RECEIVED NOV 03 2005

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Fountain, Tony | 11/03/05 |
| **Site Phone #** | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| (334) 567-1548 |  | 08/26/63 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567-1538 | 152157  SCC | 11/15/88 |
| **Will there be a charge?** **Sex** | **SS Number** | **Potential Release Date: (mm/dd/yy)** |
| ☒Yes ☐No  ☒Male ☐Female | 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 | 07/07 |

Responsible party: ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☐ NP, PA  ☐ Dental
_[signature]_

**Facility Medical Director Signature and Date:**
_[signature]_

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☒ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ____  ☐ Other:____

**Specialist referred to:** Dr. Bradford

**Type of Consultation, Treatment, Procedure or Surgery:**
In house Eye Exam

**Diagnosis:**
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
Last Eye Exam 12/22/04
OD 20/25
OS 20/25
OU 20/25

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Doe not meet g.ln.

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:**
_[signature]_   11/3/0_  (mm/dd/yy)

---
*Do not write below this line. For Case Manager and Corporate Data Entry ONLY.*

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

USA - UM Referral review form

EXHIBIT C