**PHS**
PRISON HEALTH SERVICES, INC.

EXHIBIT
D
PENGAD 800-631-6989

# HEALTH EVALUATION

I.    HISTORY – (LPN or RN)

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | Last weight at least 6 months ago |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES ✓ | ✓ | | Motrin |

Weight _181_  Temp _97.7_  Pulse _60_

Eye Exam: _20/20_ OD_20/20_  OS_20/20_____OU    Resp _20_  Blood Pressure _140/100_ See Dr

**If greater than > 140/60, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

II.   TESTING – (LPN or RN)

Tuberculin Skin Test (q yr)

### RESULTS

Past Positive TB Skin Test
(Chest x-ray if clinical symptoms)    →

RPR (q 3 yrs)
EKG (baseline at 35, over 45 q 3 yrs)
Cholesterol (at 35 then q 5 yrs)
Finger Stick Blood Sugar

* If > than 200 repeat Finger Stick BS within 48 hours

Optometry Exam (@ 50 if not already seen)
Mammogram
(females @ 40, q 2 yrs/other M.D. order)

Date given _11/13/05_  Site _(arm)_
Read on _11/4/05_  Results _140/100 Dr_
Survey Completed ____ N/a ____  mm
Date ___  Results ___
Date _12/28/04_ Results NR
_3/8/05 Borderline_
_6/25/04  239  NDC 43  Fdu 166_
Results SP
Results N/A
Date _N/a_
Date _N/a_  Results ___

III.  PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

Heart
Lungs
Breast Exam
Rectal (yearly after 45)
with Hemoccult
Pelvic and PAP (q 1 yr)

_Regular_
_clear_
Results _N/a_
Results _N/a_
Date _N/a_  Results ___

Facility _Staton_  Nurse Signature _Dr Lightner RN_  Date _12/13/05_

M.D. or Mid-Level Signature _Lassiter MD_  Date _1/24/06_

| INMATE NAME | AIS# | D.O.B. | Date _1/24/06_ |
|---|---|---|---|
| Fountain, Tony | 152157 | 8/26/63 | 42y/o |
| | | | RACE/SEX  Bl |

513-AL    (rev 9/05)