IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Tony Fountain #152157
  Plaintiff,

VS.                                Civil Action No: 2:06-CV-548-
                                                    M.H.T.

Dr. Peasant, et. al,
  Defendants.

LEAVE TO PRESERVE THE RIGHT TO FILE A MOTION OF OPPOSITION TO THE SPECIAL REPORTS OF THE DEFENDANTS OF NOV. 6th & 7th 2006.

Comes now, Tony Fountain, by and through himself herein moves this Court to allow him the opportunity (Rights) to file a Motion of Opposition in Response to the defendants Special Reports of November 6th & 7th 2006. Plaintiff contends the following facts in support of this motion to wit:

1). Plaintiff maintain his original claims and arguments in his complaint.

2) Plaintiff contends the defendants omitted from theirs Special Report, the most important Documents, the Colonoscopy examine test,

of November 8th 2006. And is the most relevants documents that would aid this court in its determination. Because it shows the plaintiff wass not over reacting when he said he was seeing blood in his stool. The documents submitted by the defendants don't address the issues presented in the plaintiff complaint before this court and are irrelevant to the issues at hand.

3). Plaintiff contends he should be provided with the opportunity to present evidence, argument, representation if desired, and informations as to claims of the opposing party's, with a reasonable opportunity to controvert the claims of the defendants in theirs special reports of November 6th & 7th 2006. In which he didn't receive the special report of Dr. Peasant until November 9th 2006. <u>Pike V. Southern Bell Telephone & Telegraph Co</u>, 263 Ala. 59, 81 So.2d. 254 (1955), <u>Pennsylvania V. Finley</u>, 481 U.S. 551.

Wherefore, plaintiff, prays that (t)his motion be <u>granted</u> as law and justice requires.

Done this <u>10th</u> day of November 2006.

Tony Fountain, Pro Se

# CERTIFICATE OF SERVICES

I, hereby, certify, that I have served a true and correct copy of the foregoing as addressed:

OFFICE OF THE Attorney General
11th South Union Street, Monts.
Al. 36130.

Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790, Birmingham, Al. 35253-0790.

by placing the same in the U.S. Mail prepaid on this 10th day of November 2006.

Sincerely

[signature]