IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Tony Fountain #152157
 Plaintiff,

VS.                                Civil Action No: 2:06-CV-548-
                                                    M.H.T.
DR. Peasant, et, al,
 Defendants.

<u>LEAVE OF THE COURT, TO REQUEST ADDATIONAL
DOCUMENTS THAT RELEVANT TO THE ISSUES RAISED
IN THE PLAINTIFF COMPLAINT, AND/OR IN ALTER-
-NATIVE A REQUEST FOR ADDATIONAL DOCUMENTS
THAT RELEVANT TO PLAINTIFF COMPLAINT.</u>

Comes now, Tony Fountain, by and through himself hereby Request leave from the Court, to Request, addational documents that Relevant to the claims of the plaintiff Raised in his complaint and/or In The ALTERNATIVE A Motion Requesting Addational Relevant Documents that was omitted from the defendants special Report. plaintiff asserts the following facts in support of this Motion to wit:

  1). plaintiff point out the facts that he didn't Receive a copy of defendants peasant special Report until November 9, 2006, I assume that was in Reference to this Court Order of November 7 2006.

Because this was the only Special Report that he have Received from Dr. peasant Attorney's as of this date.

2). Plaintiff, Contends that the defendants has failed to Submit any Relevant documents to this Court Concerning the Issues presented in his Complaint, Such as the Colonoscopy examines test Results of 11-8-06, that would assist this Court in it's determination. Such documents (test Results) would Show the plaintiff was indeed experiencing Rectal bleeding and would substantiate the issues presented in plaintiff Complaint.

3). And that on 11-8-06 around 11:41 A.M. plaintiff was admitted into the Elmore County Community Hospital for the purpose of a Colonoscopy examine performed by one Dr. T. Bianchi. After which Dr. Bianchi Show plaintiff some photos of his Colon, in which Dr. Bianchi pointed out some pollards on My Colon. And Informed me that those pollards forms Cancer if un--treated and that he Removed them. The plaintiff was not lying about his Condition of seeing Blood in his Stool. (see attached Exhibit-240)

4). Plaintiff further Contends that the test Result of his Colonoscopy examine was omitted from the defendants Special Report, and that those test Results are very Relevant to his Claims presented in his Complaint pending before this Court.

-2-

Therefore, plaintiff Request and/or Moves this Court to issue an order, directing the defendants Dr. Peasant to produce these documents him and his agents working in direct concert with him. Such production of these omitted documents would better serve this Court in it's determination as effectively and efficiently.

Wherefore, plaintiff, prays that (t)his motion be "Granted" as law and justice Requires.

Done on 10th day of November 2006.

Tony Fountain, PRO SE

## CERTIFICATE OF SERVICES

I, hereby Certify, that I have served a true and correct copy of the foregoing as addressed: Office of Attorney General 11th South Union Street, Montg. Al. 36130, Also to the law office for the defendants Dr. Peasant, of Porterfield, Harper Mills & Motlow, P.A. 22 Inverness Center Parkway Suite 600 P.O. Box 530790, Birmingham, Al. 35253-0790, by placing the same in the U.S. Mail on this 10th day of November 2006. (prepaid).

Sincerely