Prison Health Services, Inc.

Inmate Grievance

NAME: Tony Fountain
AIS #: 152157
UNIT: E3-22
DATE: 11-10-06

IN RE: TO My Colonoscopy Examine Test Results.

**PART A---Inmate Grievance**

On 11-8-06 I was taken to the Elmore County Community Hospital for a Colonoscopy Examine Conducted by Dr. T. Bianchi. I have yet to learn the test results of 11-8-06 as of this date. I'm still experiencing blood in my stool. On 11-9-06 I notice blood in my stool around 3:20 A.M. Again 11-10-06 around 2:35 A.M. after defecating. Dr. Bianchi informed me that I had polyps on my colon and that during My Colonoscopy examine he had Remove them. And that these polyps cause and/or turn into cancer if not Removed.

INMATE SIGNATURE: 152157

**PART B –RESPONSE**

DATE RECEIVED

P.H.S. Department Head Signature

DATE

If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N |  | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff |  |  | X Other | ☐ | ☐ |

Committee Review of Data Collection

Exhibit - 240

11/03 – Alabama
Revised 5/16/05