IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TONY FOUNTAIN, #152 157 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-548-MHT |
| DR. PEASANT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave to Preserve the Right to File an Opposition to Defendants' Special Reports, and for good cause, it is

ORDERED that the motion (Doc. No. 42) be and is hereby GRANTED.[1]

Done, this 14th day of November 2006.

　　　　　　　　　　　　　　　　　　/s/Delores R. Boyd
　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that upon Defendant Peasant's compliance with the court's November 7, 2006 order, an order shall be entered granting him an opportunity to respond to Defendants' special reports.