IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TONY FOUNTAIN, #152 157        *

    Plaintiff,                *

    v.                        *       2:06-CV-548-MHT

DR. PEASANT, *et al.*,         *

    Defendants.               *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's pleading filed November 14, 2006 which the court construes as a Motion for Production of Documents, and for good cause, it is

ORDERED that the motion (Doc. No. 43) be and is hereby GRANTED. It if further

ORDERED that on or before December 1, 2006 Defendant Peasant furnish a copy of those medical records/reports made and/or produced as a result of Plaintiff's November 8, 2006 colonoscopy.

Done, this 14th day of November 2006.

                                  /s/Delores R. Boyd
                               DELORES R. BOYD
                               UNITED STATES MAGISTRATE JUDGE