# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TONY FOUNTAIN, #152 157,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-548-MHT |
| | ) |
| **DR. PEASANT, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF FILING OF AFFIDAVIT

**COMES NOW** the Defendant, John M. Peasant, M.D., by and through his counsel of record, and in response to this Court's Order requiring him to file a supplemental affidavit, submits the attached *Supplemental Affidavit of John M. Peasant, M.D.*

    Respectfully submitted,

    **s/H.C. Ireland, III**
    H.C. Ireland, III
    Bar Number: ASB-9915-D66H
    PORTERFIELD, HARPER, MILLS &
    MOTLOW, P.A.
    22 Inverness Center Parkway
    Suite 600
    Birmingham, Alabama 35242-3721
    (205) 980-5000
    (205) 980-5001 Fax
    E-mail: phm@phm-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TONY FOUNTAIN, #152 157,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-548-MHT |
| | ) |
| **DR. PEASANT, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and by US mail, First Class postage prepaid, and properly addressed to:

Tony Fountain #152157
Staton Correctional Facility
PO Box 56
Elmore, AL 36025-0056

Respectfully submitted,

**s/H.C. Ireland, III**
H.C. Ireland, III
Bar Number: ASB-9915-D66H
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
22 Inverness Center Parkway
Suite 600
Birmingham, Alabama 35242-3721
(205) 980-5000
(205) 980-5001 Fax
E-mail: phm@phm-law.com