## ALABAMA PATHOLOGY ASSOCIATES, P.C.
2019 Clubview Avenue, Montgomery, AL 36106
(334) 293-8794    (334) 293-8395 (Fax)

Timothy C. Barrowman, M.D.      Richard W. Miller, M.D.      Glen R. Pinkston, M.D.

## PATHOLOGY REPORT

Patient Name: Fountain, Tony
Medical Record #:
DOB/Age: 8/24/1962 (Age: 44)
Gender: M    Race:
Physician(s): Elmore Community Hospital

Account #:
Location:
Rm#:
Copy To: Thomas D Bianchi

Specimen #: O06-4285
Collected: 11/8/2006
Received: 11/9/2006
Reported: 11/10/2006

Specimen(s) Received: Colon biopsy, polyp at 30

### FINAL DIAGNOSIS:
Mucosal biopsy, colon at 30.0 cm:
    Tubulovillous adenoma, adequately excised histologically.

Electronic Signature
Richard W. Miller, M.D

### Gross Description
Received is one fragment of gray-tan tissue measuring 1.7 x 1.4 x 0.7 cm. Totally embedded.

TCB



OLYMPUS COLOR VIDEO PRINTER

```
                                    348568 O/P   S   11-08-06   44
              ELMORE COMMI    M    S    RN#      11:14  BLUE CROSS
              POST ENDOSCOI   FOUNTAIN TONY              08-24-1962
                              CORBERTT                 BIANCHI T
                              Colo...  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  MR# 057705
```

DATE  11-8-06

NAME _____ CASE NO. _____

SPECIAL INSTRUCTIONS: _____

### Colonoscopy

**Restrictions on acitivity:**

Do not drive a car or operate machinery until the day after the procedure.

> Following day:
>   Return to full activity including work.
>
> For 3 days:
>   No heavy lifiting, straining or running.

**Diet:**
> Eat and drink normally unless instructed otherwise.

**Treatment for common after effects:**
> Mild abdominal pain, bloating or excessive gas: Rest, eat lightly and use a heating pad.

**Symptoms to watch for and report to your physician:**
1. SEVERE abdominal pain or bloating.
2. Fever within 24 hours after procedure.
3. A large amount of rectal bleeding (A small amount of blood from the rectum is not serious, especially if hemorrhoids are present.)

If a polyp has been removed,
> For next 7 days:
>   Do not take aspirin.
>   Do not take long car trips.

If bright red rectal bleeding occurs, call your physician.

If you have any questions or problem please call your physician.

_____     _____
Patient or Representative              Nurse

ECH-OR 42

Community Hospital
tient Surgery

**T OPERATIVE ORDERS:**

```
348568 O/P   S   11-08-06   44
M   S   RM#           11:14   BLUE CROSS
FOUNTAIN TONY                 08-24-1962
CORBERT!                      BIANCHI T
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        MR# 057705
```

**OPERATIVE NOTES:**

**POST-OPERATIVE INSTRUCTIONS:**
1.
2.
3.
4.
5.
6.

**Follow-up Appointment:**

Date:_____ Time:_____ Call _____ for an appointment.

Physician's Signature

Date:_____ Time:_____

Nurse's Signature

I have read and understand the physician's instructions as given to me.

Patient's Signature

If you have any problems or questions, contact your physician immediately. If you are unable to reach him but you feel your signs warrant attention, call Elmore Community Hospital.

**Hospital: 567-4312    Physician's Office:**

ECH-OR10



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Fountain, Tony 152152    D.O.B.: 8/26/63 |
|---|---|
| 11-8-06 1:45pm | Return from FWA colonoscopy, T 97.3 O₂ sat 97%, P 84, R 22, B/P 104/76 ↓ S. Tylenol |
| 11/8/06 | Pt. returns from FWA. Colonoscopy revealed 2 polyps. I told pt. that we will await final report. F/U Colonoscopy in 2009. [signature] |