IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Tony Fountain #152157
Plaintiff,

vs.    Civil Action No: 2:06-CV-548-MHT

Dr. Peasant, et, al,
Defendants.

RECEIVED 2006 [stamp] P. HACKETT, U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## MOTION FOR AN ENLARGEMENT OF TIME

Comes, Now, Tony Fountain, by and through himself moves this Honorable Court, to extend the time, allocated him to respond to this Court order dated November 27th 2006. Plaintiff, request an extra 21 days to respond to the special reports filed by the defendants. And asserts the following facts in support of (t)his motion for a 21 days extension of time to wit:

1). Plaintiff, contends that the prison's were he being housed law library are used for an all purpose room.

2). And that, the prison law library are used for such programs and events, as A/A, N/A, S.O.A, along with religious events and the inmate's population visit yards.

Case 2:06-cv-00548-MHT-TFM    Document 50    Filed 12/18/2006    Page 2 of 3

On Saturday's and Sunday's, from 7:00 A.M. until 2:30 p.m., the prison's law library are use for other purpose during the week. Such as Blood drives, T.b's testing and Flu Shots as well as Lab's work, Staff's Meeting and Banquets, Eye doctor appointments ect...

3). Plaintiff, further stress the facts the law library Regular hours suppose to be from (open) 7:00 A.M to 1:30 p.m. and from 3:00 p.m to 5:00 p.m Monday's through Friday's and on Saturday's and Sunday's from 7:00 A.M. to 5:00 p.m. However the prison's law library are Closed during Feeding the inmates population here at Staton prison between the hours of 9:30 A.M to 11:30 AM. And is again Closed during the 12:30 p.m Count-time, which can take two to three hours on occasions, and the Camp will open back up around 2:30 and lockdown again at 3:00 p.m. Feeding, this is a daily Routine here. On Dec. 1st 06, Closed for JAMM Graduation Started at 8:00 A.M until 5:00 p.m that afternoon. On Dec. 2nd 06, Closed for Visitation (7:00 A.M. to 2:30 p.m.), and was Closed for the Rest of the day for Staff's Cook-out. Dec. 5th 06, Closed for an un-announce Eye doctors appointment around 8:00 A.M some three hours later the law library Clerks learnd the Eye doctors appointments had been Cancered. Again Dec. 6th 06 Closed, Eye doctors appointment Re-scheduled the entire day. On Dec. 12th 06, Camp lockdown do to a Stavins incident around 1:30 p.m. And didn't open back up at all. On Dec 14th

-2-

-2006, camp lockdown, drug dogs and fire drill, law library didn't open.

Dec. 7th 06, law library closed for job board, during the morning hours, and from 5:00 p.m. until A/A was held in the library.

4). Plaintiff, stresses the point that inmates litigating in courts would be lucky if we get 8 hours a week law library time.

Wherefore, plaintiff, prays that (2) his motion for an enlargement of time 21 days be allocated him to allow him to comply with this court order of November 27th 2006.

Done this 14th day of December 2006

*Tony Fountain, Pro Se*

## CERTIFICATE OF SERVICE'S

I, hereby, certify, that I have served a true and correct copy of the foregoing as addressed:

Office of The Attorney General
11th South Union, St.
Monts. Al. 36130.

Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway
Suite 600, P.O. Box 530790
Birmingham, Al. 35253-0790

by placing the same in the U.S. mail on this 14th day of December 2006, prepaid (Certified mail). Sincerely