IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TONY FOUNTAIN, #152 157             *

    Plaintiff,                          *

    v.                                  *        2:06-CV-548-MHT

DR. PEASANT, *et al*.,              *

    Defendants.                         *
_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause,

it is ORDERED that:

1.  Plaintiff's motion (Doc. No. 50) is GRANTED; and

2.  Plaintiff is GRANTED an extension from December 18, 2006 to January 8, 2007

to file his response to Defendants' written reports.

Done, this 4th day of January 2007.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE