STATE OF ALABAMA  
ELMORE, COUNTY

May 26 2006

TO: Warden, Leon Forniss  
Staton Correctional Facility

Exhibit - 501

Hand Copied  
Word For Word

From: Tony Fountain #152157  
E3-22

In RE: Inadequate Medical Treatment.

## COMPLAINT

Warden, Forniss I'am again filing a complaint with your office for the second time, the first was on March 20th 2006, in an attempt to avoid taking legal action. Warden, Forniss as you already know I have been seeing spots of blood in my stool and since my last complaint these symptoms have changed to worst. Now instead of spots, I'am seeing clots of individual blood (clots) in my stool after defecating. My complaint of March 20th 2006, to you explained my condition (symptoms) along with numerous phone calls from my family placed you on notice of the seriousness and urgency of my medical condition. Warden, Forniss these symptoms I'am experiencing is the cause of alarm

that is associated with Colon and prostate Cancers. And as you very well know statistics rate it as the number one killer (Silent) among men's ages 40 to 65 and especially in Afro-Americans. Mr. Forniss the Health Care personels tends to associate the afore said symptoms with Homosexuality and don't take inmate's seriously when seeking medical attention. I personally don't condone such activity (homosexuality) in here nor in the Free-world as we both know it, nor do I partake in such monstrosity.

Warden, Forniss the Health Care unit have been running and/or conducting blood tests (lab-work) on me for over three (3) month and have yet to send me out for a Colonostic Examination as of this date. The health care units seem to be just going through the formality of drawing blood (lab work) from me, I was told I was being on a list for a free-world appointment. Warden, Forniss if you would just put yourself in my place for one mintue, such as being here as to being out in world (free) experiencing the symptoms. I'm experiencing as of this date. And ask yourself the question would I be as serious as him? _____, about my health and life. Knowing that the symptoms I'm going

through are associated with prostate and colon cancers, and in considering the high risk among men's in my age group.

Warden, Forniss I'am not trying to cause you or your staff any problems, nor I'am I trying or attempting to threatening you or anyone else. I have been patience enough as it is (since February 20, 2006). The afore mentioned symptoms have not improved; but have gotten worse. Instead of only seeing spots, I'am now seeing clots of individual blood clots in my stool after using the restroom. (defecating) Which have raise my concern to the level of taking legal action by filing a petition for an Emergency Examination/Care into the State or Federal Court System in a few days if I can't resolve this problem. It have been a proven fact that early detection is a ounce of prevention and cure to good health and longevity. Therefore warden, Forniss I'am requesting your assistance in trying to sped up the process, and/or investigate into the matter such as while have it taken so long to get a free-world appointment. Any and all assistance from you concerning this matter will be gladly appreciated by me and my family's. See (attached Grievances).

Done on this 2nd of May 2006.

Tony Fountain #182187

Also filed the same with: Staton Health Care Provider, My Attorney, Gwendolyn Thomas and copy sent to my family. Alma Fountain

Prison Health Services
Inmate Informal Grievance

Exhibit — 501

NAME: Tony Fountain  AIS #: 152157   UNIT: E-3-22   DATE: 5-26-06

**PART A---Inmate Complainant**
I'am also Requesting y Formal grievance appeal form inorder to appeal Nurse Ellis respond of 4-11-06 to the warden. Also the failure of you'll to Response to my grievance of 3-20-06 you'er prompt response will be appreciated.

Thank you for any inconvenience I may have caused you'll.

INMATE SIGNATURE

**PART B –RESPONSE**       DATE RECEIVED _____

MEDICAL STAFF SIGNATURE

DATE

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☒ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☒ | ☐ |
| V Conduct of Healthcare Staff | | | X Other | ☐ | ☐ |

11/03 - Alabama

**Prison Health Services**
**Inmate Informal Grievance**

Exhibit-501

NAME: Tony Fountain    AIS #: 152157    UNIT: F3-22    DATE: 5-26-06

### PART A---Inmate Complainant

I sign up for sick-call on 5-22-06 after seeing spots of blood in my stool. Last week have been constantly done on me for the last three months. I was told I would be sent out for a diagnostic examination by the doctor and as of this date I have not been taken to such examination. My symptoms have worsen instead of seeing spots of blood in my stool now I am noticing clots of blood in my stool after defecating. Do I have to die before I get you all to conduct a diagnostic test? The symptoms described with possible colon cancers. I'm not a homosexual nor do I partake in such monstrosity!
Continued (attached grievance)

INMATE SIGNATURE

### PART B – RESPONSE

DATE RECEIVED _____

MEDICAL STAFF SIGNATURE

DATE

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☑ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☑ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

11/03 - Alabama

STATE OF ALABAMA  }   May 26 2006
ELMORE, COUNTY

TO: Warden, Leon Forniss
Staton Correctional Facility

Exhibit - 501

Hand Copied
Word For Word

From: Tony Fountain #152157
E3-22

IN RE: Inadequate Medical Treatment.

## COMPLAINT

Warden, Forniss I'am again filing a complaint with your office for the second time, the first was on March 20th 2006, in an attempt to avoid taking legal action. Warden, Forniss as you already know I have been seeing spots of blood in my stool and since my last complaint these symptoms have changed to worst. Now instead of spots, I'am seeing clots of individual blood (clots) in my stool after defecating. My complaint of March 20th 2006, to you explained my condition (symptoms) along with numerous phone calls from my family placed you on notice of the seriousness and urgency of my medical condition. Warden, Forniss these symptoms I'am experiencing is the cause of alarm

that is associated with Colon and prostate Cancers. And as you very well know statistics rate it as the number one killer (Silent) among men's ages 40 to 65 and especially in Afro-Americans. Mr. Forniss the Health Care personels tends to associate the afore said symptoms with Homosexuality and don't take inmate's seriously when seeking medical attention. I personally don't condone such activity (homosexuality) in here nor in the Free-world as we both know it, nor do I partake in such monstrosity.

Warden, Forniss the Health Care unit have been running and/or conducting Blood tests (lab-work) on me for over three (3) month and have yet to send me out for a Colonostic ~~examined~~ Examination as of this date. The health care units seem to be just going through the formality of drawing blood (lab work) from me, I was told I was being on a list for a Free-world appointment. Warden, Forniss if you would just put yourself in my place for one minute, such as being here as to being out in world (Free) experiencing the symptoms. I'm experiencing as of this date. And ask yourself the question would I be as serious as him?_____, about my health and life. Knowing that the symptoms I'm going

2

through are associated with prostate and colon cancers, and in considering the high risk among men's in my age group.

Warden, Forniss I'am not trying to cause you or your staff any problems, nor I'am I trying or attempting to threatening you or anyone else. I have been patience enough as it is (since February 20, 2006). The afore mentioned symptoms have not improved; but have gotten worse. Instead of only seeing spots, I'am now seeing clots of individual blood clots in my stool after using the restroom. (defecating) Which have raise my concern to the level of taking legal action by filing a petition for an emergency examination/care into the state of Federal Court System in a few days if I can't resolve this problem. It have been a proven fact that early detection is a ounce of prevention and cure to good health and longevity. Therefore warden, Forniss I'am requesting your assistance in trying to sped up the process, and/or investigate into the matter such as while have it taken so long to get a free-world appointment. Any and all assistance from you concerning this matter will be gladly appreciated by me and my family's. See (attached Grievances).

Done on this 2nd of May 2006.

Tony Fountain #152157

Also Filed The Same with: Staton Health Care Provider, My Attorney, Gwendolyn Thomas and copy sent to my family. Alma Fountain