

# MONTGOMERY POLICE DEPARTMENT

## SUPPLEMENTARY OFFENSE REPORT

03182

| NAME AS ON ORIGINAL REPORT (Last, First, Middle) | DATE, TIME OF OFFENSE | DATE, TIME OF SUPPLEMENT |
|---|---|---|
| Mack, Venice Yvette | 3/12/87, 1830 | 3/19/87, 2341 |

| ARREST BEEN MADE? | | DATE OF ARREST | OFFENSE AS REPORTED |
|---|---|---|---|
| YES | NO | 3/12/87 | Rape/1st |

| WARRANT/PETITION BEEN SIGNED? | | DATE WARRANT/PETITION SIGNED | OFFENSE AFTER INVESTIGATION |
|---|---|---|---|
| YES | NO | 3/12/87 | Rape/1st |

**COMPLAINT:**

Venice Yvette Mack, black female, 15 years of age, date of birth 6/25/71, 5328 Ira Lane, Montgomery, Alabama, reported that she had been kidnapped and raped.

**INVESTIGATION:**

On 3/12/87, complainant advised that while she was walking down West Shades Valley Drive, a black male in a 1982 Chevrolet Monte Carlo drove up beside and forced her into his vehicle. He then drove out past Mt. Meigs Road, where he stopped the vehicle at a deadend dirt road and forced her to have sexual intercourse with him. He then drove her back to the Montgomery area, exact location unknown, to another deadend road, and again forced her to have sexual intercourse with him.

This writer, the victim's mother, Lizzie Mack, and the victim went to St. Margaret's Hospital, where a rape exam was performed by Dr. P. Monahan. The nurses in attendance were: (1) Lisa Reeves, and (2) Becky Telle. Also, in attendance was Deputy Norma Perkins, who did a report for the Sheriff's Department (as one incident happened in the county) to be turned over to the Sheriff's Department, Investigative Division.

The examination revealed no lacerations nor abrasions, as the victim is sexually active. Victim was given a large dose of antibiotics, and instructed to go to her doctor for a pregnancy test if she missed her next period.

All paperwork will be turned over to Investigator John Shumway to add to his case file.

Mark case closed and cleared by arrest.

*Exhibit-502*

NORMA
281-4710

10



| | | | P. A. Sides, ID #258 | S |
|---|---|---|---|---|
| Unfounded | Exc. Cleared | Investigator | ROW (12933) YAD | |