IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TONY FOUNTAIN, #152 157         *

    Plaintiff,                  *

v.                              *          2:06-CV-548-MHT

DR. PEASANT, *et al.*,          *

    Defendants.                 *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion for Status Update. He requests an update with regard to the status of his April 30, 2007 motion to void order. Upon review of the pending motion, it is

ORDERED that the Motion for Status Update (Doc. No. 55) be and is hereby GRANTED. Plaintiff is advised that on May 29, 2007 the court denied his April 30, 2007 Motion to Void order. (*See* Doc. No. 54.)

Done, this 4th day of June 2007.

       /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE