IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TONY FOUNTAIN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv548-MHT |
| | ) | |
| DR. PEASANT, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion of opposition (Doc. No. 57) is treated as a motion for reconsideration and said motion is denied.

DONE, this the 7th day of June, 2007.

                                         /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE