IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT COURT OF APPEALS

Exparte Tony Fountain #152157
  Plaintiff,
(IN RE) Tony Fountain #152157      District Court Case No.:
  Petitioner                         2:06-CV-548-M.H.T

VS.                                 Eleventh Circuit Court
                                    Case No.: _____
Dr. Peasant et al,
  Defendants.

## MOTION FOR GOOD CAUSE SHOWN

Comes now, Tony Fountain, by and through himself hereby filed (t)his motion for good cause shown. Plaintiff asset's the following facts in support of (t)his motion to wit:

1). Plaintiff's intends he filed a motion to transfer pursuant to 28 U.S.C. § 1631 with the United States District Court for the Middle District of Alabama, requesting it to transfer the above styled causes to this court in order to cure a jurisdiction question on the issues of whether a United States Magistrate Judge has the authority to decide a dispositive matter, without the review and adoption of the District Court

Judge adopting the magistrate order or consent of the parties filed on June 12th 2007 in the Middle District Court of Alabama.

2). In which plaintiff moves this Honorable Court to answer the question "Whether or not a Magistrate Judge has the authority to issue a depositive order granting plaintiff in forma pauperis status, absent the review and adoption of the District Court Judge 28 U.S.C. § 636(b) and/or without the consent of the parties pursuant to 28 U.S.C. § 636(c). Tripati v. Rison 847 F.2d. 548 (CA9 1988); Ambrose v. Welch 729 F.2d. 1084 (4th cir. 1984). Also see United States v. Raddatz 447 U.S. 667, 65 L.Ed.2d. 424. Plaintiff contends this question is one of first impression for this Court on a depositive matter that was decided by a magistrate absent the review and adoption of the District Court Judge or consent of the parties. (Magistrate order of August 2 2006 granting him in forma pauperis status, and ordering plaintiff to pay the sum of $350.00 on or before August 10 2006 or his action would be dismissed for failure to pay the said sum.) Wherefore plaintiff prays that this Honorable Court grant this motion as law and justice requires.

Done on this 12th day of June 2007.

_[signature]_

CERTIFICATE OF SERVICES

I hereby certify that I have served a true and correct copy upon the following:

Office of United States
District Court, P.O. Box 711 Mntg, Al. 36101-07

Office of the Attorney General
11th South Union
Mntg. Al. 36130

Office of Rushton, Stakely, Johnston & Garrett P.C. 20 Inverness Parkway South 500 P.O. Box 530790
Birmingham, Al. 35253-0790

by placing the same in the U.S. mail on this 12th day of June 2007.

Sincerely

