IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TONY FOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv548-MHT |
| | ) | |
| DR. PEASANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that plaintiff's request for transfer (Doc. No. 59) is denied.  This court has jurisdiction. However, if plaintiff intended, by his request, to appeal to the Eleventh Circuit Court of Appeals, then he must file a timely notice of appeal.

DONE, this the 18th day of June, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE