IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT



No. 07-13323-B

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG - 3 2007

THOMAS K. KAHN
CLERK

IN RE:

TONY FOUNTAIN,

Petitioner.

---

Petition for Writ of Mandamus to the United States District
Court for the Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 3rd day of August, 2007.

THOMAS K. KAHN
Clerk of the United States Court
Of Appeals for the Eleventh Circuit

By: Carolyn Magers/wl
    Deputy Clerk

FOR THE COURT – BY DIRECTION

ORD-50