## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TONY FOUNTAIN, #152 157,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   **Civil Action No. 2:06-cv-548-MHT** |
| | ) |
| **DR. PEASANT, et al.,** | ) |
| | ) |
|    Defendants. | ) |

### CONFLICT DISCLOSURE STATEMENT

     Comes now John M. Peasant, M.D., a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trustee beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    1.    This party is an **individual** who was employed by Prison Health Services, Inc., during the times relevant to the plaintiff's complaint.

                                 Respectfully submitted,

                                 **s/H.C. Ireland, III**
                                 H.C. Ireland, III
                                 Bar Number: ASB-9915-D66H
                                 PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
                                 22 Inverness Center Parkway
                                 Suite 600
                                 Birmingham, Alabama 35242-3721
                                 (205) 980-5000
                                 (205) 980-5001 Fax
                                 E-mail: phm@phm-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TONY FOUNTAIN, #152157,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-548-MHT |
| | ) |
| **DR. PEASANT et al.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and by US mail, First Class postage prepaid, and properly addressed to:

> Tony Fountain #152157
> Staton Correctional Facility
> PO Box 56
> Elmore, AL 36025-0056

>> Respectfully submitted,

>> **s/H.C. Ireland, III**
>> H.C. Ireland, III
>> Bar Number: ASB-9915-D66H
>> PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
>> 22 Inverness Center Parkway
>> Suite 600
>> Birmingham, Alabama 35242-3721

(205) 980-5000  
(205) 980-5001 Fax  
E-mail: phm@phm-law.com