IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY FOUNTAIN,                )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )      2:06cv548-MHT
                              )          (WO)
DR. PEASANT and               )
LEON FORNISS, Warden          )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (Doc. No. 66) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 65) is adopted.

(3) Defendants' motions for summary judgment (Doc. Nos. 36 & 41) are granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of July, 2008.


                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**